IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| FRANCES L. DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. _____ |
| | ) | |
| v. | ) | (Removal from the Circuit Court of the |
| | ) | 4th Judicial Circuit, Montgomery County, |
| AFFINIA BRAKE PARTS, INC., | ) | Illinois, Cause No. 06-L-8) |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

TO:
The Honorable Judges for the
United States District Court for the
Central District of Illinois
Springfield Division

COMES NOW Defendant Brake Parts Inc., improperly named in the Complaint as Affinia Brake Parts, Inc. ("Brake Parts" or "Defendant"), by and through the undersigned counsel, and pursuant to 28 U.S.C. § 1446, and in support of this Notice of Removal states as follows:

1.       Plaintiff, Frances L. Daugherty ("Daugherty"), instituted this civil action in the Circuit Court of the 4th Judicial Circuit, Montgomery, Illinois, on or about April 26, 2006.

2.       A civil summons and Plaintiff's complaint ("Complaint") were served upon Defendant on or about May 23, 2006.

3.       A true and correct copy of all process and pleadings served upon Defendant on May 23, 2006 is attached hereto and marked "Exhibit A" and is incorporated herein by reference.

4.       A true and correct copy of the state court file is attached hereto and marked "Exhibit B" and is incorporated herein by reference.

5.      This action could originally have been filed in this Court, pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132, in that Plaintiff seeks damages for conduct related to the alleged denial of group disability insurance benefits under an employee welfare benefit plan.  A copy of the Summary Plan Description for the HealthWorks Plan, in which eligible employees of Brake Parts participated, is attached hereto and marked Exhibit C.[1]

6.      This Notice of Removal is timely filed within thirty (30) days after receipt by Defendant of the initial pleading on which the aforesaid action is based pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

7.      The United States District Court for the Central District of Illinois, Springfield Division, is a federal judicial district embracing the Montgomery County Circuit Court, Illinois, where this suit was originally filed. 28 U.S.C. § 93(b). Venue is therefore proper under 28 U.S.C. § 1441(a).

<u>**FEDERAL QUESTION**</u>

8.      Under 28 U.S.C. § 1441(b), claims or causes of action presented in state court proceedings where the district courts of the United States have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States shall be removed without regard to the citizenship or residence of the parties.

9.      The allegations contained in the Complaint are, in reality claims to recover long-term and/or short-term disability benefits allegedly due under the terms of an ERISA plan pursuant to Section 502(a)(1)(B) of ERISA, 29 U.S.C. § 1132(a)(1)(B).  As such, Plaintiff's claims are completely preempted by ERISA. *Aetna Health, Inc. v. Davila*, 542 U.S. 200, 124 S. Ct. 2488, 2495-96 (2004).

---

[1]      The Plan has been divided into three parts due to its size and marked C-1, C-2, C-3.  Brake Parts Inc. was purchased from Dana Corporation by AAG OPCO Corp. in November 2004.  AAG OPCO Corp. was subsequently renamed Affinia Group Inc.  The HealthWorks Plan remained in effect through December 31, 2005.

10.     Specifically the following are among the allegations, which make it clear that Plaintiff's Complaint is actually a poorly pled ERISA lawsuit:  "Plaintiff . . . began working for Defendant . . .;"[2]  "[P]laintiff was qualified to receive benefits under the various employee benefit plans. . . ";[3] Plaintiff's counsel sent letters "requesting she be allowed to fill out a long and short term-disability application";[4] Defendant "refused to process the application" and "with[held] funds properly due and owing the Plaintiff";[5] and Defendant acted unreasonably in denying benefits.[6]  In making these allegations, among others, Plaintiff is merely attempting to obscure the federal nature of her claims.  By seeking relief in connection with a group disability plan (the "Plan") in which eligible employees of Brake Parts participated, Plaintiff unveils ERISA as the legal foundation for her claims.

11.     Since Plaintiff's Complaint seeks to redress a grievance arising under federal law, it is removable to this Court.  *Davila,* 124 S.Ct. at 2495 (holding ERISA's civil enforcement mechanism, Section 502(a) has such extraordinary preemptive power that it converts and ordinary state common law complaint into one stating a federal claim); *Moran v. Rush Prudential HMO, Inc.*, 230 F.3d 959, 967 (7th Cir. 2000) ("Even though a complaint may not mention a federal basis of jurisdiction, the complete preemption doctrine "permits 'recharacterization' of a plaintiff's state law claim as a federal claim so that removal is proper."); *Kaucky v. Southwest Airlines, Co.*, 109 F.3d 349, 351 (7th Cir. 1997) ("When federal law creates an exclusive remedy for some wrong, displacing any remedy that the state may have created for it, a suit to redress that wrong necessarily arises under federal law" and is removable even if the plaintiff attempts to base the suit on state law grounds.)

---

[2]      Complaint, Count I, para. 3.
[3]      Complaint, Count I, para. 4.
[4]      Complaint, Count I, para. 14.
[5]      Complaint, Count I, paras. 15.1 & 16.
[6]      Complaint, Count II, para. 18.

12.     Plaintiff's state law claims relating to the Plan are completely preempted by ERISA. *See Pilot Life Ins. Co. v. Dedeaux*, 48 U.S. at 41 (ERISA preempts breach of contract and other claims related to denial of benefits.); *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987). Plaintiff's remedies, if any, are limited to that provided by ERISA's civil enforcement provision, 29 U.S.C. § 1132.

13.     Additionally, this action is one over which this United States District Court has jurisdiction pursuant to 28 U.S.C. § 1441(c), for the reason that separate and independent claims or causes of action within the jurisdiction conferred by 28 U.S.C. § 1331 are joined with one or more otherwise non-removable claims or causes of action.

14.     In filing this Notice of Removal, Brake Parts does not waive any defense that may be available to it.

## MISCELLANEOUS

15.     As required by 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, written notice will be given to Plaintiff and a copy of this Notice will also be filed with the Clerk of the Court for the Montgomery County Circuit Court, Illinois, the Court in which the action was initially filed.

16.     If any question arises as to the propriety of the removal of this action, Brake Parts respectfully requests the opportunity to present a brief and oral argument in support of its position that this cause is removable.

**WHEREFORE**, Defendant Brake Parts Inc. requests that the above action pending against it in the Circuit Court of the 4th Judicial Circuit, Montgomery County, Illinois, be removed therefrom to this Court and proceed in this Court as an action properly removed therein.

GREENSFELDER, HEMKER & GALE, P.C.


By: _/s/Edward S. Bott, Jr._____
       Edward S. Bott    #3126866
       Julie L. Waters    #6276127
       Amy L. Blaisdell  #6276380 (Application
       for General Admission forthcoming)
       10 S. Broadway, Suite 2000
       St. Louis, MO 63102
       T:  314-241-9090
       F:  314-241-3643
       esb@greensfelder.com
       jlw@greensfelder.com
       apb@greensfelder.com

       ATTORNEYS FOR DEFENDANT
       BRAKE PARTS INC., IMPROPERLY
       NAMED IN THE COMPLAINT AS
       "AFFINIA BRAKE PARTS, INC."


## CERTIFICATE OF SERVICE

     I hereby certify that on June 22, 2006, a copy of the foregoing was mailed and faxed to: Peter C. Drummond, Drummond Law Office, 703 W. Union, Suite 3, Litchfield, IL  62056, facsimile (217) 324-4474.


       _/s/Edward S. Bott, Jr._____


893895v3

**E-FILED**
Friday, 23 June, 2006 08:51:54 AM
Clerk, U.S. District Court, ILCD

**IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT**

MONTGOMERY COUNTY, ILLINOIS

| | | | |
|---|---|---|---|
| Frances L. Daugherty, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | $06 - L - 8$ |
| | ) | | |
| Affinia Brake Parts, Inc. | ) | | |
| | ) | | |
| Defendants. | ) | | |

D E C E I V E
MAY 2 3 2006
By_____

## SUMMONS

To each defendant:    Affinia Group, Inc., 1101 Technology Drive, Suite 100,
Ann Arbor, Michigan 48108

YOU ARE SUMMONED and required to file answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court, 1 Court House Square, Hillsboro, Illinois 62049, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELEIF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____april 26___, 20 06.

(Seal)

_____Mary Ikebb_____
Clerk of the Court

_____Barbara Broenhule_____
Associate Circuit Clerk – Int Deputy

| | |
|---|---|
| Name | Peter C Drummond |
| Attorney for | Plaintiff |
| Address | 703 W. Union, Suite 3 |
| City | Litchfield, IL 62056 |
| Telephone | 217/ 324-2323 |

Date of service:_____, 20
(To be inserted by officer on copy left with defendant or other person)

ORIGINAL (White)                    Defendant (Yellow)                    Plaintiff (Pink)

Clerk of the Circuit Court
Montgomery County, Illinois

**FILED**

APR 2 5 2006

MARY WEBB
Circuit Court Clerk
4TH Judicial Circuit

## IN THE CIRCUIT COURT
## OF THE FOURTH JUDICIAL COURT
## MONTGOMERY COUNTY, ILLINOIS

Frances L. Daugherty, )
  )
  Plaintiff, )
  )
vs. ) Court No.: $O6-L-8$
  )
Affinia Brake Parts, Inc., )
  )
  Defendant. )

## COMPLAINT
## Count I Declaratory Judgment

NOW COMES the Plaintiff, Frances L. Daughtery, under oath, by and through her attorney Drummond Law, LLC and complains against the Defendant, Affinia Brake Parts, Inc., and for Count 1 of her Complaint for Declaratory Judgment states as follows:

1. That Plaintiff herein, Frances L. Daugherty, is an individual person capable suing and being sued.

2. At all times herein, the Defendant was a corporation registered to transact business in the State of Illinois and licensed to do all things necessary including develop personnel codes and employee benefit plans and did, in fact, write same and enforce same in Litchfield, Montgomery County, Illinois. That as part and parcel of Defendant's benefit plan there was enacted an employee benefit booklet, copy of which is included as Exhibit A.

3. That Plaintiff herein began working for Defendant on or about May 8, 1981 at which time an employer/employee relationship commenced.

4. During said period of time Plaintiff was qualified to receive benefits under the various employee benefit plans as outlined in the Employee Handbook designated as Exhibit A.

5. That there was in existence a common law duty of fair and equitable dealing in good faith on the part of Defendant and Defendant stood in a fiduciary relationship to Plaintiff.

6. That one of the benefits of the Plaintiff was disability insurance and other benefits as specified in Exhibit A.

7. That said fiduciary duty required Defendant to reasonably process papers, applications, and claims made by Plaintiff herein pursuant to standards of the benefit plan as designated in Exhibit A.

8. That the common law, the statutes of Illinois and Employee's Handbook did create a fiduciary duty between said Defendant and Plaintiff herein.

9. That Plaintiff herein was terminated from employment on or about January 20, 2005 by Defendant because of alleged production cutbacks.

10. That Plaintiff herein, at the time of her severance by Defendant from her employment, had certain vested rights as a long-term employee of Defendant.

11. That Plaintiff has personally and in writing requested of Defendant an application/petition so she may apply/file for disability insurance.

12. That Defendant had a duty to properly process claims and act in good faith.

13. That Defendant herein did act in a willful, malicious manner totally devoid of good faith by refusing to process Plaintiff's claim despite being repeatedly asked to do so by the Plaintiff herein.

2

14. The Plaintiff herein contacted Attorney Peter C. Drummond who sent numerous letters to Defendant requesting that she be allowed to fill out a long and short-term disability application.

15. The Defendant willfully and wantonly breached his duty to Plaintiff in that:

1. They refused to state to her any coherent reason why she could not fill out the disability application.

2. They refused to process the application.

3. They refused to give her the papers to file the application.

4. They refused to answer her or her lawyer's request regarding the reasons for failure to process the application.

5. They supplied spurious and insulting communication to Plaintiff and her attorney.

16. As a direct and proximate result of same, Plaintiff herein has been injured and as a result of the breach of fiduciary duty a constructive trust has been created whereby the Defendant is withholding funds properly due and owing the Plaintiff.

17. That there is a real issue in controversy between Plaintiff and Defendant and under 735 ILCS 5/2-701 of the Illinois Code of Civil Procedure, this Court may declare rights of the parties and grant relief.

WHEREFORE, the Plaintiff respectfully prays that this Honorable Court:

A. Determine the rights and liabilities of the parties under the terms of the disability policies.

B. Enter a declaratory judgment in accordance with 735 ILCS 5/2-201 of the

3

Illinois Code of Civil Procedure, construing the policies of insurance herein referred to,

and determine that coverage exists for the disability of the Plaintiff, and require the

Defendant to process and pay the disability claim.

    C. Determine the amount of past monthly payments owed to the

Plaintiff and enter judgment against Defendant in that amount.

    D. Award attorney fees and costs in this action for Plaintiff and against

Defendant.

## **Count II**

NOW COMES the Plaintiff, Frances L. Daugherty, under oath, by and through her attorney, Drummond Law, LLC, and complains against the Defendant, Affinia Brake Parts, Inc., and for Count II of her Complaint states as follows:

1-17.  The Plaintiff realleges and incorporates paragraphs one through seventeen of Count I of this Complaint for paragraphs one through seventeen of Count II.

18.  The Defendant has been provided all relevant data concerning Plaintiff's complaint. The Defendant has knowledge of the facts and circumstances of the termination of Plaintiff's employment and benefits. Defendant's actions in discontinuing Plaintiff's employment and denying benefits are unreasonable and vexatious.

19.  Plaintiff has been compelled to hire an attorney to litigate this matter and will incur certain costs in processing this matter giving rise to statutory remedies.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court:

A.  Award Plaintiff her attorney fees and costs incurred in accordance with 215 ILCS 5/155(1).

B.  Award Plaintiff the lesser of 25 percent of the amount which the Court finds Plaintiff is entitled to recover against the Defendant or $25,000.00 pursuant to 215 ILCS 5/155(1).

C.  Award any further relief this Court deems just.

5

## **Count III**

NOW COMES the Plaintiff, Frances L. Daughtery, under oath, by and through her attorney, Drummond Law, LLC, and complains against the Defendant, Affinia Brake Parts, Inc. and for Count III of her Complaint states as follows:

1-17.    The Plaintiff realleges and incorporates paragraphs one through seventeen of Count I of this Complaint for paragraphs one through seventeen of Count III.

18.    That as a proximate result of said willful and wanton conduct refusing to process her disability application, Plaintiff has suffered damages and is entitled to punitive damages.

WHEREFORE, Plaintiff respectfully prays:

A.  Plaintiff be awarded compensatory damages for loss of income, costs and expenses in relation to said wrongful actions of the Defendant.

B.  Plaintiff be awarded punitive damages in excess of $50,000.00

C.  Plaintiff be awarded attorney's fees and costs of this suit.

## Count IV

NOW COMES the Plaintiff, Frances L. Daugherty, under oath, by and through her attorney, Drummond Law, LLC, and complains against the Defendant, Affinia Brake Parts, Inc., and for Count IV of her Complaint states as follows:

1-17. The Plaintiff realleges and incorporated paragraphs one through seventeen of Count I and as for paragraphs one through seventeen of Count IV.

18. That the Defendant did employ various personnel including Stephen L. Ritchie, Rick Lienau, and Steven E. Keller as Human Resource managers and other individuals.

19. That insulting and conflicting communications were received from the above-named individuals by Plaintiff's attorney as to mutually exclusive reasons for not processing Plaintiff's claim pursuant to the provisions of a third party beneficiary contract with Plaintiff as the disability insurer.

20. That there was in existence at the time of Plaintiff's termination a vested contractual right between the Plaintiff and the third party disability insurance carrier.

21. That the Defendant did intentionally and maliciously interfere with Plaintiff's right of contract with the disability insurer as they would not divulge to the Plaintiff the name of the disability insurance carrier or process the proper papers so an application could be made to the insurance carrier.

22. That said acts caused intentional, willful, and malicious interference with Plaintiff's contractual rights.

WHEREFORE, Plaintiff respectfully prays:

A. Plaintiff be awarded compensatory damages for loss of income, costs and

7

expenses in relation to said wrongful actions of the Defendant.

    B. Plaintiff be awarded punitive damages in excess of $50,000.00.

    C. Plaintiff be awarded attorney's fees and costs of this suit.

                    FRANCES L. DAUGHERTY,
                    Plaintiff

                    By: _Frances L. Daugherty_

Subscribed to and sworn before me this
_24th_ day of _April_ _, 2006.

_Brenda C. Mix_
Notary Public

"OFFICIAL SEAL"
Brenda C. Mix
Notary Public, State of Illinois
My Commission Exp. 07/31/2009

PLAINTIFF DEMANDS TRIAL BY JURY

8

# BRAKE PARTS INC. LITCHFIELD

# EMPLOYEE HANDBOOK



PLAINTIFF'S EXHIBIT

A

## TABLE OF CONTENTS

| I. | INTRODUCTION……………………………………………….. | 4 |
|---|---|---|
| II. | ABOUT UNIONS………………………………………….. | 4 |
| III. | EMPLOYMENT……………………………………………….. | 4 |

    A.   Equal Opportunity
    B.   Sexual and Other Forms of Harassment
    C.   Probationary Period
    D.   Continuous Service
    E.   Classification of Employees

| IV. | WAGES/HOURS OF WORK…………………………….. | 5 |
|---|---|---|

    A.   Working Hours
    B.   Time card Procedures
    C.   Overtime
    D.   Shift Premium
    E.   Call-in Pay
    F.   Report-in Pay

| V. | HUMAN RESOURCES………………………………….. | 7 |
|---|---|---|

    A.   Open Door Policy and Peer Review
    B.   Disciplinary Procedure
    C.   Performance Appraisals
    D.   Promotion Opportunities
    E.   Idea Program
    F.   Bulletin Boards

| VI. | LEAVES OF ABSENCE………………………………….. | 10 |
|---|---|---|

    A.   Personal Leave
    B.   Military Leave
    C.   Medical Leave
    D.   Family Leave and Family Medical Leave
    E.   Workmen's Compensation Leave

# I. INTRODUCTION

Our Litchfield facility is part of the Brake & Chassis Division, which is a division of Affinia. We manufacture and distribute hydraulic brake cylinders for the automotive and light truck aftermarket. We welcome you to a facility and company rich in distinguished service. See also www.BPI-Litchfield.com

## MISSION

Brake Parts - Litchfield is committed to providing quality parts to the customer on time. We will continually improve to achieve our plant objectives and customer expectations.

# II. ABOUT UNIONS

The employees here, by their choice, are not represented by a labor union. The company shares their belief that the absence of a union is in the best interest of us all. While we recognize that all employees have a legal right to join a union, we don't believe there is any valid need for a third party to come between the company and its employees.

No organization this large is free of day-to-day problems. Throughout our history we have demonstrated a willingness to work with our employees on an individual basis to arrive at fair and equitable solutions to problems and concerns. Your ideas, suggestions and criticism are welcome. These are important to our company's success and your personal growth. Our open door policy and Peer Review program are your tools.

You always have the right to speak for yourself. Your rights as an individual and an employee will always be recognized. Having a third party could destroy your ability to deal with problems one-on-one. A union presence could also hurt our competitive position affecting job security on which we depend for our livelihood.

The company is devoted to the principle that remaining non-union is clearly and strongly in both your and our best interest. We ask that you continue to support this principle.

# III. EMPLOYMENT

## A.    EQUAL OPPORTUNITY

We qualify, train, compensate and promote individuals who are qualified for a specific position by reason of education, training, character, intelligence and general ability. Those actions will be without regard to race, color, religion, sex, national origin, age, veteran status, or physical or mental handicaps.

4

is 8 ½ hours with a 30 minute unpaid lunch. There are times when we must work a straight 8-hour shift due to restricted resources in a 3-shift department.

*Definitions:*

a     A workweek is a consecutive 7-day period starting on Sunday (or Saturday night for 3rd shift operations)
b     All working time is calculated to hundredths of an hour
c     Alternative work schedules may be developed for special circumstances.

## B.   TIME CARD PROCEDURES

You shouldn't clock in more than 15 minutes before the start, or clock out more than 15 minutes after the end of your scheduled work shift using the time clock in your department. Your time card is an official record and is used to determine your pay. You are responsible for your time card entries and accuracy. Any time you leave the premises, you must clock out. See Rules of Conduct for example time card violations and resulting actions.

## C.   OVERTIME

Sometimes it's necessary to schedule overtime work to fill our customer demands and meet our business obligations. Our first choice is to have volunteers work the overtime. There are times when demands exceed our volunteer's capacity. When overtime is scheduled, we expect your cooperation. Overtime is mandatory, provided the company gives proper notice. Proper notice is defined as lunchtime of your Thursday workday for Saturday overtime and by end of shift the day before for daily overtime. In most cases you may expect to receive as much advance notice as is practical.

General Information.

a.    Overtime is defined as hours worked in excess of 8 hours per day or any hours worked on Saturday or Sunday (unless working an alternative work schedule).
b.    Pay for normal overtime is computed at the rate of one and one-half times straight time pay for overtime hours worked Monday through Saturday and two times that rate for Sunday overtime.
c.    Employees who are scheduled to work on holidays will be paid holiday pay plus one and one-half times straight time rate of pay for actual hours worked.
d.    Overtime work must have the advance approval of your supervisor.
e.    Overtime is distributed as evenly as practical among employees assigned to the work involved

## D.   SHIFT PREMIUM

If you are assigned to the second or third shift, a shift premium will be added to your normal straight time rate. Employees assigned to work more than four (4) hours into another shift will be paid the shift premium for the hours worked on that shift. $ .15 for second shift and $ .20 for third shift.

6

way street. We can't do anything about problems we don't know about. We can't guarantee that we will always agree with your views, but we can assure you that we are extremely interested in discussing with you any problems you have and making a good-faith effort to get them resolved. Please use the open door procedure when you have a question or complaint.

## B.    DISCIPLINARY PROCEDURE

Expectations are important. That includes the behavior expected of the employee and what the employee can expect in their employment relationship with us. When policy or procedure is violated or performance issues occur, we need to advise you of that fact and the need to correct this behavior.

Our philosophy on policy enforcement is to make the required coaching and counseling as positive and constructive as the situation allows. Here's the process:

1.    Maintain a positive approach during the counseling session.
2.    Identify the issues.
3.    Work to identify what behavior needs to be corrected.
4.    Agree to work together to get the problem corrected.

Coaching and counseling employees on policy or procedure violations is part of the supervisor's job.

Our facility adheres to a formal procedure for corrective, progressive disciplinary action. (See Rules of Conduct for the few exceptions) This procedure is as follows:

Step 1 – **Verbal Notice** (First Documented Notice). You will be told of the policy violation, why or how you have violated a policy, what is our future expectation and consequences in the event of another occurrence. Your supervisor will document this counseling session on a disciplinary form or as a note in the department file.

**Step 2 – Written Notice.** If the situation that prompted the verbal notice recurs, your supervisor will again counsel you as outlined in Step 1. In this step, however, your supervisor will advise you that this problem has reached a serious stage; and that he/she is concerned that you haven't taken the necessary action to correct this problem. You'll be advised that failure to correct this problem will result in further disciplinary action. This counseling will be documented in writing and you will receive a copy of the written statement from your supervisor. A copy will be sent to Human Resources for filing.

Step 3 – **Final Written Notice.** In this step you will be counseled in the same constructive manner outlined in Steps 1 and 2. At this stage, however, you will be told that the problem has reached a very serious stage, and that immediate correction of the problem is required. You will be advised in this step that the next occurrence will result in termination.

The company provides a special bulletin board, located in the employee entrance hallway, which may be used by employees to post miscellaneous items for sale (for up to 30 days) and thank you notes. If you want to post such an item on the bulletin board, please present it to the Human Resource department for authorization

## VI. LEAVES OF ABSENCE

### A. PERSONAL LEAVE

A personal leave of absence without pay may be granted in extreme circumstances for a maximum period of 30 days. Your supervisor, working with your staff manager and Human Resources can approve personal leaves based on department workload and needs. Personal leaves are used for valid, justified reasons other than medical, military duty, occupational illness or injury. You must have completed your probationary period and not be on an attendance write-up. Vacation must be used prior to granting a personal leave.

### B. MILITARY LEAVE

1. **ACTIVE SERVICE** – An employee returning from active military service will be entitled to reinstatement in accordance with federal and state laws.
2. **MILITARY TRAINING** – Employees required to report for training in the U.S. Armed Forces Reserve or National Guard will be paid any difference between the pay received for such training and regular straight time pay not to exceed two weeks per year

### C. MEDICAL LEAVE

A medical leave may be requested for a "serious health condition" as defined in the FMLA regulation. You must provide satisfactory evidence to qualify (forms are in Human Resource department). You'll find other details in the FMLA policy and your Summary Plan Description. We also have a return to work program to assist your return to your normal job after a non-work related injury or illness. This process is documented in our return to work policy.

### D. FAMILY LEAVE

The Family and Medical Leave policy also defines time off from work to attend to your immediate family's medical care needs. See the FMLA policy for details.

### E. WORKER'S COMPENSATION LEAVE

1. Eligibility. You are covered upon employment by workers' compensation insurance for injuries that occur on the job provided that
   a. The injury is compensable under workers' compensation laws as determined by our insurance carrier
   b. You are ordered off work for such injury (by your or the company doctor).

1.   Insubordination – willful refusal to follow the instructions of management

2.   Failure to return from authorized leave of absence on expiration date or failure to return from an on-the-job injury leave or medical leave of absence per doctor's statement on date of release

3.   Possession of or use of alcohol, narcotics, hallucinogens, barbiturates or any other controlled or illegal drugs (without benefit of prescription) on company property

4.   Falsification of personnel records, time card entries, or production counts (resulting in payment at higher pay band).

5.   Clocking in or out for another employee or having another employee clock in or out for you

6.   Fighting.

7.   Theft of company product, property or the property of a co-worker.

8.   Willful misuse of or deliberate damage to property, tools or equipment, belonging to or in the custody of the company or another person on company property. This includes tampering with computers.

9.   Possession of firearms or other weapons inside the facility

10.  Failure to submit to random or for cause drug screening.

11.  Sexual Harassment

12.  Use of abusive, intimidating or threatening language toward another employee or member of management.

13.  Sleeping during working time.

14.  Leaving the plant during working hours without authorization

15.  Revealing information detrimental to company business

16.  Failure to submit to examination by a physician when requested by the company or insurance carrier

17.  Failure to report a known health condition which may jeopardize your or fellow employees well being.

SECTION 2. The following violations of rules of conduct are of a type where simple corrective action by the employee can often correct the problem. Violations of this kind are subject to progressive discipline. However, if

12

20.    Absence from work area at shift start, immediately following lunch or break, or leaving for lunch, break or end of shift before scheduled time without authorization

Again, this is not an all-inclusive list but provides examples

## B.    SOLICITATION AND DISTRIBUTION

Solicitation, whether verbal or written, or distribution of literature or other material, is prohibited during the work time of the employee soliciting or the person being solicited. This activity is limited to non-work areas during non-work time. Solicitation and distribution by non-employees is strictly prohibited on company property at any time.

## D.    SUBSTANCE ABUSE PROGRAM
We have a drug prevention and elimination policy in place for our employees. This includes new hire, random, and for cause testing. For more details see our Substance Abuse Policy

## VIII. SAFETY

Maintaining a safe work environment is the shared responsibility of all employees from all levels of the organization. We will do everything within our control to ensure a safe environment and compliance with federal, state, and local safety regulations. Employees are expected to obey safety rules and to exercise caution in all their work activities. Immediately report any unsafe conditions to your supervisor. Employees at all organizational levels are expected to correct unsafe conditions as promptly as possible.

All accidents that result in injury must be reported to your (or appropriate) supervisor immediately, regardless of how insignificant the injury may appear. Such reports are necessary to comply with laws and initiate insurance and workers' compensation procedures.

To provide the safest possible work environment for employees, customers, and visitors, we have appointed a safety committee composed of representatives from throughout the organization. The committee exists to help communicate and execute an effective safety program and may be consulted by any employee.

## PLANT SAFETY RULES:

1    Dress safely for your job. Do not wear dangling loose jewelry, loose clothing, cloth shoes or open shoes (Tennis shoes other than cloth are acceptable)
2    While working around revolving spindles, shafts and machinery, hair and beards must be maintained as follows
     Hair – Must be secured ABOVE SHOULDERS
     Beards – Must be trimmed to 3 inches or shorter or wear a beard net

3    Horseplay, scuffling, throwing things, or distracting the attention of another employee is dangerous and therefore prohibited

14

## C.   EDUCATIONAL ASSISTANCE

The company offers education assistance to all full-time employees with six months or more of service and not in a disciplinary situation. Our program provides a reimbursement of employees' out of pocket expenses for tuition and books while taking approved courses of instruction and receiving a grade of C or better. Reimbursement is limited to $2,500.00 per employee per calendar year. There are two levels of reimbursement. Job related classes are reimbursed at 100% up to the $2,500 limit and non-job related classes are reimbursed at 50% up to the same annual limit. English, speech, psychology, math, and computer classes are considered job related for all employees.

Employees participating in this program must complete, prior to enrollment, an Education Assistance Application form for approval by their immediate supervisor, Training Manager and Human Resource Manager. The Training Manager will make the determination of job relationship. Upon satisfactory course completion, the employee will bring their grade and associated receipts showing payment. Human Resources will complete a check request and forward it to Accounting for processing.

There are a few exceptions: Activity fees, tools and equipment, and home study, Internet, or correspondence courses are outside the scope of this program.

We encourage employees to further their education to prepare themselves for new opportunities within our company. Talk to our Training Manager or Human Resources if you'd like more information.

## D.   BEREAVEMENT

You're eligible for bereavement pay benefits once you have completed 30 days of employment. If a death occurs in your immediate family you are eligible for pay up to 3 regularly scheduled workdays up to and including the day of the funeral or memorial service. If no funeral or memorial service, the employee would be paid for the day of death and the next day if regularly scheduled workdays. Under this policy, immediate family is defined as spouse, children, parents, brothers, sisters, grandparents, grandchildren, or parents-in-law (step & great relationships are also covered). Unpaid excused absences are also allowed for the day of the funeral for brother/sister-in-law, grandparent-in-law, niece, nephew, aunt and uncle. Travel requirements could be considered for no pay no points if required.

## E.   JURY DUTY

We encourage you to fulfill your civic responsibilities by serving jury duty when summoned. After completion of your probationary period you are eligible to be paid for such jury duty at your regular straight time pay or 6 week average for incentive pay employees. You are limited to 10 workdays' paid jury duty leave in any 12-month period. Should you be required to serve beyond that time period, you may request an unpaid jury duty leave of absence or request vacation time

## TOOL PURCHASE PROGRAM

Those employees (past probation) in certification programs, Maintenance or Tool & Die are eligible to participate in our tool purchase program. Tool purchases are limited to those tools listed on the department standard tool list required for their job (gauges could be included). Individual orders are limited to $500.00 in the year you purchase a toolbox (cost shared 50/50 with the company. The lifetime maximum is $750.00. Personal items cannot be purchased through the company. The tools and toolbox are considered company property for the first year from purchase date. You may use payroll deduction to pay your portion of the cost after a down payment of 10% or $20.00 whichever is more.

## EMPLOYEE PURCHASE

As employees we enjoy the additional benefit or ordering parts made within the Brake and Chassis group at a substantial discount. This is not for emergency type purchases as parts are ordered and shipped from the BPI distribution network. The catalogs and order forms are located in Human Resources. A major credit card is required to order these parts.

**IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL COURT
MONTGOMERY COUNTY, ILLINOIS**

**FILED**

APR 2 6 2006

MARY WEBB
Circuit Court Clerk
4TH Judicial Circuit

Frances L. Daugherty, )
)
Plaintiff, )
)
vs. )   Court No.:  $06 - L - 8$
)
Affinia Brake Parts, Inc., )
)
Defendant. )

## COMPLAINT
## Count I Declaratory Judgment

NOW COMES the Plaintiff, Frances L. Daughtery, under oath, by and through
her attorney Drummond Law, LLC and complains against the Defendant, Affinia Brake
Parts, Inc., and for Count I of her Complaint for Declaratory Judgment states as follows:

1. That Plaintiff herein, Frances L. Daugherty, is an individual person capable
suing and being sued.

2. At all times herein, the Defendant was a corporation registered to transact
business in the State of Illinois and licensed to do all things necessary including develop
personnel codes and employee benefit plans and did, in fact, write same and enforce same
in Litchfield, Montgomery County, Illinois. That as part and parcel of Defendant's
benefit plan there was enacted an employee benefit booklet, copy of which is included as
Exhibit A.

3. That Plaintiff herein began working for Defendant on or about May 8, 1981 at
which time an employer/employee relationship commenced.

4. During said period of time Plaintiff was qualified to receive benefits under the various employee benefit plans as outlined in the Employee Handbook designated as Exhibit A.

5. That there was in existence a common law duty of fair and equitable dealing in good faith on the part of Defendant and Defendant stood in a fiduciary relationship to Plaintiff.

6. That one of the benefits of the Plaintiff was disability insurance and other benefits as specified in Exhibit A.

7. That said fiduciary duty required Defendant to reasonably process papers, applications, and claims made by Plaintiff herein pursuant to standards of the benefit plan as designated in Exhibit A.

8. That the common law, the statutes of Illinois and Employee's Handbook did create a fiduciary duty between said Defendant and Plaintiff herein.

9. That Plaintiff herein was terminated from employment on or about January 20, 2005 by Defendant because of alleged production cutbacks.

10. That Plaintiff herein, at the time of her severance by Defendant from her employment, had certain vested rights as a long-term employee of Defendant.

11. That Plaintiff has personally and in writing requested of Defendant an application/petition so she may apply/file for disability insurance.

12. That Defendant had a duty to properly process claims and act in good faith.

13. That Defendant herein did act in a willful, malicious manner totally devoid of good faith by refusing to process Plaintiff's claim despite being repeatedly asked to do so by the Plaintiff herein.

2

14.  The Plaintiff herein contacted Attorney Peter C. Drummond who sent
numerous letters to Defendant requesting that she be allowed to fill out a long and short-
term disability application.

15.  The Defendant willfully and wantonly breached his duty to Plaintiff in that:

1.  They refused to state to her any coherent reason why she could not
fill out the disability application.

2.  They refused to process the application.

3.  They refused to give her the papers to file the application.

4.  They refused to answer her or her lawyer's request regarding the
reasons for failure to process the application.

5.  They supplied spurious and insulting communication to Plaintiff and
her attorney.

16.  As a direct and proximate result of same, Plaintiff herein has been
injured and as a result of the breach of fiduciary duty a constructive trust has been created
whereby the Defendant is withholding funds properly due and owing the Plaintiff.

17.  That there is a real issue in controversy between Plaintiff and Defendant and
under 735 ILCS 5/2-701 of the Illinois Code of Civil Procedure, this Court may declare
rights of the parties and grant relief.

WHEREFORE, the Plaintiff respectfully prays that this Honorable Court:

A.  Determine the rights and liabilities of the parties under the terms of the
disability policies.

B.  Enter a declaratory judgment in accordance with 735 ILCS 5/2-201 of the

Illinois Code of Civil Procedure, construing the policies of insurance herein referred to,

and determine that coverage exists for the disability of the Plaintiff, and require the

Defendant to process and pay the disability claim.

    C. Determine the amount of past monthly payments owed to the

Plaintiff and enter judgment against Defendant in that amount.

    D. Award attorney fees and costs in this action for Plaintiff and against

Defendant.

## Count II

NOW COMES the Plaintiff, Frances L. Daugherty, under oath, by and through her attorney, Drummond Law, LLC, and complains against the Defendant, Affinia Brake Parts, Inc., and for Count II of her Complaint states as follows:

1-17. The Plaintiff realleges and incorporates paragraphs one through seventeen of Count I of this Complaint for paragraphs one through seventeen of Count II.

18. The Defendant has been provided all relevant data concerning Plaintiff's complaint. The Defendant has knowledge of the facts and circumstances of the termination of Plaintiff's employment and benefits. Defendant's actions in discontinuing Plaintiff's employment and denying benefits are unreasonable and vexatious.

19. Plaintiff has been compelled to hire an attorney to litigate this matter and will incur certain costs in processing this matter giving rise to statutory remedies.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court:

A. Award Plaintiff her attorney fees and costs incurred in accordance with 215 ILCS 5/155(1).

B. Award Plaintiff the lesser of 25 percent of the amount which the Court finds Plaintiff is entitled to recover against the Defendant or $25,000.00 pursuant to 215 ILCS 5/155(1).

C. Award any further relief this Court deems just.

## Count III

NOW COMES the Plaintiff, Frances L. Daughtery, under oath, by and through her attorney, Drummond Law, LLC, and complains against the Defendant, Affinia Brake Parts, Inc. and for Count III of her Complaint states as follows:

1-17. The Plaintiff realleges and incorporates paragraphs one through seventeen of Count I of this Complaint for paragraphs one through seventeen of Count III.

18. That as a proximate result of said willful and wanton conduct refusing to process her disability application, Plaintiff has suffered damages and is entitled to punitive damages.

WHEREFORE, Plaintiff respectfully prays:

A. Plaintiff be awarded compensatory damages for loss of income, costs and expenses in relation to said wrongful actions of the Defendant.

B. Plaintiff be awarded punitive damages in excess of $50,000.00

C. Plaintiff be awarded attorney's fees and costs of this suit.

6

## Count IV

NOW COMES the Plaintiff, Frances L. Daugherty, under oath, by and through her attorney, Drummond Law, LLC, and complains against the Defendant, Affinia Brake Parts, Inc., and for Count IV of her Complaint states as follows:

1-17. The Plaintiff realleges and incorporated paragraphs one through seventeen of Count I and as for paragraphs one through seventeen of Count IV.

18. That the Defendant did employ various personnel including Stephen L. Ritchie, Rick Lienau, and Steven E. Keller as Human Resource managers and other individuals.

19. That insulting and conflicting communications were received from the above-named individuals by Plaintiff's attorney as to mutually exclusive reasons for not processing Plaintiff's claim pursuant to the provisions of a third party beneficiary contract with Plaintiff as the disability insurer.

20. That there was in existence at the time of Plaintiff's termination a vested contractual right between the Plaintiff and the third party disability insurance carrier.

21. That the Defendant did intentionally and maliciously interfere with Plaintiff's right of contract with the disability insurer as they would not divulge to the Plaintiff the name of the disability insurance carrier or process the proper papers so an application could be made to the insurance carrier.

22. That said acts caused intentional, willful, and malicious interference with Plaintiff's contractual rights.

WHEREFORE, Plaintiff respectfully prays:

A. Plaintiff be awarded compensatory damages for loss of income, costs and

expenses in relation to said wrongful actions of the Defendant.

    B.  Plaintiff be awarded punitive damages in excess of $50,000.00.

    C.  Plaintiff be awarded attorney's fees and costs of this suit.

                    FRANCES L. DAUGHERTY,
                    Plaintiff

                    By: *Frances L. Daugherty*

Subscribed to and sworn before me this
__24th__ day of __April__ _____, 2006.

*Brenda C. Mix*
Notary Public

```
"OFFICIAL SEAL"
   Brenda C. Mix
Notary Public, State of Illinois
My Commission Exp. 07/31/2009
```

PLAINTIFF DEMANDS TRIAL BY JURY

8

# BRAKE PARTS INC. LITCHFIELD

# EMPLOYEE HANDBOOK



PLAINTIFF'S
EXHIBIT

(          (

# TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | INTRODUCTION........................................................ | 4 |
| II. | ABOUT UNIONS......................................................... | 4 |
| III. | EMPLOYMENT........................................................... | 4 |

    A.    Equal Opportunity
    B.    Sexual and Other Forms of Harassment
    C.    Probationary Period
    D.    Continuous Service
    E.    Classification of Employees

| | | |
|---|---|---|
| IV. | WAGES/HOURS OF WORK........................................ | 5 |

    A.    Working Hours
    B.    Time card Procedures
    C.    Overtime
    D.    Shift Premium
    E.    Call-in Pay
    F.    Report-in Pay

| | | |
|---|---|---|
| V. | HUMAN RESOURCES................................................ | 7 |

    A.    Open Door Policy and Peer Review
    B.    Disciplinary Procedure
    C.    Performance Appraisals
    D.    Promotion Opportunities
    E.    Idea Program
    F.    Bulletin Boards

| | | |
|---|---|---|
| VI. | LEAVES OF ABSENCE............................................ | 10 |

    A.    Personal Leave
    B.    Military Leave
    C.    Medical Leave
    D.    Family Leave and Family Medical Leave
    E.    Worker's Compensation Leave

## I. INTRODUCTION

Our Litchfield facility is part of the Brake & Chassis Division, which is a division of Affinia. We manufacture and distribute hydraulic brake cylinders for the automotive and light truck aftermarket. We welcome you to a facility and company rich in distinguished service. See also: www.BPI-Litchfield.com

### MISSION

Brake Parts – Litchfield is committed to providing quality parts to the customer on time. We will continually improve to achieve our plant objectives and customer expectations.

## II. ABOUT UNIONS

The employees here, by their choice, are not represented by a labor union. The company shares their belief that the absence of a union is in the best interest of us all. While we recognize that all employees have a legal right to join a union, we don't believe there is any valid need for a third party to come between the company and its employees.

No organization this large is free of day-to-day problems. Throughout our history we have demonstrated a willingness to work with our employees on an individual basis to arrive at fair and equitable solutions to problems and concerns. Your ideas, suggestions and criticism are welcome. These are important to our company's success and your personal growth. Our open door policy and Peer Review program are your tools.

You always have the right to speak for yourself. Your rights as an individual and an employee will always be recognized. Having a third party could destroy your ability to deal with problems one-on-one. A union presence could also hurt our competitive position affecting job security on which we depend for our livelihood.

The company is devoted to the principle that remaining non-union is clearly and strongly in both your and our best interest. We ask that you continue to support this principle.

## III. EMPLOYMENT

### A. EQUAL OPPORTUNITY

We hire, train, compensate and promote individuals who are qualified for a specific position by reason of education, training, character, intelligence and general ability. Those actions will be without regard to race, color, religion, sex, national origin, age, veteran status, or physical or mental handicaps.

4

is 8 ½ hours with a 30 minute unpaid lunch. There are times when we must work
a straight 8-hour shift due to restricted resources in a 3-shift department.

*Definitions:*
a.    A workweek is a consecutive 7-day period starting on Sunday (or
      Saturday night for 3rd shift operations).
b.    All working time is calculated to hundredths of an hour
c.    Alternative work schedules may be developed for special circumstances.

## B.    TIME CARD PROCEDURES

You shouldn't clock in more than 15 minutes before the start, or clock out more
than 15 minutes after the end of your scheduled work shift using the time clock in
your department. Your time card is an official record and is used to determine
your pay. You are responsible for your time card entries and accuracy. Any time
you leave the premises, you must clock out. See Rules of Conduct for example
time card violations and resulting actions.

## C.    OVERTIME

Sometimes it's necessary to schedule overtime work to fill our customer
demands and meet our business obligations. Our first choice is to have
volunteers work the overtime. There are times when demands exceed our
volunteer's capacity. When overtime is scheduled, we expect your cooperation.
Overtime is mandatory, provided the company gives proper notice. Proper notice
is defined as lunchtime of your Thursday workday for Saturday overtime and by
end of shift the day before for daily overtime. In most cases you may expect to
receive as much advance notice as is practical.

General Information.
a.    Overtime s defined as hours worked in excess of 8 hours per day or any
      hours worked on Saturday or Sunday (unless working an alternative work
      schedule).
b.    Pay for normal overtime is computed at the rate of one and one-half times
      straight time pay for overtime hours worked Monday through Saturday
      and two times that rate for Sunday overtime.
c.    Employees who are scheduled to work on holidays will be paid holiday
      pay plus one and one-half times straight time rate of pay for actual hours
      worked.
d.    Overtime work must have the advance approval of your supervisor.
e.    Overtime is distributed as evenly as practical among employees assigned
      to the work involved.

## D.    SHIFT PREMIUM

If you are assigned to the second or third shift, a shift premium will be added to
your normal straight time rate. Employees assigned to work more than four (4)
hours into another shift will be paid the shift premium for the hours worked on
that shift: $.15 for second shift and $.20 for third shift.

6

way street. We can't do anything about problems we don't know about. We can't guarantee that we will always agree with your views, but we can assure you that we are extremely interested in discussing with you any problems you have and making a good-faith effort to get them resolved. Please use the open door procedure when you have a question or complaint.

## B.    DISCIPLINARY PROCEDURE

Expectations are important. That includes the behavior expected of the employee and what the employee can expect in their employment relationship with us. When policy or procedure is violated or performance issues occur, we need to advise you of that fact and the need to correct this behavior.

Our philosophy on policy enforcement is to make the required coaching and counseling as positive and constructive as the situation allows.  Here's the process:

1.    Maintain a positive approach during the counseling session.
2.    Identify the issues.
3    Work to identify what behavior needs to be corrected.
4.    Agree to work together to get the problem corrected.

Coaching and counseling employees on policy or procedure violations is part of the supervisor's job.

Our facility acheres to a formal procedure for corrective progressive disciplinary action. (See Rules of Conduct for the few exceptions) This procedure is as follows:

Step 1 – **Verbal Notice** (First Documented Notice). You will be told of the policy violation, why or how you have violated a policy, what is our future expectation and consequences in the event of another occurrence. Your supervisor will document this counseling session on a disciplinary form or as a note in the department file.

**Step 2 – Written Notice.** If the situation that prompted the verbal notice recurs, your supervisor will again counsel you as outlined in Step 1. In this step, however, your supervisor will advise you that this problem has reached a serious stage; and that he/she is concerned that you haven't taken the necessary action to correct this problem. You'll be advised that failure to correct this problem will result in further disciplinary action. This counseling will be documented in writing and you will receive a copy of the written statement from your supervisor. A copy will be sent to Human Resources for filing.

Step 3 – **Final Written Notice.** In this step you will be counseled in the same constructive manner outlined in Steps 1 and 2. At this stage, however, you will be told that the problem has reached a very serious stage; and that immediate correction of the problem is required. You will be advised in this step that the next occurrence will result in termination.

8

The company provides a special bulletin board, located in the employee entrance hallway, which may be used by employees to post miscellaneous items for sale (for up to 30 days) and thank you notes. If you want to post such an item on the bulletin board, please present it to the Human Resource department for authorization.

## VI. LEAVES OF ABSENCE

### A.    PERSONAL LEAVE

A personal leave of absence without pay may be granted in extreme circumstances for a maximum period of 30 days. Your supervisor, working with your staff manager and Human Resources can approve personal leaves based on department workload and needs. Personal leaves are used for valid, justified reasons other than medical, military duty, occupational illness or injury. You must have completed your probationary period and not be on an attendance write-up. Vacation must be used prior to granting a personal leave.

### B.    MILITARY LEAVE

1. **ACTIVE SERVICE** – An employee returning from active military service will be entitled to reinstatement in accordance with federal and state laws.
2. **MILITARY TRAINING** – Employees required to report for training in the U.S. Armed Forces Reserve or National Guard will be paid any difference between the pay received for such training and regular straight time pay not to exceed two weeks per year.

### C.    MEDICAL LEAVE

A medical leave may be requested for a "serious health condition" as defined in the FMLA regulation. You must provide satisfactory evidence to qualify (forms are in Human Resource department). You'll find other details in the FMLA policy and your Summary Plan Description. We also have a return to work program to assist your return to your normal job after a non-work related injury or illness. This process is documented in our return to work policy.

### D.    FAMILY LEAVE

The Family and Medical Leave policy also defines time off from work to attend to your immediate family's medical care needs. See the FMLA policy for details.

### E.    WORKER'S COMPENSATION LEAVE

1. Eligibility. You are covered upon employment by workers compensation insurance for injuries that occur on the job provided that.
   a. The injury is compensable under workers' compensation laws as determined by our insurance carrier.
   b. You are ordered off work for such injury (by your or the company doctor).

10

1.    Insubordination – willful refusal to follow the instructions of management.

2.    Failure to return from authorized leave of absence on expiration date or failure to return from an on-the-job injury leave or medical leave of absence per doctor's statement on date of release

3.    Possession of or use of alcohol, narcotics, hallucinogens, barbiturates or any other controlled or illegal drugs (without benefit of prescription) on company property.

4.    Falsification of personnel records, time card entries, or production counts (resulting in payment at higher pay band).

5.    Clocking in or out for another employee or having another employee clock in or out for you.

6.    Fighting.

7.    Theft of company product, property or the property of a co-worker.

8.    Willful misuse of or deliberate damage to property, tools or equipment, belonging to or in the custody of the company or another person on company property. This includes tampering with computers.

9.    Possession of firearms or other weapons inside the facility.

10.    Failure to submit to random or for cause drug screening.

11.    Sexual Harassment.

12.    Use of abusive, intimidating or threatening language toward another employee or member of management.

13.    Sleeping during working time.

14.    Leaving the plant during working hours without authorization.

15.    Revealing information detrimental to company business.

16.    Failure to submit to examination by a physician when requested by the company or insurance carrier.

17.    Failure to report a known health condition which may jeopardize your or fellow employees well being.

SECTION 2: The following violations of rules of conduct are of a type where simple corrective action by the employee can often correct the problem. Violations of this kind are subject to progressive discipline. However, if

20.    Absence from work area at shift start, immediately following lunch or
       break, or leaving for lunch, break or end of shift before scheduled time
       without authorization

Again, this is not an all-inclusive list but provides examples

## B.    SOLICITATION AND DISTRIBUTION

Solicitation, whether verbal or written, or distribution of literature or other
material, is prohibited during the work time of the employee soliciting or the
person being solicited  This activity is limited to non-work areas during non-work
time.  Solicitation and distribution by non-employees is strictly prohibited on
company property at any time.

## D.    SUBSTANCE ABUSE PROGRAM

We have a drug prevention and elimination policy in place for our employees.
This includes new hire, random, and for cause testing. For more details see our
Substance Abuse Policy.

## VIII. SAFETY

Maintaining a safe work environment is the shared responsibility of all employees from
all levels of the organization. We will do everything within our control to ensure a safe
environment and compliance with federal, state, and local safety regulations. Employees
are expected to obey safety rules and to exercise caution in all their work activities.
Immediately report any unsafe conditions to your supervisor. Employees at all
organizational levels are expected to correct unsafe conditions as promptly as possible.

All accidents that result in injury must be reported to your (or appropriate) supervisor
immediately, regardless of how insignificant the injury may appear. Such reports are
necessary to comply with laws and initiate insurance and workers' compensation
procedures.

To provide the safest possible work environment for employees, customers, and visitors,
we have appointed a safety committee composed of representatives from throughout the
organization. The committee exists to help communicate and execute an effective safety
program and may be consulted by any employee.

## PLANT SAFETY RULES:

1. Dress safely for your job. Do not wear dangling loose jewelry, loose clothing,
   cloth shoes or open shoes (Tennis shoes other than cloth are acceptable).
2. While working around revolving spindles, shafts and machinery, hair and beards
   must be maintained as follows:
   Hair – Must be secured ABOVE SHOULDERS.
   Beards – Must be trimmed to 3 inches or shorter or wear a beard net.

3. Horseplay, scuffling, throwing things, or distracting the attention of another
   employee is dangerous and therefore prohibited.

14

## C.    EDUCATIONAL ASSISTANCE

The company offers education assistance to all full-time employees with six
months or more of service and not in a disciplinary situation. Our program
provides a reimbursement of employees' out of pocket expenses for tuition and
books while taking approved courses of instruction and receiving a grade of C or
better. Reimbursement is limited to $2,500.00 per employee per calendar year.
There are two levels of reimbursement. Job related classes are reimbursed at
100% up to the $2,500 limit and non-job related classes are reimbursed at 50%
up to the same annual limit. English, speech, psychology, math, and computer
classes are considered job related for all employees.

Employees participating in this program must complete, prior to enrollment, an
Education Assistance Application form for approval by their immediate
supervisor, Training Manager and Human Resource Manager. The Training
Manager will make the determination of job relationship. Upon satisfactory
course completion, the employee will bring their grade and associated receipts
showing payment. Human Resources will complete a check request and forward
it to Accounting for processing.

There are a few exceptions: Activity fees, tools and equipment, and home study,
Internet, or correspondence courses are outside the scope of this program.

We encourage employees to further their education to prepare themselves for
new opportunities within our company. Talk to our Training Manager or Human
Resources if you'd like more information.

## D.    BEREAVEMENT

You're eligible for bereavement pay benefits once you have completed 30 days
of employment. If a death occurs in your immediate family you are eligible for pay
up to 3 regularly scheduled workdays up to and including the day of the funeral
or memorial service. If no funeral or memorial service, the employee would be
paid for the day of death and the next day if regularly scheduled workdays. Under
this policy, immediate family is defined as spouse, children, parents, brothers,
sisters, grandparents, grandchildren, or parents-in-law (step & great relationships
are also covered). Unpaid excused absences are also allowed for the day of the
funeral for brother/sister-in-law, grandparent-in-law, niece, nephew, aunt and
uncle. Travel requirements could be considered for no pay no points if required.

## E.    JURY DUTY

We encourage you to fulfill your civic responsibilities by serving jury duty when
summoned. After completion of your probationary period you are eligible to be
paid for such jury duty at your regular straight time pay or 6-week average for
incentive pay employees. You are limited to 10 workdays' paid jury duty leave in
any 12-month period. Should you be required to serve beyond that time period,
you may request an unpaid jury duty leave of absence or request vacation time

16

## TOOL PURCHASE PROGRAM

Those employees (past probation) in certification programs, Maintenance or Tool & Die are eligible to participate in our tool purchase program. Tool purchases are limited to those tools listed on the department standard tool list required for their job (gauges could be included). Individual orders are limited to $500.00 in the year you purchase a toolbox (cost shared 50/50 with the company. The lifetime maximum is $750.00. Personal items cannot be purchased through the company. The tools and toolbox are considered company property for the first year from purchase date. You may use payroll deduction to pay your portion of the cost after a down payment of 10% or $20.00 whichever is more.

## EMPLOYEE PURCHASE

As employees we enjoy the additional benefit or ordering parts made within the Brake and Chassis group at a substantial discount. This is not for emergency type purchases as parts are ordered and shipped from the BPI distribution network. The catalogs and order forms are located in Human Resources. A major credit card is required to order these parts.

To:314+241+3643    F.20/21

(                                    (

# IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT
## MONTGOMERY COUNTY, ILLINOIS

| | |
|---|---|
| Frances L. Daugherty, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )     No.:    $06 - L - 8$ |
| | ) |
| Affinia Brake Parts, Inc. | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

To each defendant:   Affinia Group, Inc., 1101 Technology Drive, Suite 100,
Ann Arbor, Michigan 48108

YOU ARE SUMMONED and required to file answer to the complaint in this case, a
copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of
this court, 1 Court House Square, Hillsboro, Illinois 62049, within 30 days after service of this
summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY
DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELEIF ASKED IN THE
COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for
service, with endorsement of service and fees, if any, immediately after service. If service
cannot be made, this summons shall be returned so endorsed. This summons may not be served
later than 30 days after its date.

FILED

WITNESS,_____  APR 2 6 2006  .

(Seal)

MARY WEBB
Circuit Court Clerk
Clerk of the Court 4TH Judicial Circuit

_____
Associate Circuit Clerk — Int. Deputy

| | |
|---|---|
| Name | Peter C Drummond |
| Attorney for | Plaintiff |
| Address | 703 W. Union, Suite 3 |
| City | Litchfield, IL 62056 |
| Telephone | 217/324-2323 |

Date of service _____, 20____
(To be inserted by officer on copy left with defendant or other person)

ORIGINAL (White)           Defendant (Yellow)           Plaintiff (Pink)

Clerk of the Circuit Court
Montgomery County, Illinois

# *DRUMMOND LAW, LLC*

Peter C. Drummond
Jennifer M. VanFossan
Attorneys at Law

703 West Union, Suite 3
P. O. Box 130
Litchfield, IL 62056

Phone: 217/324-2323
800/842-0426
Facsimile: 217/324-4474

FILED

April 25, 2006

APR 2 6 2006

MARY WEBB
Circuit Court Clerk
4TH Judicial Circuit

Montgomery County Circuit Clerk
1 Court House Square
Hillsboro, IL 62049

## Re:    Frances L. Daugherty v. Affinia Brake Parts, Inc.
         **Complaint & Summons**

Dear Sir/Madame:

Please find enclosed an original and three copies of a Complaint with attached exhibit requesting a Demand for Trial by Jury regarding the above cause. I ask that you please file the Complaint and return to me a file-stamped copy.

I have also enclosed an original and a yellow and pink copy of a Summons in the same cause. Please issue the Summons returning all copies to me as I will obtain personal service.

Check #24106 in the amount of $345.50 representing $133.00 for filing the Complaint and $212.50 for the Demand for Trial by Jury. I have enclosed a self-addressed stamped envelope for your use in returning the documents to me. I remain,

Very truly yours,

Peter C. Drummond
Attorney at Law

PCD/nas
Enclosures

**E-FILED**
Friday, 23 June, 2006  08:52:34 AM
Clerk, U.S. District Court, ILCD



**Dana Corporation**

# HEALTHWORKS

## TABLE OF CONTENTS

ELIGIBILITY ............................................................... 2

ENROLLMENT .............................................................. 8

MEDICAL BENEFITS ..................................................... 12

DENTAL .................................................................. 43

FLEXIBLE SPENDING ACCOUNTS ...................................... 53

DISABILITY COVERAGE ................................................ 61

LIFE INSURANCE AND AD&D .......................................... 74

GROUP BENEFITS CONTINUATION..................................... 83

COBRA................................................................... 88

PAYMENT PROCEDURES ................................................ 93

MEDICARE COORDINATION  .......................................... 102

CLAIMS AND APPEALS PROCEDURES................................. 105

DEFINITIONS .......................................................... 112

ERISA.................................................................. 122

## GENERAL INFORMATION

This booklet is called a Summary Plan Description (SPD). An SPD is a summary in understandable language of your rights and benefits under the Dana Corporation HealthWorks plan. This SPD summarizes the benefits and basic terms of the HealthWorks plan, a separate plan document contains more details on certain terms of the plan. Should there be any conflict between this summary and the separate plan document or if any point isn't covered here, the terms of the separate plan document will govern. The separate plan document is available by request through your Human Resources Department or Plan Administrator.

Dana reserves the right (provided it isn't inconsistent with state or federal legislation) to change, reduce, or terminate the plan, or to increase premiums associated with the plan, without prior consent of any employee, retiree, or beneficiary. Any such action would be taken in the form of a written instrument executed or approved by the Director of Dana Benefits and Payroll Services, and would be taken only after careful consideration.

The Plan gives Dana the discretionary authority and control to interpret the plan document and administer the operations of the plan including eligibility for and amount of benefits After reading this summary, feel free to contact Human Resources if you have questions or need more information.

## FILING CLAIMS

Claims procedures are included at the end of each benefits section and in the Claims and Appeals section of this SPD. If you have questions on how to file a claim, someone in Human Resources can help you. If a claim isn't processed or paid to your expectations, you should contact American Health Group at 1-800-861-5770 or the DBPS Call Center at 1-800-569-1686.

## DEFINED TERMS

Defined terms are found in the Definitions Section of this booklet. When you see a word in the text that looks like this - MEDICALLY NECESSARY - you'll know it's a defined term.

# ELIGIBILITY

## EMPLOYEE ELIGIBILITY

The HealthWorks plan is effective on January 1, 2004. If you were a participant in the Dana Corporation Beneflex plan on December 31, 2003, and you were actively employed at a participating facility in an eligible classification, you're eligible for HealthWorks on January 1, 2004. Contact your HR representative for specifics with respect to eligibility for the HealthWorks Plan.

If you are hired on or after January 1, 2004 at a participating facility in an eligible classification, and are classified as a full-time employee, you are eligible for HealthWorks coverage on the first day of the third month following your date of hire. For example, if you were hired anytime in August, your coverage would be effective November 1st.

Part-time employees are not eligible for HealthWorks coverage.

In general, employees in the following classifications will not be eligible to participate:

- Leased employees;
- Independent contractors;
- Non-resident aliens;
- Members of collective bargaining units unless the bargaining agreement specifically requires them to participate in HealthWorks;
- Cooperative education program students;
- Employees covered by another Company sponsored health care plan;
- Dana people who are receiving COBRA or Income Protection Plan Separation benefits prior to December 31, 2003;
- Dana people at certain locations in ineligible classifications who the Plan Administrator has designated as ineligible for HealthWorks.

## DEPENDENT ELIGIBILITY

Your eligible dependents include:

❶ Your SPOUSE while not divorced or legally separated from you.

❷ Each of your biological children while:

   a.   unmarried;

   b.   not employed on a regular full-time basis;

   c.   under the age limit for dependent children. Coverage for your eligible dependent children may continue until the end of the calendar year of the child's 19th birthday, or, if a full-time student at an accredited school, end of the calendar year of the child's 23rd birthday. For purposes of health coverages only, if a child is not capable of self-sustaining employment due to a physical or mental incapacity, the child may continue to be covered beyond that age limit while:
- the incapacity lasts; and
- the child is unmarried and is dependent on you for support.

   Proof of such physical or mental incapacity is required when a claim is first made after the age limit is reached and once a year thereafter.

Subject to criteria a, b, and c above, the term "child" includes:

- A child by legal adoption. Eligibility begins from the date of placement during the legal adoptive process, unless the child is removed from placement prior to legal adoption;

- For health coverages only, a child who is required to be covered under a Qualified Medical Child Support Order;

- Your step-children who live with you.

Sick newborn children (if properly enrolled within 31 days from birth) are covered from birth for all health conditions, including medically diagnosed congenital defects and birth abnormalities.

A well newborn (if properly enrolled within 31 days from birth) is covered for routine nursery and physician services while the newborn and mother are confined in the same HOSPITAL.

**3**

Your dependents are **NOT** eligible if they're eligible to be covered as employees under the HealthWorks program or any other Dana health plan.

Eligibility for benefits in this plan is conditioned upon providing Dana with proper identification for each participant. Such identification includes a Social Security Number for any employee or dependent who is a citizen or resident alien. Proper identification also includes proof of birth, proof of marriage or legal status of marriage under various States' authority, proof of medical disability, and/or proof of death, or other identification as may be required.

## WHEN DOES COVERAGE BEGIN?

If you are classified as a full-time employee and were an active participant in Beneflex on December 31, 2003, your HealthWorks coverage begins on January 1, 2004.

If you are classified as a full-time employee and are hired on or after January 1, 2004, your HealthWorks coverage begins on the first day of the third month following your date of hire. So, if you were hired anytime in August, your coverage would be effective November 1st.

Part-time employees are not eligible.

If you are transferred from employment at a Dana location with another Dana health plan or from a position without HealthWorks coverage, your HealthWorks coverage begins on the first day of the month following the date of the transfer (or, if later, the first day of the third month following your original date of hire).

If you select coverage for your dependents, their coverage normally begins when yours does. However, except for newborn children, a dependent's Accidental Death & Dismemberment (AD&D) and Dependent Life Insurance coverage will be delayed if:

- the dependent is ill or injured on the date when coverage is to begin and is medically confined and unable to carry on the regular and customary activities of a healthy person of the same age and sex, or

- the dependent was confined in a **HOSPITAL** anytime during the 31 days prior to the date the insurance is to begin.

**4**

In either event, coverage will begin once the dependent is no longer confined and under a **PHYSICIAN**'s care.

Be sure to contact your Human Resources Department if you want to add an eligible dependent or if a dependent is no longer eligible.

## IF YOU ARE REHIRED

There are two basic rehire situations: when you are terminated and rehired in the same plan year, and when you are terminated and then rehired in a subsequent year.

### TERMINATED AND REHIRED IN THE SAME YEAR

If you are terminated and then rehired in the same calendar year, you are eligible for HealthWorks coverage the first of the month following the month in which you are rehired.

You would re-enter the medical and dental portion of HealthWorks at the same coverage levels as at the time of termination. This means that you would re-enter at your current status in the medical blocks (HRA, deductible, coinsurance, or Dana Pay) and your current dental status (deductible amount, maximums, etc.)

Life insurance would be reinstated at the same level as was in effect at the time of your termination, however you could elect to opt down in coverage.

### TERMINATED AND REHIRED IN A SUBSEQUENT YEAR

If you are terminated and then are rehired in a subsequent calendar year, you are eligible for coverage the first of the month following the month in which you are rehired. For medical coverage levels, you are treated as a new hire with a prorated HRA, deductible, and coinsurance amount (if applicable).

You can elect any coverage level of life insurance as if you were a new hire.

**5**

## SPONSORED DEPENDENTS

Sponsored Dependents are defined as children who aren't your biological children or legally adopted by you, or step-children who aren't eligible to be covered under your HealthWorks coverage as a dependent. However, you can purchase medical coverage for such children provided they're unmarried, you're their legal guardian, and they live with you. Children you cover in this manner are called sponsored dependents. Coverage for sponsored dependents may be purchased:

- through the end of the year of their 19th birthday, or

- through the end of the year of their 23rd birthday if they're full-time students at an accredited school. (A dependent that's a full-time student but doesn't live with you may be covered if he or she otherwise meets the requirements for a sponsored dependent and his or her principal residence is your home.)

The cost to provide coverage for each sponsored dependent is the Single HealthWorks premium share (or COBRA rate). This premium share would be in addition to the premium share you pay for yourself and dependents. The only coverage available to sponsored dependents is medical coverage. Your Human Resources can provide you with a Sponsored Dependent Application if you elect to cover a sponsored dependent.

## DUAL COVERAGE

You cannot be covered under similar coverages as an employee and a dependent, or as a dependent of more than one employee.

Your dependents who are eligible for Dana provided group coverage as employees or retirees are **NOT** eligible for comparable coverage under HealthWorks through you. As an example, if your **SPOUSE** is an employee who's eligible for medical benefits under this or any other Dana group plan, he or she isn't eligible for your HealthWorks medical coverage.

If you and your **SPOUSE** are both eligible Dana employees, the **SPOUSE** with the earliest birth date will have family coverage; the other will have single coverage. Except, each of you may cover the other as a dependent for Optional Dependent Life Insurance if both of you are eligible for that coverage.

**6**

## OPTION FOR SURVIVING SPOUSE TO CONTINUE COVERAGE

If you die while employed with Dana, your surviving SPOUSE may continue some coverages for her/himself and for any eligible dependent children. Information on which coverages may be continued and for how long is outlined below and within this document. In addition, the HealthWorks Status Change calculator will provide the prorated coverage levels for your specific situation. The HealthWorks Status Change Calculator is available on the HealthWorks website (www.webmdhealth.com/dana). In addition, you can consult your Human Resources Representative for more information.

## DEATH WHILE NOT ELIGIBLE TO RETIRE

If an active employee covered under HealthWorks dies, and does not meet the eligibility for retirement under his or her Retiree Benefits Program, the surviving SPOUSE will have their current coverage continued for one year for themselves and any eligible dependent children. However, the surviving SPOUSE will be required to pay 10% of the cost of the current COBRA rates. After the one-year period, the surviving SPOUSE may apply for continued coverage through COBRA for up to 36 months at the full cost (the 36 months includes the first 12 months of coverage described above).

## DEATH WHILE ELIGIBLE TO RETIRE

If an active employee covered under HealthWorks should die before retirement, and meets the eligibility for the Retiree Benefits Program when s/he dies, the surviving SPOUSE will be eligible for health care based on the Retiree Credits the deceased employee has accumulated. These credits will be used to calculate an annuity for the surviving SPOUSE. The surviving SPOUSE will be able to choose a joint and survivor annuity from among the options and will be able to select a medical option.

**7**

# ENROLLMENT

## WHEN DO I ENROLL?

Your initial enrollment period begins on your hire date. You will complete your initial enrollment using the HealthWorks website (www.webmdhealth.com/dana), or completing a paper enrollment form, depending upon the practice of your local facility. Remember, coverage for you and your dependents does not begin until the first day of the third month following your hire date.

In order for your disability and life insurance coverage to become effective, you cannot be disabled on the date your coverage is to initially become effective. Your coverage for these benefits would become effective when you return to work and complete one full day of service.

Each fall, usually in November, an annual enrollment will take place when you can choose the benefits you want. The choices you make at that time will go into effect the following January 1st and will normally remain in effect for the entire year.

Disabled employees* can change coverages only during the open enrollment period, within plan guidelines (except for life insurance and disability coverage levels). Disability is not a change in status under HealthWorks; you cannot change your benefits because of a disability.

*Applies to disabled persons whose coverage was in effect prior to their disability.

There are three required coverages. All HealthWorks participants are required to choose medical coverage (including the opt-out option described later in this SPD as one of the alternative medical options), long-term disability coverage, and employee life insurance coverage. Short-term disability coverage is provided to you by Dana.

If you don't enroll in any of the required coverages, you'll automatically be enrolled in the Dana provided coverage levels as follows:
- Medical Plan at Single coverage level;
- Life Insurance equal to 1½ times your base salary;
- Long-Term Disability equal to 50% of your base salary;

Once enrolled, you'll be sent a confirmation of your selections.

8

**SPECIAL ENROLLMENT RIGHTS**

If you decline medical coverage for your **SPOUSE** or any other dependents under the Plan at the time you first became eligible, you may enroll a new dependent for coverage before the next regular enrollment if:

- The **SPOUSE** or dependent had health coverage under another health plan at that time and later loses that coverage, or

- You add a new dependent through marriage, birth, adoption or placement for adoption

Loss of other health coverage due to non-payment of premiums or fraud does not qualify for special enrollment in HealthWorks.

You must complete and submit an application for this special enrollment within thirty-one (31) days from the loss of the other health coverage or qualifying event.

**ENROLLMENT PROCEDURES**

Enrollment is conducted on the HealthWorks website at www.webmdhealth.com/dana. After you complete enrolling on the HealthWorks web site, you will be sent a confirmation form from your local Human Resources Representative so you can verify that your selections have been recorded properly.

It's important that you enroll for coverage, or you'll automatically be enrolled in the following:

- Medical Plan at Single coverage level;

- Life Insurance at 1½ times your base annual salary;

- Short-Term Disability at 70% of base annual salary;

- Long-Term Disability at 50% of base annual salary.

**9**

## YOUR PREMIUM SHARE FOR HEALTHWORKS COVERAGE

The premium share (your cost) for HealthWorks coverage depends on the levels of coverage you choose. Because costs can vary from year to year, the current employee premium share costs are provided on the HealthWorks website. Remember, Dana provides, at no cost to you, the following coverages:

- Life Insurance at 1½ times your base annual salary;

- Accidental Death and Dismemberment (AD&D) insurance at 75% of your base annual salary;

- Short-Term Disability at 70% of base annual salary;

- Long-Term Disability at 50% of base annual salary.

For most benefits, you'll pay your premium share with pre-tax dollars through pre-tax payroll deduction. The only exception is Dependent Life Insurance, which you are required to pay for with after-tax payroll deduction dollars.

Dana reserves the right to change or increase employee premiums associated with the coverage under the Plan, without prior consent of any participating employee or beneficiary.

## FAMILY STATUS CHANGES

There are certain situations, called Family Status Changes in which you're allowed to change your benefits during the year in order to reflect a change in your family's need for coverage.

All Family Status Change events are effective the first day of the month following the month in which the event occurs (with the exception of births and deaths, which are effective on the date of event).

**10**

A Family Status Change includes such events as:

- your marriage;
- your divorce or legal separation;
- the birth or adoption of a child;
- the death of your SPOUSE or another eligible dependent;
- one of your dependents no longer satisfies the requirements for coverage as a dependent because of age, status as a full-time student or similar events;
- the termination or commencement of your SPOUSE's employment;
- a change from part-time to full-time employment (or vice versa) for you or your SPOUSE;
- an unpaid leave of absence by either you or your SPOUSE; or
- you, your SPOUSE or one of your dependents becomes eligible for Medicare or Medicaid or loses eligibility for such coverage; or
- a significant change in the health coverage provided by your SPOUSE's employer.

You must make the benefit change within 31 days of your Family Status Change. If not made within this time period, you'll have to wait until the annual enrollment to make the change.

You will also be able to change your elections to comply with any court order entered in connection with a divorce, legal separation or custody proceeding that requires you to provide health coverage for a child who is one of your dependents. Any changes you make in your coverage must be consistent with the Family Status Change event.

Disability or layoff is NOT considered a family status change. However, if you have a family status change while disabled or on layoff, you can change your benefits accordingly. Therefore, if on disability, you can change all coverages except life insurance and disability coverage levels. And if on layoff, you can change only those coverages to which you're entitled on layoff status (see the Group Benefits Continuation Section for more information on benefits during layoff).

**11**

# MEDICAL

The HealthWorks Medical plan is a consumer driven health plan. A consumer driven health plan encourages Dana people to be informed about their health and their healthcare choices. You may elect medical coverage or elect to opt-out of medical coverage (as described in this SPD). Please read this section to understand how your medical coverage works, and how the plan works if you opt-out.

HealthWorks works like a traditional medical plan, with a deductible, coinsurance, and out-of-pocket maximum. However, HealthWorks has a new feature called a Dana **HEALTH REIMBURSEMENT ACCOUNT** (HRA) that pays for eligible charges before you begin paying your deductible. The graphic below shows the order in which eligible medical claims are paid.



I-N: IN-NETWORK, O-O-N: OUT-OF-NETWORK

\* There is no Out-of-Pocket maximum when a person uses Out-of-Network providers.
\*\* If you use Out-of-Network providers only 60% of the amount you pay is credited toward meeting your deductible.

Dana funds your **HEALTH REIMBURSEMENT ACCOUNT** (HRA) each year. The amount in your HRA depends on the coverage level you choose: Single, Single + One, or Family. The coverage level you choose also determines your deductible, coinsurance, and out-of-pocket maximum amounts.

| HEALTHWORKS PLAN LIMITS | | | |
|---|---|---|---|
| | **SINGLE** | **SINGLE + ONE** | **FAMILY** |
| **HEALTH REIMBURSEMENT ACCOUNT** | $1,000 | $1,500 | $2,000 |
| **DEDUCTIBLE** | $750 | $1,125 | $1,500 |
| **COINSURANCE** | $1,000 | $1,500 | $2,000 |
| **OUT-OF-POCKET MAXIMUM** | $1,750 | $2,625 | $3,500 |

**12**

PLEASE BE AWARE THAT USING OUT-OF-NETWORK PROVIDERS WILL INCREASE
YOUR DEDUCTIBLE AND COINSURANCE AMOUNTS. IN ADDITION, THERE IS NO
OUT-OF-POCKET MAXIMUM WHEN YOU USE OUT-OF-NETWORK PROVIDERS.
PLEASE NOTE THE INCREASED AMOUNTS (SHOWN IN THE CHART BELOW) WHEN
OUT-OF-NETWORK PROVIDERS ARE USED.

| HEALTHWORKS PLAN LIMITS USING ONLY OUT-OF-NETWORK PROVIDERS* | | | |
|---|---|---|---|
| | SINGLE | SINGLE + ONE | FAMILY |
| HEALTH REIMBURSEMENT ACCOUNT | $1,000 | $1,500 | $2,000 |
| DEDUCTIBLE | $1,250 | $1,875 | $2,500 |
| COINSURANCE | $2,000 | $3,500 | $4,000 |
| OUT-OF-POCKET MAXIMUM | THERE IS NO OUT-OF-POCKET MAXIMUM WHEN YOU USE OUT-OF-NETWORK PROVIDERS. | | |

* Deductible and coinsurance amounts fall somewhere in between
these amounts when using a **combination** of in-network and out-of-
network providers. After reaching the plan's out-of-pocket maximum,
Dana pays eligible charges at 100% for in-network providers and 60%
for out-of-network providers.

The HealthWorks charts that display the amounts for HRA, deductible,
coinsurance, and out-of-pocket maximum amount assume a full 12
months of coverage in HealthWorks.

If your actual period of coverage under the HealthWorks Plan is less
than 12 months, the limits are pro-rated on a monthly basis. This would
happen if you experienced a family status change or an event that
initiated your eligibility for COBRA coverage. For an explanation of how
these amounts are affected, see the HealthWorks Status Change
Calculator located on the HealthWorks web site or contact your HR
Representative for more detailed information.

## MEDICAL BLOCKS
### ❶ HRA, ❷ DEDUCTIBLE, ❸ COINSURANCE, AND ❹ OUT-OF-POCKET MAXIMUM

Below is a brief description of each block of medical coverage. How your claims are paid depends upon if you use an In-Network or Out-of-Network provider as shown in the charts in each section.

### ❶ HEALTH REIMBURSEMENT ACCOUNT (HRA)

The Health Reimbursement Account (HRA) pays for 100% of eligible charges before you begin paying your deductible each year.

|  | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| HEALTH REIMBURSEMENT ACCOUNT | 100% | 100% |
| YOU PAY | $0 | Charges over R&C |

You can also rollover any unused Dana Health Reimbursement Account (HRA) balance from year to year. This unused balance is called an HRA Rollover Balance. You should be aware that your Dana funded HRA is not credited with interest.

### ROLLOVER HEALTH REIMBURSEMENT ACCOUNT (HRA)

Your Rollover HRA is any unused HRA money from prior years that you may use for future eligible claims. The Rollover HRA will be used in subsequent years after your HRA is exhausted. It will pay for eligible deductible and coinsurance costs until you reach your out-of-pocket maximum. Once your out-of-pocket maximum is met, if the Rollover HRA is not exhausted, the remaining account balance will rollover into the following year.

If you retire from Dana, you may use your Rollover HRA to offset your eligible health care costs in retirement. The Rollover HRA in retirement will work much like a reimbursement account. You will pay for eligible services and supplies (such as amounts under deductible and coinsurance) and you will then be reimbursed from your Rollover HRA. Your Rollover HRA cannot, however, be used to pay premiums under other health plans or health insurance policies.

If you terminate from Dana before reaching retirement eligibility, your Rollover HRA balance is forfeited.

**14**

❷ **DEDUCTIBLE** is the amount you pay, based on the coverage level you select, for covered medical services after you have exhausted the balance in your Health Reimbursement Account (HRA), or your Rollover HRA (if any). If you elect family coverage, all eligible charges count toward meeting the deductible amount.

| **DEDUCTIBLE** | **IN-NETWORK** | **OUT-OF-NETWORK** |
|---|---|---|
| **YOU PAY** | 100% | 100% Plus<br>Charges over R&C |
| **PENALTY** | None | 60% of eligible charge applies to  your<br>Out-of-Pocket maximum |

**PRE-DEDUCTIBLE** is a term used in a situation where you opt-out of coverage, then due to a family status change, you elect coverage later in the plan year. When you initially elect to opt-out of HealthWorks, Dana contributes $1,000 to your Health care Flexible Spending Account. Therefore, if you would opt-back into the plan, you would have a Pre-Deductible amount to satisfy **before** your Health Reimbursement Account would become eligible to use. Please see the HealthWorks Status Change Calculator on the HealthWorks website for more information.

❸ **COINSURANCE** is the percentage amount you're responsible for after you pay your deductible.

| **COINSURANCE** | **IN-NETWORK** | **OUT-OF-NETWORK** |
|---|---|---|
| **YOU PAY** | 20% | 40% Plus<br>Charges over R&C |
| **PENALTY** | None | Only half of the 40% you pay is applied<br>to your Out-of-Pocket maximum |

❹ The **OUT-OF-POCKET MAXIMUM** is the dollar limit you and your eligible dependents pay in deductibles and coinsurance each year. Once the out-of-pocket maximum has been met, your medical coverage begins paying 100% of **REASONABLE AND CUSTOMARY** (R&C) charges for eligible In-Network services and supplies. If you use an Out-of-Network provider, the coinsurance remains at 60% paid by Dana, and you remain responsible for 40%, in addition to charges over and above the R&C amount.

There is no lifetime maximum amount applied under the HealthWorks Plan. All participants have an unlimited lifetime maximum.

**15**

**MEDICAL OPT-OUT**

If you elect to opt-out of medical coverage, Dana will contribute $1,000 in your Health Care Flexible Spending Account (FSA). This deposit will be made to your FSA effective for January 1st of the plan year. Please read the FSA section of this Summary Plan Description for detailed information about Flexible Spending Accounts.

If you opt-out of medical, you will be required to elect Life Insurance and Disability coverage levels. At no cost to you, Dana provides you with the following coverages:

- Life Insurance at 1½ times your base annual salary;

- Accidental Death and Dismemberment (AD&D) insurance at 75% of your base annual salary;

- Short-Term Disability at 70% of base annual salary;

- Long-Term Disability at 50% of base annual salary.

You may elect to purchase increased Life Insurance, AD&D, and Long-Term Disability coverages by paying an additional premium share.

A couple of facts you should know if you opt-out of medical:

- You are required to sign a Dana HealthWorks waiver form confirming you have other medical coverage elsewhere;

- You may still elect dental coverage;

- The Dana contribution to your FSA is not matched;

- You are not eligible for the $50 FSA contribution for completing a Health Risk Assessment;

- If you have accumulated a rollover Health Reimbursement Account balance, and then decide to opt-out, your Rollover Health Reimbursement Account (HRA) would remain available for your use when you opted back in to the plan in a subsequent year, or when you terminated from Dana when eligible to retire, but would not be available for periods when your opt-out election remains in effect.

**16**

- If you opt-out of coverage, then due to a family status change, you elect coverage later in the plan year, you would have a **PRE-DEDUCTIBLE** amount to satisfy **before** your Health Reimbursement Account would become eligible to use. Please see the HealthWorks Status Change Calculator on the HealthWorks website for more information (www.webmdhealth.com/dana).

- If you are on Long-Term Disability status, you may choose to opt-out of medical coverage and will receive the $1,000 contribution to your FSA. However, you are **not** eligible to make contributions to a health care or dependent care Flexible Spending Account, and therefore are also ineligible for matching contributions to a health care FSA.

## DANA HEALTH NETWORK (IN-NETWORK)

Dana offers a national managed care network called the Dana Health Network (or DHN). The Dana Health Network is a network of hospitals and physicians that have agreed not to balance bill Dana people for amounts exceeding the deductible or coinsurance amounts. In addition, these participating physicians and providers have agreed to negotiated rates that may be substantially lower than reasonable and customary charges.

The Dana Health Network is made up of many local networks so all Dana people get the best discounted medical rates available to Dana, in all regions. Therefore, your network may have a different name. Check your Dana Medical ID card for the name of your network listed in the right hand corner of the card.

When using a Dana Health Network provider, you no longer need to be concerned with charges that might exceed reasonable and customary fee limits. So, when a Dana Health Network provider is used, you may significantly reduce your out-of-pocket expenses. In other words, protection against balance billing.

TYPICALLY, BALANCE BILLING IS WHEN THE OUT-OF-NETWORK PROVIDER SENDS YOU A BILL FOR THE AMOUNT OVER REASONABLE AND CUSTOMARY (R&C) CHARGES. YOU ARE RESPONSIBLE FOR 100% OF ALL CHARGES OVER R&C, AND THESE AMOUNTS ARE NOT APPLIED TO YOUR DEDUCTIBLE OR COINSURANCE.

**17**

Your Dana Medical ID card has your network(s) listed directly on your card. To find physician or provider information, log onto the Dana HealthWorks website at www.webmdhealth.com/dana or call a Dana Customer Service Representative at American Health Group (AHG) at **1-800-861-5770.**

For those of you who have Medicare as your primary coverage, you may also want to choose a Dana Health Network provider. As you know, certain services that are not covered by Medicare may be covered under your Dana plan.

## KEY TERMS

There will be more details on services covered under the HealthWorks Plan later in this section. But first take a minute to read the following key terms – and how they play a role in how your benefits are administered.

**Coverage, benefits, and plans** are words used to refer to the same thing - the benefits provided under HealthWorks.

**HMO** – HMO stands for Health Maintenance Organization which is a group of doctors, hospitals, and other health care providers who agree to provide services for a fixed cost. An HMO is offered in some Dana locations. An HMO Schedule of Benefits appears in Appendix A if your facility offers an HMO.

If your facility has contracted with an HMO as an additional option, Human Resources will provide you with a booklet that explains detailed plan provisions of the HMO. The respective HMO will determine the provisions and terms of plan.

If you move your residence out of the HMO service area, you may elect HealthWorks medical coverage. Coverage for you and your dependents will become effective the date it ends with the HMO.

**Utilization Review (U/R)** plays an important role in your HealthWorks coverage. The U/R program for your facility is responsible for ensuring the appropriateness of hospital admissions, for monitoring the care and treatment received when you or a family member are admitted to a HOSPITAL, and for reviewing medical necessity.

**18**

Utilization Review is strongly encouraged for all elective inpatient
HOSPITAL STAYS (admissions of twenty-four hours or more) and for all
Intensive Outpatient Treatment for nervous, mental, and substance
abuse conditions.

TO PRECERTIFY AN INPATIENT
HOSPITAL ADMISSION, HAVE
YOUR PHYSICIAN OR
HOSPITAL CALL
**1-877-244-0123**
AS SOON AS YOU KNOW
YOU'LL BE HOSPITALIZED, OR
TO REPORT AN EMERGENCY
ADMISSION.

To precertify an inpatient hospital
admission, have your physician or
hospital call 1-877-244-0123 as soon as
you know you'll be hospitalized, or to
report an emergency admission.

The Utilization Review Organization (U/R)
should be notified of any emergency
admission within 2 business days of the
admission.

Your medical plan pays for covered services that are MEDICALLY
NECESSARY. Therefore, all or any portion of a hospital confinement may
not be paid if it is determined that the service(s) is not MEDICALLY
NECESSARY.

Human Resources has material on Utilization Review that spells out
what steps you need to follow if you or a covered dependent are
scheduled to go into the HOSPITAL.

## COVERED HOSPITAL-SURGICAL-MEDICAL CHARGES

The charges made for any of the following services are covered to the extent the charge is REASONABLE AND CUSTOMARY. In order for any medical expense to be covered under the plan, the expense must be MEDICALLY NECESSARY. Out-of-Pocket maximums apply unless stated otherwise.

### HOSPITALIZATION AND HOSPITAL SERVICES

- Room and board in a semi-private room, ward, or intensive care and coronary units;
- Doctor's visits (one per day per diagnosis),
    - Newborns are limited to one physician visit while the newborn in an inpatient.
- Maternity - Benefits for any HOSPITAL STAY in connection with childbirth for the mother or newborn child may not be restricted to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under Federal law, require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours);
- Charges for other SERVICES AND SUPPLIES furnished by the HOSPITAL for use during confinement (but not for special nursing services or PHYSICIAN's services).

### SURGERY AND INPATIENT MEDICAL SERVICES

- Surgery (excluding dental);
- Cataract Surgery;
- Anesthesia or acupuncture if performed by a PHYSICIAN;
- Technical surgical assistant;
- Obstetrics;
- In-patient medical care;
- Doctor's visits (one per day per diagnosis, except for newborns);
- X-ray, laboratory and pathology;

**20**

- Consultations;
- Accidental and **MEDICAL EMERGENCIES**;
- Chemotherapy and radiation therapy;
- **PHYSICAL THERAPY** by a registered physical therapist;
- **SPEECH THERAPY** for rehabilitative purposes to correct certain speech, hearing, and language disorders following surgery, stroke, or brain damage due to trauma or organic brain syndrome;
- Aquatic Therapy;
- Hemodialysis (kidney dialysis);
- Initial Doctor visit for newborn (no additional doctor visit covered unless medically necessary);
- Services in connection with a mastectomy such as:
    - reconstruction of the breast on which the mastectomy has been performed;
    - surgery and reconstruction of the other breast to produce a symmetrical appearance; and
    - prostheses and physical complications for all stages of a mastectomy, including lymphedemas (swelling associated with the removal of lymph nodes).

## HOSPITAL AND OUTPATIENT SERVICES

- Accidental and **MEDICAL EMERGENCIES**;
    - If you have a life threatening medical emergency and are treated at an out-of-network provider, charges should be paid according to the in-network deductible and coinsurance schedule. However, you will remain responsible for any charges over Reasonable and Customary (R&C). Therefore, if you receive your Explanation of Benefits (EOB) and charges are paid according to the out-of-network schedule, please contact American Health Group (800-861-5770) or the DBPS Call Center (800-569-1686) for assistance in correcting payment of the claim.
- Hemodialysis (kidney dialysis);

    When kidney dialysis is received on an outpatient basis with the approval of a **PHYSICIAN**, then the charge for this treatment qualifies as a covered hospital charge. This treatment can be received at a **HOSPITAL** or any other place. The charge for this treatment qualifies as a covered hospital charge regardless of where this treatment is received.

- Chiropractic care that is medically necessary provided it is **not** maintenance care limited to 50 visits per calendar year;
- Chemotherapy and radiation therapy;
- **PHYSICAL THERAPY** by a registered physical therapist ;
- Surgery (excluding dental);
- Diagnostic X-ray and laboratory.

## EXTENDED CARE FACILITY (ECF)

Room and board and other necessary services furnished by an **EXTENDED CARE FACILITY** while you or your dependent is confined.

## HOME HEALTH CARE

- Part-time or intermittent nursing care furnished or supervised by a registered nurse;
- Part-time or intermittent home health aide services consisting mainly of patient care;
- Physical, occupational, speech and respiratory therapy;
- Medical social services provided by a licensed medical or psychiatric social worker who works under the direct supervision of a **PHYSICIAN**;
- Medical supplies and equipment.

The following charges do NOT qualify as covered **HOME HEALTH CARE** charges:

- Charges for services rendered by you, a member of your family or by any person who resides in your home. Your family consists of you and your **SPOUSE** and the children, brothers, sisters and parents of both you and your **SPOUSE**.
- Charges for custodial care, regardless of who is the provider.

**22**

## PSYCHIATRIC CARE

One course of psychiatric treatment per person per calendar year is covered. Coverage and benefit maximums are determined by days of coverage regardless of diagnosis.

- A course of treatment cannot exceed 45 days for inpatient care or 90 days in an Extended Care Facility;
- A course of treatment can't exceed 90 days for outpatient treatment; or
- A combination of inpatient and outpatient care based on the formula that subtracts 2 outpatient days for each day of inpatient treatment received.

---

### PSYCHIATRIC CARE DAYS COVERED
AN INDIVIDUAL WHO RECEIVES 30 DAYS OF INPATIENT CARE
WOULD HAVE 30 DAYS OF OUTPATIENT CARE LEFT DURING
THE SAME COURSE OF TREATMENT
(90 OUTPATIENT DAYS - (30 INPATIENT DAYS X 2 = 60) = 30 OUTPATIENT DAYS)

---

## SUBSTANCE ABUSE

Two courses of substance abuse treatment in a lifetime per person are covered.

- A course of treatment cannot exceed 21 days for inpatient care; or
- A treatment cannot exceed 42 days for intensive* outpatient care; or
- A combination of inpatient and outpatient care based on the formula that subtracts 2 outpatient days for each day of inpatient treatment received.

*Intensive is defined as eight (8) hours or more.

---

### SUBSTANCE ABUSE CARE - DAYS COVERED
SAY AN INDIVIDUAL RECEIVES 10 DAYS OF INPATIENT CARE.
THAT WOULD LEAVE 22 DAYS OF OUTPATIENT CARE AVAILABLE
DURING THE SAME COURSE OF TREATMENT
(42 OUTPATIENT DAYS - (10 INPATIENT DAYS X 2 = 20) = 22 OUTPATIENT DAYS)

---

**23**

## PRE-ADMISSION TESTING

Provided that all of the following conditions are met:

- The tests are made prior to and in connection with a SURGICAL PROCEDURE requiring HOSPITAL confinement;
- Having them made prior to confinement can be expected to shorten the stay;
- The results are medically valid at the time of hospital admission for the SURGICAL PROCEDURE;
- The charges are not otherwise excluded by the provisions of the medical plan.

If the SURGICAL PROCEDURE is not performed because:

- a medical condition developed which delayed the procedure; or
- no hospital bed was available; or
- a condition was revealed which required treatment prior to confinement, or which made a SURGICAL PROCEDURE medically inadvisable,

the charges for the examinations or tests will nevertheless be considered for benefit payment.

No payment will be made for these charges:

- if the results become medically invalid due to delay of the surgery for any reason other than those stated above; or
- if the examinations or tests were made in connection with a routine physical examination, or solely for diagnostic purposes.

## AMBULATORY SURGERIES

Health care treatment or services and charges by a PHYSICIAN for ambulatory surgeries performed in an ambulatory surgical center, the out-patient hospital department or a physician's office.

## SECOND SURGICAL OPINIONS

Furnished to you or your dependent when

- a PHYSICIAN recommends the patient undergo a non-urgent surgery to be performed during an inpatient HOSPITAL STAY, and
- the U/R requires the second surgical opinion, and
- before undergoing the surgery the patient obtains a second surgeon's opinion on the need for the surgery.

**24**

If the second opinion differs from the first opinion which recommended the surgery, the charge will also be covered, if the patient, before undergoing surgery, obtains a third opinion on the need for surgery, furnished by a **PHYSICIAN** not involved in furnishing either earlier opinion.

## HOSPICE CARE

**HOSPICE** care **SERVICES AND SUPPLIES**, furnished by a **HOSPICE** provider, under a written plan of **HOSPICE** care. Such **SERVICES AND SUPPLIES** are limited to a six-month period or a $5,000 maximum, whichever is reached first. These **SERVICES AND SUPPLIES** include:

- Part-time or intermittent nursing care. This care must be provided by, or must be supervised by, a registered professional nurse. 24-hour continuous nursing care is limited to three intervals of continuous care, 5 days per interval;

- The following types of therapy:
  - **PHYSICAL THERAPY**;
  - Respiratory therapy;
  - **OCCUPATIONAL THERAPY**; and
  - **SPEECH THERAPY**.

- Medical social services that are directed by a **PHYSICIAN;**

- Part-time or intermittent services of a home health aide. This aide must have successfully completed an approved training program;

- Necessary medical supplies;

- The use of necessary medical appliances;

- Drugs and medication prescribed by a **PHYSICIAN**;

- Laboratory services;

- Psychological, social and spiritual counseling. This counseling must be furnished by:
  - a **PHYSICIAN**;
  - a psychologist;
  - a member of the clergy;
  - a registered nurse; or
  - a social worker.

- Dietary counseling by a registered dietician;

- Inpatient **HOSPICE** care is covered the same as regular **HOSPITAL STAYS**, provided the facility has a licensed or accredited **HOSPICE** program;

**25**

- Bereavement counseling is limited to 2 visits per death, furnished to the surviving members of the terminally ill person's immediate family. The counseling may be either an individual or group setting, and must be furnished by:
  - a **PHYSICIAN**;
  - a psychologist;
  - a member of the clergy;
  - a registered nurse; or
  - a social worker.

## HIGH RISK OBSTETRICAL SERVICES

For women who:
- have had prior premature infants or miscarriages, or
- are older first time mothers, or
- have a confirmed medical risk of not being able to carry a baby to term.

The services include:
- daily patient assessment;
- nursing intervention;
- psycho-social support;
- integration and coordination with skilled obstetrical nursing;
- perinatal prescriptions;
- complete weekly **PHYSICIAN** reports.

## INFERTILITY TREATMENT

Covered **SERVICES AND SUPPLIES** solely to diagnose and treat the underlying disease causing **INFERTILITY**. These services or supplies do **NOT** include those furnished in order to effect a pregnancy by extraordinary means.

Services and supplies **NOT** covered include, but are not limited to, artificial insemination, in-vitro fertilization, gamete intra fallopian transfer, and zygote intra fallopian transfer.) These are symptoms that bypass the diagnosis of **INFERTILITY** and do not treat the underlying disease condition.

**26**

**DIRECTED BLOOD TRANSFUSIONS**

Directed blood transfusions (autologous and that donated by biologically related family members) if **MEDICALLY NECESSARY** for a scheduled surgery. Covered services include testing, storing, processing, and administration of the blood. Speculative predeposit (long-term frozen storage of directed blood without a defined medical need) is not covered.

**OTHER MEDICAL BENEFITS**

- Medical treatment in the doctor's office or at home;
- Private duty nursing care rendered by a registered nurse, a licensed practical nurse or a licensed vocational nurse and furnished:
  - in a **HOSPITAL** while care in a special care unit is necessary but is not available; or
  - outside of a **HOSPITAL** if the care requires the services of a registered or licensed nurse, and Dana determines that the services are neither primarily custodial in nature nor such as could be provided by a person other than a registered or licensed nurse.

    Charges for private duty nursing care do **NOT** qualify as covered charges if the nurse resides in your home or is a member of your family. Your family consists of:
    - your wife or husband; and
    - the children, brothers, sisters and parents of both you and your wife or husband.
- Ambulance service (includes ground and air);
- Rental (or purchase at Dana's option) of **DURABLE MEDICAL EQUIPMENT**;
- Artificial limbs, eyes or other prosthetics;
- Braces and crutches;
- Cardiac Rehabilitation Program (limited to 12 weeks, 3 visits per week without review for Phase II and Phase III Cardiac Rehabilitation);
- Outpatient psychiatric care (limited to 50 visits per calendar year);
- Outpatient substance abuse treatment (limited to $2,000 per calendar year);
- Psychological testing;
- Acupuncture treatments (not anesthesia), if done by a **PHYSICIAN**;
- Non-emergency care received in a **HOSPITAL** emergency room.

**27**

## WELLNESS PROGRAM

If you elect HealthWorks medical coverage, the Wellness Program is included in your monthly premium share. The Wellness Program is a separate plan and does **not** flow through the medical blocks (HRA, deductible, coinsurance, or out-of-pocket maximum).

- If you choose in-network providers, Dana pays 90%, and you would be responsible for the remaining 10% coinsurance (except for immunizations which are paid at 100%).

- If you choose to use out-of-network providers, Dana pays at 60%, and you would remain responsible for 40% and any charges over R&C.

Some Wellness benefits have an annual maximum limit as shown below:

- Immunizations for children and adults;
- 90% of the cost for an annual pap smear, gynecological exam, and mammogram;
- 90% of the cost for a digital rectal exam and PSA test (Prostatic Specific Antigen blood test screening);
- 90% of the cost for flexible sigmoidoscopy, barium enema, resting EKG screening, Screening Spirometry, or chest x-ray;
- 90% of the cost for colonoscopy when performed in lieu of the flexible sigmoidoscopy;
- Well-child care for children age 7 and under. Coverage pays 90% of the charges up to an annual maximum of $125 per child;
- Physical exams for covered individuals over age 7. Coverage pays 90% of the charges up to an annual maximum of $225 per covered participant (lab work in conjunction with a physical exam is included in the $225 maximum).

Any coinsurance or charges exceeding annual maximums can be reimbursed from a Health Care Flexible Spending Account.

**28**

### LABDIRECT

LabDirect is a voluntary program that provides you with access to outpatient laboratory services at a discounted rate. Laboratory services through the LabDirect program are provided by LabCorp (www.labcorp.com).

When you use LabDirect, there is a discounted cost for services, and you will not be billed for charges over Reasonable and Customary (R&C).

If you are interested in using the LabDirect program, please see your local Human Resources Representative for a LabDirect card and brochure. The brochure explains in detail how to use the LabDirect program.

**29**

## WHAT'S NOT COVERED

Charges for the following SERVICES AND SUPPLIES are excluded under the health coverages of HealthWorks. However, they may be reimbursed under your Flexible Spending Account if they are covered items considered to be medical treatment expenses under IRS rules for FSA programs.

1.  A service or supply furnished without the recommendation and approval of a PHYSICIAN.

2.  Any service or supply furnished in connection with treatment that is EXPERIMENTAL OR INVESTIGATIVE. Dana reserves the right to determine whether treatment is EXPERIMENTAL OR INVESTIGATIVE.

3.  A service or supply furnished primarily for cosmetic reasons.

4.  A service or supply furnished by or covered as a benefit under a program of any government. This includes a program of any subdivision or agency of a government, except for:
    *   a program that is established for the civilian employees of a government or any of its subdivisions or agencies;
    *   Medicare (Title XVIII of the Social Security Act);
    *   Medicaid (any state medical assistance program under Title XIX of the Social Security Act);
    *   a program provided by a community mental health facility;
    *   a program of HOSPICE care; or
    *   any service or supply that is received due to mental illness provided all of the following conditions are met:
        *   the patient or any relative of the patient is required by law to pay the charge for that service or supply;
        *   the charge for that service or supply would not be excluded if the patient were confined in a private HOSPITAL; and
        *   all or part of any benefit for that service or supply has been assigned to the provider of that service or supply. If only part of the benefit has been assigned, then the part that has not been assigned will still be excluded.

5.  A service or supply for which a charge would not have been made in the absence of this coverage.

**30**

6.  A service or supply for which:
    - no one covered under the plan is required to pay; or
    - the covered person's legal obligation to pay arises only because of the existence of this coverage.

    Except the cost incurred by the United States or one of its agencies for medical care and treatment given to a veteran may be covered if:
    - the veteran does not have a service-related disability; and
    - charges for the care and treatment are otherwise covered under the Plan.

7.  A service or supply for which benefits cannot be provided by law.

8.  A service or supply which is not **MEDICALLY NECESSARY**, unless furnished by a **HOSPITAL** or **PHYSICIAN** for routine care of a child received:
    - during a **HOSPITAL STAY** which begins with the birth of the child; and
    - while the child's mother is confined in the same **HOSPITAL**.

    However, for the purpose of **HOSPICE** care benefits, covered **HOSPICE** care services are deemed **MEDICALLY NECESSARY**.

9.  A service or supply that is furnished in connection with abortion, except where the life of the mother would be endangered if the fetus were carried to term, or, except for medical complications as a result of the abortion.

10. Any service or supply which is furnished in connection with **CUSTODIAL CARE**, except for covered **HOSPICE** care.

11. Any eye care service or supply specified below:
    - Eyeglasses, contact lenses and the fitting thereof, except when needed because of injury to the eye.
    - Any other service or supply which is furnished in connection with the diagnosis or treatment of astigmatism, myopia, hyperopia or presbyopia. This includes, but is not limited to, eye examinations and surgery.
    - Lasik Surgery

**31**

12. A service or supply furnished in order to effect a pregnancy by extraordinary means. These SERVICES AND SUPPLIES include, but are not limited to, artificial insemination (AI), in vitro fertilization (IVF), Gamete Intra Fallopian Transfer (GIFT), and Zygote Intra Fallopian Transfer (ZIFT). These are some services that bypass the diagnosis of INFERTILITY and do not treat the underlying disease condition.

13. A service or supply to the extent it exceeds the REASONABLE AND CUSTOMARY charge for the service provided.

14. A service or supply which is needed as the result of an OCCUPATIONAL INJURY or disease.

15. An EXTENDED CARE FACILITY stay which is primarily for CUSTODIAL CARE, substance abuse or tuberculosis.

16. General health exams, except as specifically provided.

17. Fitting or cost of a hearing aid, except when needed because of injury to the ear.

18. Preventive or corrective treatment of maloccluded or malpositioned teeth, and for any other care, restoration, removal, replacement or treatment of teeth, alveolar process or gingival tissue, except
    - gingivectomies and alveolectomies when performed under general anesthesia in the inpatient department of a HOSPITAL when a concurrent hazardous condition (such as but not limited to serious blood dyscrasia, unstable diabetes, or a severe cardiovascular condition, excluding apprehension of patient regardless of age) exists;
    - closed or open reductions of fractures or dislocations of the jaw;
    - other incision or excision procedures on the gums and tissues of the mouth;
    - extractions or removal of unerupted teeth, performed at any covered facility, except HOSPITAL charges are excluded unless there is a concurrent hazardous condition, excluding apprehension of patient regardless of age, that exists.

19. The amount by which a charge for blood is reduced by blood donations.

**32**

20. For or in connection with treatment for TMJ, except for an arthrogram.

21. Any services or supplies affiliated with weight loss even if deemed medically necessary.

22. Services or supplies provided by a family member.

23. Sterilization regardless of medical necessity.

24. Services or supplies provided for the treatment of childhood speech and hearing disorders.

25. Any charge for a medical expense related to an accident, injury, illness, medical condition, disease (and any complications relating to each) which may be payable by or on behalf of a Third Party (as defined in the Facility of Payment Section) considered to be responsible for the accident, injury, illness, or medical condition which give rise to the charge including their auto or other liability insurance carrier) is excluded from coverage under this Plan, except to the limited extent the Plan may agree to advance payment of such charges, as described in the Right of Reimbursement and Subrogation language found in the Facility of Payment Section.

## FILING A MEDICAL BENEFITS CLAIM

For inpatient HOSPITAL services, all you need to do is present your medical ID card. For PHYSICIAN services and other services, you can obtain a claim form from the HealthWorks Web Site, your local Human Resources Representative, or from the provider's office. You or the provider can send the completed form to the CLAIMS PAYOR.

If you have paid all or a portion of a charge, attach a copy of your receipt. Otherwise, any benefits payable will be paid to the specific provider of service.

If you should die and there are remaining benefits to be paid to you, they will be paid to your beneficiary or according to the Facility of Payment section.

Any claim for medical benefits under the Plan must be filed within one year after the medical services were provided. Claims filed more than one year after the expense was incurred are excluded from coverage.

**33**

You will receive an Explanation of Benefits from the **CLAIMS PAYOR** notifying you of the benefits paid by the Plan on your claim. If all or a portion of your claim for benefits is denied you have a right to appeal the denial. Please see the Claims and Appeals Section for details on how to file an appeal.

## PRESCRIPTION DRUGS



If you elect HealthWorks medical coverage, the Prescription Drug Program is included in your monthly premium share. The Prescription Drug Program is a separate plan and does not flow through the medical blocks (HRA, deductible, coinsurance, or out-of-pocket maximum).

The Prescription Drug Program covers most drugs that are MEDICALLY NECESSARY and legally obtainable only from a licensed PHYSICIAN or dentist, or from a licensed pharmacist with a prescription from a PHYSICIAN or dentist. Prescribed injectable insulin, hypodermic needles, and syringes are also covered.

Not all prescribed drugs are covered. For examples of drugs that aren't covered, see "What Is Not Covered?" later in this Section.

### USING THE PLAN

To fill or refill your prescription for a covered drug, present your prescription drug card to a participating pharmacy\*. Each time you fill or refill a prescription, you pay the required coinsurance.

If you fill or refill a covered drug from a non-participating pharmacy, you must pay the full cost and obtain a receipt which shows the prescription number, the name of the drug, the patient's name, the date purchased and the cost. Then, complete a Direct Reimbursement claim form and send it along with the original receipt to AdvancePCS. After deducting the applicable coinsurance, you'll be reimbursed 75% of the remaining non-participating pharmacy's charge.

\*PARTICIPATING PHARMACIES ARE THOSE SIGNED WITH ADVANCEPCS TO PARTICIPATE IN THE PRESCRIPTION DRUG PROGRAM AND WHO WILL ACCEPT YOUR PRESCRIPTION DRUG CARD. THOSE PHARMACIES USUALLY HAVE AN ADVANCEPCS MEMBER EMBLEM DISPLAYED ON THEIR DOOR OR WINDOW.

**35**

## YOUR COST FOR PRESCRIPTION DRUGS

You pay 20% of the cost for eligible brand name and generic drugs.
There is a $10 coinsurance minimum, and a $50 coinsurance maximum.
The following list displays how the coinsurance amount is applied
depending on the cost of the drug:

- If the actual cost of the drug is under $10, then you pay the
  actual cost of the drug.

- If the actual cost of the drug is between $10 and $50, then you
  pay $10 ($10 is the minimum coinsurance amount).

- If the actual cost of the drug is between $50 and $250, then you
  pay the 20% coinsurance amount.

- If the actual cost of the drug is over $250, then you pay $50 ($50
  is the maximum coinsurance amount).

## A FEW WORDS ABOUT GENERIC DRUGS

The difference between generic and name brand drugs is merely that –
the name. The generic name of a drug is its chemical name. The brand
name is the trade name under which the drug is advertised and sold.
Because of research, development, and advertising costs, brand name
drugs usually cost more than generic drugs – often three times as much,
sometimes ten times as much.

By law, generic and brand name drugs must be the same chemically
and in the way they affect the body. So, brand name drugs often
increase cost with no additional benefit to you.

## WHAT IS NOT COVERED?

Examples of items not covered by the Prescription Drug Program are as
follows. Remember, although not covered under the Plan, some drugs
may be reimbursable from a Flexible Spending Account (FSA).

1. Drugs that are not MEDICALLY NECESSARY;
2. Growth hormones (i.e., Protropin);
3. Contraceptives, oral or other, whether medication or device,
   regardless of intended use;
4. Viagra or Levitra, regardless of intended use;
5. Drugs or medication obtainable without a prescription;
6. Support garments or any other therapeutic devices or appliances;

**36**

7. Nicorette gum and nicotine patches;

8. Anorectics (any drug used for the purpose of weight loss);

9. Prescriptions or refills dispensed a year or longer after ordered;

10. Administration of any medication;

11. Prescription or refill in excess of the amount ordered by your doctor;

12. Drugs which are prescribed for an **OCCUPATIONAL INJURY** or disease;

13. Drugs that are dispensed at a **HOSPITAL** or any other facility;

14. Drugs that are covered elsewhere under the medical plan (for example growth hormones or certain diabetic supplies, or payable through an HMO, if applicable);

15. Experimental drugs;

16. Immunization agents, biological sera, blood or blood plasma;

17. Minoxidil (Rogaine) for the treatment of alopecia;

18. Tretinoin, all dosage forms (e.g., Retin-A ) for individuals 26 years of age or older.

19. Any prescription drug charges arising out of an accident, injury, or disease for which a Third Party (as defined in the Facility of Payment Section) or their automobile or other liability insurance carrier is liable, except to the limited extent the Plan may agree to advance payment of such charges, as described in the Right of Reimbursement and Subrogation language found in the Facility of Payment Section.

## PRESCRIPTION DRUG OVERRIDE

A prescription drug override can be obtained from the DBPS Call Center in special circumstances. An override may be needed if you are travelling for an extended period of time and need to have an extended dosage of prescribed drugs. Another example would be a non-covered drug that is being prescribed for a medically necessary condition.

For example, anorectic drugs are non-covered drugs under your Prescription Drug Program when prescribed for weight loss. However, if the drug is being prescribed for Attention Deficit Disorder, an override can be obtained by calling the **DBPS CALL CENTER AT 1.800.569.1686.**

You may be required to provide medical documentation in the form of a doctor's note, which states the diagnosis for the prescription. If the medical documentation is appropriate, the DBPS Call Center Representative will provide AdvancePCS with the override form so the prescription can be filled.

**37**

# MAIL ORDER PRESCRIPTION PROGRAM



If you elect HealthWorks medical coverage, the Mail-Order Prescription Drug Program is included in your monthly premium share. The Mail-Order Prescription Drug Program is a separate and voluntary plan and does not flow through the medical blocks (HRA, deductible, coinsurance, or out-of-pocket maximum).

The Mail Order Prescription Program can be used if you or an eligible dependent require more than one refill of a prescription drug, or are taking maintenance drugs for chronic conditions (e.g. medications for high blood pressure, diabetes, and epilepsy, among others, that must be taken on a long-term basis).

## USING THE PROGRAM

- Ask your doctor to prescribe up to a one year supply of medication. The medication will be dispensed to you at several intervals providing you with up to a 90-day supply each time. You need to reorder at approximately 90-day intervals.

- Complete the mail order form. (Or, for refills, you can call AdvanceRx.com at **1-866-885-5040** or log onto the HealthWorks site at www.webmdhealth.com/dana and choose Prescription Drugs. When using the 800 number or the website, you're required to pay by credit card.)

- Send the completed form, the original prescription, and the required coinsurance in the self-addressed envelope provided. A separate coinsurance amount applies to each 90-day prescription order.

  Unless you or your doctor specify otherwise, your prescription will be filled with a generic equivalent whenever possible. All prescriptions are filled by registered pharmacists under the highest pharmaceutical safety standards.

## YOUR COST FOR MAIL-ORDER PRESCRIPTION DRUGS

You pay 20% of the cost for eligible brand name and generic drugs per the 90-day prescription. There is a $10 coinsurance minimum, and a $50 coinsurance maximum. The following list displays how the coinsurance amount is applied depending on the cost of the drug:

- If the actual cost of the drug is under $10, then you pay the actual cost of the drug.

- If the actual cost of the drug is between $10 and $50, then you pay $10 ($10 is the minimum coinsurance amount).

- If the actual cost of the drug is between $50 and $250, then you pay the 20% coinsurance amount.

- If the actual cost of the drug is over $250, then you pay $50 ($50 is the maximum coinsurance amount).

All exclusions shown in the Prescription Drug Plan section under "What Is Not Covered?" apply to the Mail Order Prescription Program as well.

Narcotics cannot be obtained through the Mail-Order Prescription Drug Program. These prescribed drugs must be obtained through the retail prescription drug program.

# HEARING AID PROGRAM

If you elect HealthWorks medical coverage, the Hearing Aid Program is included in your monthly premium share. The Hearing Aid Program is a separate plan and does not flow through the medical blocks (HRA, deductible, coinsurance, or out-of-pocket maximum).

The Hearing Aid Program covers some of the costs of an audiometric exam, hearing aid evaluation, and purchase of a hearing aid. Hearing Aid Program benefits are paid according to the benefit levels listed below.

## COVERED EXPENSES:

Before any coverage is provided, an Otologist or Otolaryngologist must make a medical examination to verify that you've suffered a hearing loss. And, if that's the case, the REASONABLE AND CUSTOMARY fees will be paid for the following services, subject to the maximums shown:

❶ audiometric examination;

❷ hearing aid evaluation tests* (up to **$107**) which may include the trial and testing of various makes and models of hearing aids to determine which make and model will best compensate for the loss of hearing acuity, as confirmed by the most recent audiometric examination; and

❸ the manufacturer's cost or the wholesale cost for a hearing aid (or two aids if MEDICALLY NECESSARY) of the following functional design: in-the-ear, behind-the-ear (including air conduction and bone conduction types) and on-the-body, but only if:
- the hearing aid is prescribed based upon the most recent audiometric exam and most recent hearing aid evaluation exam, and
- the hearing aid provided by the dealer is the make and model prescribed by the PHYSICIAN or audiologist and is certified as such by the PHYSICIAN or audiologist;

❹ dispensing fees (up to $190).

\* THE MAXIMUM BENEFIT FOR A HEARING AID EVALUATION TEST WILL BE ADJUSTED ON OCTOBER 1ST OF EACH YEAR BY THE PERCENTAGE INCREASE AS OF THE JULY LEVELS IN THE COMBINED CONSUMER PRICE INDEX FOR THE IMMEDIATELY PRECEDING TWELVE MONTHS. THE AMOUNT WILL BE ROUNDED TO THE NEAREST DOLLAR.

**E-FILED**
Friday, 23 June, 2006 08:52:45 AM
Clerk, U.S. District Court, ILCD

**FREQUENCY OF BENEFITS**

Hearing Aid benefits can be used once every 36 months. When you have the hearing test determines when you're eligible for benefits again. For example, if you have the test on November 10, 2005, the next time you will be eligible to receive the benefit is November 10, 2008.

**WHAT IS NOT COVERED**

Your medical plan provides coverage for accidents or diseases that affect your ears or your hearing. This program covers only REASONABLE AND CUSTOMARY fees for examination, for the hearing aid itself, and for the dispensing fees up to the stated maximums. No benefit is payable for:

1. Completion of any claim forms;

2. Medical or surgical treatment;

3. Drugs or other medication;

4. Audiometric examinations made by an audiologist that are not ordered by a PHYSICIAN;

5. Audiometric examinations and hearing aid evaluation tests performed, and for hearing aids ordered:
   • prior to the date you or y our dependent, as the case may be, becomes eligible for such benefits; or
   • after terminatio n of this coverage;

6. Hearing aids ordered while you or your dependent, as the case may be, is covered for this benefit, but delivered more than sixty days after termination of this coverage;

7. Audiometric examinations, hearing aid evaluation tests and hearing aids:
   • that do no t meet professionally accepted standards of practice; or
   • that are ex perimental in nature; or
   • that are received as a result of ear disease, defect or injury due to an act of war, declared or undeclared; or
   • that are provided under any Worker's C ompensation law; or
   • that are payable under an y health care program supported in whole or in part by funds of the federal government or any state or political subdivision thereof;

8. Replacement of hearing aids that are lost or broken, except if at the time of such replacement, you or your dependent, as the case may be, is otherwise eligible for a hearing aid within the frequency limitations shown;

9. Replacement parts for or repairs of hearing aids;

10. Employee or dependent, as the case may be, enrolled in an alternative health plan;

11. Eyeglass-type hearing aids, to the extent the charge for such hearing aid exceeds the covered hearing aid expense for one hearing aid.

## FILING A HEARING AID CLAIM

After an Otologist or Otolaryngologist has conducted the medical exam and verified in writing that you have a hearing loss, you or the provider can file a claim with the CLAIMS PAYOR. There are no special forms for the hearing aid program.

Any claim for hearing benefits under the Plan must be filed within one year after the services were provided. Claims filed more than one year after the expense was incurred are excluded from coverage.

You will receive an Explanation of Benefits from the CLAIMS PAYOR notifying you of the benefits paid by the Plan on your claim. If all or a portion of your Hearing Aid claim for benefits is denied you have a right to appeal the denial. Please see the Claims and Appeals Section for details on how to file an appeal.

# DENTAL

There are two Dental options to choose from as detailed in the chart below. Dental coverage is optional, meaning you don't have to have it. If you don't initially enroll for dental coverage, you may do so at the next open enrollment. You may elect dental coverage in the event you elect to opt-out of medical coverage.

|  | OPTION 1 | OPTION 2 |
|---|---|---|
| **DENTAL DEDUCTIBLE** | Calendar Year $50 Individual $100 Family | None |
| **PREVENTIVE SERVICES** | 100%* R&C | 90% R&C** |
| **RESTORATIVE SERVICES** | 90% R&C | 80% R&C |
| **RECONSTRUCTIVE SERVICES** | 90% R&C | 50% R&C |
| **ORTHODONTIC DEDUCTIBLE** | $50 Per Person/Lifetime | Not Covered |
| **ORTHODONTIC SERVICES** | 50% R&C | Not Covered |
| **TMJ DEDUCTIBLE** | $50 Per Person/Lifetime | $50/Per Person/Lifetime |
| **TMJ SERVICES** | 50% R&C | 50% R&C |

*No Deductible is applied to Preventive Services Under Option 1.
**R&C Means **REASONABLE AND CUSTOMARY**

Both options have three levels of coverage to choose from: single, single + 1, and family.
- single covers you, the employee
- single + 1 covers you and one eligible dependent
- family covers you and your eligible dependents

**43**

## DUAL COVERAGE

If your SPOUSE is an employee or retiree who's eligible for Dana dental benefits, he or she cannot have dental benefits under your plan. The same holds true for any of your children who are employees eligible for a Dana dental plan.

## SPECIAL ENROLLMENT

If you decline dental coverage for you, your SPOUSE or any other dependents at the time you first became eligible, you may be able to enroll, or add a new dependent, for coverage before the next open enrollment if:

- You or your SPOUSE or dependent had coverage under another dental plan at the time you declined coverage, and you later lose that coverage, or

- You add a new dependent through marriage, birth, adoption or placement for adoption.

## DENTAL DEDUCTIBLE

Dental Option 1 has a $50 individual deductible that applies to you and each of your covered dependents. The individual deductible is the most any one person will pay in dental deductibles in a calendar year.

There's an annual limit to the amount you and your family will pay in dental deductibles. That limit – called the family deductible is $100. Once the dental deductibles you and your family pay in a year add up to $100, the family deductible has been met and no more dental deductibles would be owed for the rest of the year.

The deductible does not apply to:

- preventive and diagnostic SERVICES AND SUPPLIES. But, all x-rays, except for bitewing x-rays, are subject to the deductible; or

- a second or third opinion for treatment of TMJ.

**44**

## DENTAL MAXIMUMS

|  | OPTION 1 | OPTION 2 |
|---|---|---|
| All Services Combined* | $1,000/person/ calendar year | $750/person/ calendar year |
| TMJ | $750/person/lifetime | $750/person/lifetime |
| Orthodontia | $1,000/per person/lifetime | No Coverage |

*except TMJ and orthodontia

## HOW THE DEDUCTIBLE IS SATISFIED

You or your dependent can satisfy the deductible by incurring, while eligible and within the same calendar year, covered dental charges which are subject to the deductible in an amount which equals the deductible.

NOTE: Your HRA CANNOT be used to pay dental deductibles under the HealthWorks Plan.

If a course of orthodontic treatment begins during a calendar year in which the calendar year deductible was previously satisfied, no deductible applies to the orthodontic treatment received in that calendar year. If covered orthodontic charges are used to satisfy the calendar year deductible, the deductible will be satisfied for all other covered dental expenses incurred in that calendar year, and then, the lifetime orthodontic deductible shall not apply to any subsequent calendar year.

## WHEN ARE DENTAL BENEFITS PAID?

A benefit is payable, if you or your dependent, incur the following covered dental charges while covered for dental benefits:

- preventive treatment; or

- treatment of TEMPOROMANDIBULAR JOINT (TMJ) DISORDERS after satisfying the lifetime deductible;

- orthodontic SERVICES AND SUPPLIES after satisfying the lifetime deductible;

- other dental treatment which is received in a calendar year after any applicable deductible is satisfied for that year.

**45**

After any applicable deductible, the benefit for covered dental charges is the sum of those amounts determined by multiplying covered dental charges by the benefit percentages that apply to those charges. However, the total benefits for covered dental charges will not exceed the Dental Maximum that applies to the type of treatment for which the charges are incurred. Dental Maximums apply to:

- All covered dental charges which a person incurs during that person's lifetime for treatment of **TEMPOROMANDIBULAR JOINT (TMJ) DISORDERS;**

- All covered dental charges which a person incurs during that person's lifetime for Orthodontics; and

- All covered dental charges that a person incurs in any one calendar year for all other types of dental treatment.

## COVERED DENTAL CHARGES

Covered dental charges are charges for the procedures, **SERVICES AND SUPPLIES** listed in the following pages, received by you or your dependent(s) which are:

- furnished by a dentist, other **PHYSICIAN** or dental hygienist acting within the scope of that person's license; and

- customarily used for treatment of the dental condition; and

- done according to accepted standards of dental practice.

Charges for these procedures, **SERVICES AND SUPPLIES** will be deemed covered dental charges only to the extent they are **REASONABLE AND CUSTOMARY**.

If there are alternative treatments which cost less than the treatment actually furnished and which meet the accepted standards of dental practice, charges for the treatment furnished will be covered only to the extent of the **REASONABLE AND CUSTOMARY** charge for the least expensive of the alternative treatment.

**46**

**PREVENTIVE SERVICES:**

1. Oral exams, but not more than twice in any calendar year.
2. Cleaning of teeth, but not more than twice in any calendar year.
3. Pit and fissure sealants on permanent molars for children under age 19, but not more than once in any period of 5 years.
4. Topical application of fluoride, but not more than twice per calendar year.
5. Installation of space maintainers.
6. Bitewings, 2 per calendar year.
7. Periodontal prophy (cleaning) when history of periodontal disease exists, but not more than twice in any calendar year.

**RESTORATIVE SERVICES**

1. Full mouth x-rays (limited to once every 36 months) and supplementary bitewing x-rays.
2. Other x-rays as needed for the diagnosis of a specific condition.
3. Tests and lab exams except diagnostic photographs and caries susceptibility tests.
4. Initial appliances used to control harmful habits.
5. Study models and casts.
6. Amalgam fillings to restore carious or accidentally broken teeth, including their replacement.
7. Synthetic tooth color fillings on front teeth and treatment fillings.
8. Simple extractions and surgical extractions, including impactions (for example, wisdom teeth).
9. Alveolar process; periodontal scaling; and apicoectomies.
10. Root canal therapy and removal of dental pulp.
11. Pulpal therapy and pulp capping.
12. Other surgery on the teeth.
13. Usual postoperative treatment for covered dental surgery, including endodontic surgery.
14. Rebase or reline of partial or full dentures if performed more than 60 days after the denture was installed.
15. Repair of crowns, inlays, onlays, partial or full dentures and fixed bridgework, provided the repair of dentures occurs more than 60 days after initial installation. This includes recementing crowns, inlays and onlays.

**47**

16. Emergency dental treatment for relief of pain.
17. General anesthetics and their administration, including intravenous sedation, for a cutting procedure listed above.
18. Antibiotic drug injection by dentist.
19. Consultation by someone other than the treating dentist.

## RECONSTRUCTIVE SERVICES

1. Initial installation of a partial or full denture or fixed bridgework. Installation includes:
   - the partial or full denture, and any adjustments within the next 6 months; and
   - fixed bridgework, including inlays and crowns as abutment.
2. Replacement of an existing partial or full denture, fixed bridgework or the addition of teeth to a partial denture or fixed bridgework if:
   - the existing denture cannot be made serviceable; or
   - the denture being replaced is an immediate, full denture which cannot be made permanent; or
   - the existing denture was installed at least 5 years prior to replacement.
3. Crowns, inlays and onlays, only to restore carious or accidentally broken teeth that cannot be restored with regular fillings.
4. Gingival Curettage and gingivectomy.
5. Osseous surgery.
6. Pedicle soft tissue grafts.
7. Occlusal adjustments and guards related to periodontal surgery.
8. Other surgery on the gingival tissues.
9. Usual postoperative treatment for covered periodontal surgery.

**48**

## ORTHODONTIC TREATMENT

Orthodontic coverage is available only in Dental Option 1. It applies only to a person under age 19 and/or to a course of treatment which began prior to the person's 19th birthday.

Coverage pays 50% of the REASONABLE AND CUSTOMARY fees after a one-time $50 deductible is met.

1. Complete orthodontic exam and cephalometric film.
2. Orthodontic appliance, including impressions, installation and adjustments within 6 months after installation for:
   - minor treatment for tooth guidance; and
   - interceptive orthodontic treatment.
3. Comprehensive orthodontic treatment of transitional or permanent dentition, including:
   - initial placement of orthodontic appliance; and
   - subsequent active orthodontic treatment.
4. Spacers.

Charges for initial placement of an orthodontic appliance are covered only to the extent of 50% of the REASONABLE AND CUSTOMARY charge for the initial banding fee.

## NON-SURGICAL TREATMENT OF TEMPOROMANDIBULAR JOINT DISORDERS (TMJ)

1. X-rays of the teeth.
2. A required second opinion and a third opinion (if a dispute exists) once the condition has been diagnosed as a TMJ disorder.
3. Appliance including but not necessarily limited to:
   - Orthodontic appliances including braces, positioners, retainers, brackets and elastics utilized for fixation, etc.
   - Bruxing appliances including hard and soft nightguards, etc.
   - Splints, biteplanes, etc.
   - Orthopedic appliances.
   - Prosthetic appliances including fixed and removable partial dentures, crowns, etc.
4. Injections such as trigger point injections or intracapsular injections.
5. Physical medicine or PHYSICAL THERAPY including heat, ultra-sound, cold or hot packs, exercise, neuroprobe, laser, TENS, acutherapy, etc.

6. Diet counseling.
7. Psychological counseling.
8. Dental treatment such as occlusal equilibration, full mouth reconstruction, etc.

## WHAT IS NOT COVERED

The term Covered Dental charge does **NOT** include any charge:

1. In connection with an **OCCUPATIONAL INJURY** or disease;
2. Covered in whole or in part under any other plan established by Dana which provides group hospital, surgical or medical benefits;
3. For a duplicate prosthetic device or other dental appliance;
4. For replacing a prosthetic device or other dental appliance if the appliance is lost, missing or stolen;
5. For implants and related appliances and the surgical removal of implants;
6. For a procedure, appliance or restoration, that is used only to alter, restore or maintain occlusion, or to increase vertical dimension;
7. Made by a **HOSPITAL**;
8. Incurred for the treatment of an injury, unless the injury was sustained accidentally;
9. With respect to a fixed partial denture, crown, inlay or onlay, if the first date of preparation of the tooth or teeth involved is before the person becomes covered for this benefit;
10. With respect to an appliance, including its modification, if the first impression is made before the person becomes covered for this benefit;
11. With respect to root canal therapy, if the pulp chamber is opened before the person becomes covered for this benefit;
12. For orthodontics, other than cephalometric film, if the initial active appliance is installed before the person becomes covered for this benefit;
13. For periodontal splinting of a tooth, except for provisional, intracoronal stabilization of mobile teeth;
14. For precision attachments, except when they represent the sole method of completing a course of treatment;

**50**

15. For treatment of TMJ disorders:
   - to the extent a benefit is payable for the charge under any other coverage under HealthWorks;
   - which may be used to satisfy in whole or in part the deductible under Major Medical coverage;
   - for an oral exam, if another service for which a benefit is payable under dental coverage is provided during the same visit, or if the exam is not required due to an injury, but only one oral exam may qualify as a covered dental charge in any one 6 consecutive month period;
   - resulting from intentionally self-inflicted injury;
   - for surgical treatment of **TEMPOROMANDIBULAR JOINT (TMJ) DISORDERS**;

16. Bleaching (whitening) of teeth;

17. Porcelain veneers.

## HOW TO FILE DENTAL CLAIMS

Except for emergencies, download a dental claim form from the HealthWorks web site (www.webmdhealth.com/dana) or, stop by Human Resources prior to any treatment under $200 (such as routine examinations, x-rays, fluoride treatments, etc.) to pick up a dental claim form.

**IF COSTS ARE EXPECTED TO BE OVER $200,** you should file for predetermination of benefits prior to any treatment. Complete your portion of the usual dental claim form and ask your dentist to complete the section that describes the services to be performed. The dentist will then send the completed form to the **CLAIMS PAYOR,** and they will let you and the dentist know how much will be paid. That way, before any expensive treatment, you and your dentist will know exactly what benefits you have coming.

If you have paid all or a portion of a charge, attach a copy of your receipt. Otherwise, any benefits payable will be paid to the specific provider of service.

Any claim for dental benefits under the Plan must be filed within one year after the dental services were provided. Claims filed more than one year after the expense was incurred are excluded from coverage.

**51**

You will receive an Explanation of Benefits from the **CLAIMS PAYOR** notifying you of the dental benefits paid by the Plan on your claim. If all or a portion of your Dental claim for benefits is denied you have a right to appeal the denial. Please see the Claims and Appeals Section below for details on how to file an appeal.

# FSA

## FLEXIBLE SPENDING ACCOUNTS

A Flexible Spending Accounts (FSA) is a reimbursement account you can use to reimburse yourself for certain eligible health care and dependent care expenses.

When you use a Flexible Spending Account, you make contributions of pre-tax dollars, and therefore, give yourself a tax-break. That's because the money you put into spending accounts is exempt from federal and Social Security taxes and, in most states, the state tax. When you use pre-tax dollars to pay for health and dependent care expenses, you essentially give yourself a "discount" on the costs of those expenses.

There are two spending accounts offered by HealthWorks: the Health Care Flexible Spending Account and the Dependent Care Flexible Spending Account.

Money in one spending account **CANNOT** be transferred into the other. Nor can the dollars in one account be used to reimburse the expenses the other account would cover. For example, money in the Health Care Spending Account may not be used to reimburse dependent care expenses.

> If you are a Highly Compensated Employee as defined by the IRS, you may be restricted on your contribution level in the FSA.

### How Much Can I Save?
If you're in the 28% tax bracket, you'll save $280 in federal income taxes for every $1,000 you put into a spending account. You'll save another 7.65%, or $76.50, per $1,000 on Social Security taxes on the portion of your income below the Social Security maximum. That puts your tax savings at $356.50 for each $1,000 contributed to an account. You may also be eligible to save on state taxes, depending upon your state of residence.

**53**

## FSA CLAIMS PAYOR

Dana is the CLAIMS PAYOR for your FSA accounts and is responsible for reimbursing claims you've paid. Spending accounts are a lot like checking accounts, except, in this case, your reimbursement is directly deposited to your checking account or the checks are made out to you.

You can reach the Dana FSA Claims Administrator by calling **1-877-332-0697.**

## HEALTH CARE FSA

Contributions made to a Health Care Spending Account can be used to pay for most medical expenses not covered by your health plan while you're covered by the Plan. Eligible expenses include:

- Deductibles and coinsurance (medical and dental);
- Vision expenses such as eye exams, glasses, contact lenses and solutions, lasik surgery;
- Prescription Drug coinsurance and non-covered prescriptions such as contraceptive medication and other lifestyle drugs;
- Cost of travel to and from doctor;
- Over-the-counter drugs such as pain relievers, cold medications, and allergy medications (as long as they are used for treatment of an injury or illness and not for preventative care);
- Out-of-pocket wellness expenses such as coinsurance or amounts over annual maximums for Well Child Care and annual physicals.

Some expenses **NOT** eligible for reimbursement are:

- Medical expenses of a cosmetic nature;
- Vitamins;
- Expenses incurred before or after your period of participation in the FSA.

### CONTRIBUTIONS

The minimum contribution to a Health Care Flexible Spending Account is $10 per month; the maximum contribution is $7,000 a year for married employees who file a joint return; or $3,500 a year for single employees and married couples who file separately.

**54**

### DANA MATCHING CONTRIBUTIONS

Dana matches a portion of your Health Care FSA contributions. Dana will match the first $250 you contribute at 50%. This results in $125 of matching Dana contributions, or a total of $375 ($250 you contribute plus the additional $125 Dana match). This FSA money can be used on out-of-pocket medical and dental costs (including wellness), vision services (such as eyeglasses, contacts, or Lasik eye surgery), or other eligible FSA services and supplies.

FSA Matching contributions are **NOT** available to Dana people who have elected HMO coverage, are receiving Long-Term Disability benefits, or have opted-out of the medical plan.

### DANA MEDICAL OPT-OUT CONTRIBUTION

If you elect to opt-out of medical coverage, Dana will contribute $1,000 into your Health Care Flexible Spending Account.

### HEALTH RISK ASSESSMENT CONTRIBUTION

The HealthWorks website features a Health Risk Assessment that you can complete. This Health Risk Assessment is completely confidential and no information is shared with Dana. However, you can share the information with a Health Care Coach if you choose to do so. Dana will make a $50 contribution to your Health Care Spending account once you have completed the Health Risk Assessment.

To be eligible for the $50 contribution, you must have been an active eligible participant in the Plan on December 31, 2003 **AND** on January 1, 2004.

The $50 Health Risk Assessment Contribution is **NOT** available to Dana people who are hired on or after January 1, 2004, have elected HMO coverage, are receiving Long-Term Disability benefits, or have opted-out of the medical plan. In addition, the $50 contribution is for Dana employees only, dependents are not eligible for the $50 contribution.

**55**

## HOW TO REIMBURSE YOURSELF

First, obtain an FSA claim form from the HealthWorks website or request one from your Human Resources Representative. Then, complete the sections that deal with health care expenses. Be sure to:

- Attach copies of any EOB (Explanation of Benefits) forms you received from the CLAIMS PAYOR that show the unpaid charges, or

- Only if you do NOT have an EOB, attach copies of itemized bills or receipts that show charges not covered under your health plan (for example, prescription drug coinsurance, vision expenses, eligible over-the-counter medication purchases, etc.)

    RECEIPTS OR BILLS SHOULD ONLY BE SUBMITTED IN THE EVENT AN EOB IS NOT PROVIDED TO YOU.

Submit the completed FSA form and any attachments to:

    Dana Benefits and Payroll Services
    P.O. Box 433 (FSA)
    Toledo, OH 43697

Reimbursements will be made at least twice monthly, provided Dana Benefits and Payroll Services receives the proper documentation. THE MINIMUM REIMBURSEMENT MADE WILL BE $25, with the exception of the final reimbursement made in the calendar year.

You can have your FSA reimbursements direct deposited into the same account where your payroll check is currently direct deposited. If you don't have your payroll check direct deposited, you may name another account to direct deposit your FSA reimbursements.

In order for a dependent's expenses to be eligible for reimbursement, he/she must be a dependent for purposes of your federal income taxes.

## A WORD OF CAUTION

Under IRS regulations, money put into a Health Care Spending Account must be used for medical expenses incurred during the year it was contributed. If you over-estimate your expenses and contribute more than your actual expenses, YOU'LL FORFEIT THE BALANCE IN YOUR ACCOUNT.

For that reason, you'll want to carefully consider what your eligible medical expenses will be BEFORE you decide how much to contribute.

## GRACE PERIOD

You have a 3-month "grace period" in which to submit claims to your account for expenses incurred during the prior year. In other words, Dana will reimburse a claim if it's received by Dana Benefits and Payroll Services no later than the March 31st following the year in which the expense was incurred. You will not be entitled to reimbursement for claims submitted later than March 31st of the following year.

**57**

## DEPENDENT CARE FSA

A Dependent Care Spending Account allows you to pay for certain dependent care expenses; which are primarily incurred in order to enable you and your **SPOUSE** to work.

Before electing to contribute to a Dependent Care Spending Account, you should review whether the same dependent care expenses might also entitle you to a child care tax credit under Internal Revenue Code section 29. For some participants, this tax credit may be more advantageous than contributions to the Dependent Care Spending Account. See IRS Publication 503 for more details.

### ELIGIBLE EXPENSES

To be eligible for reimbursement, an expense must enable you (and your **SPOUSE** if you're married) to work. Examples of the kinds of expenses that can be eligible are:

- Licensed nursery schools and day care centers (for children under 13 years of age);
- Babysitting for your children or other eligible dependents - in or out of your home - as long as it's not provided by another of your dependents;
- Housekeepers in your home if their work includes providing for the well-being and protection of eligible dependents; and
- Day care for disabled dependents at home, or at a facility that complies with state and local laws.

Some expenses **NOT** eligible for reimbursement are:

- Babysitting for reasons other than to allow you to work;
- Transportation to and from a dependent care facility;
- Tuition for kindergarten, private schools or other educational services;
- Care provided in full-time residential institutions, such as nursing homes and homes for those deemed physically or mentally incapable of self-support.

### CONTRIBUTIONS

The minimum contribution to a Dependent Care Flexible Spending Account is $10 per month; the maximum contribution is $5,000 a year for married employees who file a joint return; or $2,500 a year for single employees and married couples who file separately.

**58**

## HOW TO REIMBURSE YOURSELF

Eligible dependent care claims will be reimbursed on a semi-monthly basis. The CLAIMS PAYOR will issue you a check upon receipt of proper documentation, which includes a spending account claim form and a signed receipt from the care provider. The receipt may be a simple as the following example:

| RECEIVED $ _____ FROM _____ | FOR DEPENDENT CARE SERVICES FROM |
|---|---|
| _____ TO _____ . | |
| {DATE} | {DATE} |
| SIGNATURE OF CARE PROVIDER | |
| CARE PROVIDER'S SOCIAL SECURITY NUMBER | |

Canceled checks are not acceptable in place of a receipt. The IRS requires that a proper receipt or bill be submitted with the signature of the care provider.

THE MINIMUM REIMBURSEMENT IS $25, EXCEPT FOR FINAL REIMBURSEMENT MADE DURING THE CALENDAR YEAR.

## SPECIAL PROVISIONS

For Dependent Care Flexible Spending Account purposes, a dependent is a child under age thirteen, or a SPOUSE or other family member (such as a dependent parent) who is physically or mentally incapable of self-support.

In addition, these special provisions apply:

- A dependent care expense is eligible if it's incurred primarily to enable you and your SPOUSE to work.
- The annual total of expenses claimed cannot exceed your annual income or your SPOUSEs, whichever is less (or your total annual income if you're single).
- You cannot participate if your SPOUSE is unemployed or employed in a non-paying capacity, unless your SPOUSE is disabled or a full-time student.

**59**

- Expenses cannot be reimbursed for fees paid to any of your children under age 19, or to anyone who lives with you or who you could legally claim as a dependent for federal income tax purposes.

- If the expenses are for a child care center that provides care for more than six children, it must comply with all state and local regulations.

- Benefits will not be paid for services provided for the care of a dependent outside of your home unless the dependent regularly spends at least 8 hours a day in your home.

- You must include in your tax return the correct name, address, and taxpayer identification number of the care provider.

## A WORD OF CAUTION

As with the Health Care Spending Account, it's important that you carefully estimate what your eligible expenses will be before contributing to a Dependent Care FSA. The IRS requires you to forfeit any contributions remaining in an account after dependent care expenses for the year have been reimbursed.

## GRACE PERIOD

The 3-month "grace period" described earlier applies to Dependent Care Flexible Spending Accounts as well.

## ONE FINAL CONSIDERATION

The money you set aside in spending accounts isn't subject to Social Security taxes. And that may lead to slightly lower Social Security benefits in the future if your salary is at or below the Social Security maximum taxable amount. For most people, though, the tax savings will far outweigh any reduction to their Social Security benefit.

# DISABILITY

## SHORT TERM DISABILITY (STD)

Dana provides you with a Short-Term Disability Supplemental benefit of 70% of your base annual pay at no cost to you. Short-term disability replaces a portion of your salary if you become unable to work due to an illness, injury, disease, or pregnancy. The benefit is paid weekly for up to 22 weeks. Generally speaking, there are two parts to a short-term disability benefit: the Basic benefit and Supplemental benefit.

### BASIC:

The Basic benefit continues 100% of your base monthly salary at the time of disability for a number of weeks based on your years of service (see the chart on the next page).

For example, with 8 years of service you would be eligible for up to 11 weeks of basic coverage. The number of days for which you receive 100% coverage is subtracted from the total basic coverage you're entitled to for the year. Say, for example, you have 8 years of service and are off sick 10 days in March and another 5 days in June. Those 15 days would be subtracted from your 11 weeks of 100% coverage.

The basic benefit is an annual allotment. So, if you become disabled and receive basic benefits, the number of weeks for which you received the benefit will be subtracted from your total for the year.

Basic benefits are generally renewed on the first day of each calendar year. However, if you become disabled in one year and the disability continues into the next year, your basic benefits won't be renewed until you return to work.

### SUPPLEMENTAL:

The Supplemental benefit is just that - a benefit that supplements your Basic benefits (if any) to give you a total of 22 weeks of Short-term disability coverage. Your Supplemental benefits begin after your Basic STD period ends. As an example, with 5 years of service you'd have 8 weeks of Basic benefits. The Supplemental benefit option you choose would give you another 14 weeks of disability benefits for a total of 22 weeks of coverage.

**61**

3:06-cv-03130-BGC # 1-5 Page 22 of 40

## THE SHORT-TERM DISABILITY CHART

The following chart shows the relationship between your Dana service and the number of weeks of Basic and Supplemental benefits. The more service you have (up to 11 years), the more weeks of Basic coverage you have (up to 14 weeks).

| YOUR FULL YEARS OF SERVICE* | BASIC (100%) | SUPPLEMENTAL (70%) |
|---|---|---|
| Less Than 6 Months | 0 | 22 |
| 6 Months - Less than 1 Year | 1 | 21 |
| 1 Year | 2 | 20 |
| 2 Years | 4 | 18 |
| 3 Years | 6 | 16 |
| 4 Years | 7 | 15 |
| 5 Years | 8 | 14 |
| 6 Years | 9 | 13 |
| 7 Years | 10 | 12 |
| 8 Years | 11 | 11 |
| 9 Years | 12 | 10 |
| 10 Years | 13 | 9 |
| 11 Years or More | 14 | 8 |

*calculated as of 12/31 of the calendar year in which enrollment is held

The salary used to calculate your Short-Term Disability benefit is your current base monthly salary as of the date of disability. The benefit is rounded up to next multiple of $5.

If you are an employee who is paid weekly, your base weekly pay as of the date of disability is used.

## HOW TO DETERMINE YOUR BENEFIT AMOUNT

First, take your base monthly salary and divide it by 4.33. Then, multiply the result by 70% to get the amount of your weekly supplemental benefit. And, if that amount isn't an even multiple of $5, raise it to the next higher $5 increment. As an example, if you multiplied your salary by your level of coverage and came up with $216, your actual short-term disability coverage would be $220.

**62**

## WHEN SHORT-TERM DISABILITY BENEFITS BEGIN

On your first day of disability if you are:

- injured in an accident,
- hospitalized as an inpatient,
- undergoing out-patient surgery.

Otherwise, on your eighth day of disability.

Benefits may continue for a maximum of 22 weeks provided you remain disabled and under a doctor's care. Also, disability is paid on the basis of a five-day work week.

## SHORT-TERM DISABILITY REDUCTIONS

Short-Term disability benefits are reduced by:

- Any primary and family benefits payable under the Federal Social Security Act;
- Worker's Compensation Benefits for loss of wages, excluding benefits for loss of a body member or for 100% loss of its use;
- Any retirement benefits from Dana (excluding any Required Minimum Distribution payments payable at age 70½)
- Any benefits required by state or federal laws for the same period of disability.

## CONTINUOUS PERIOD OF DISABILITY

If disabilities from the same or related cause happen within three months of each other, the two (or more) periods of disability are counted as one, unless Dana receives satisfactory evidence that:

- the causes of the 2 periods are not related; and
- you have returned to work and completed one full day of active service with Dana between the 2 periods.

## LIMITATIONS

No benefits are payable under this coverage for:

- Those days that you're not under the care of a PHYSICIAN;
- Disability due to an OCCUPATIONAL INJURY or disease that occurs while working for another employer.
- Any time for which you've been convicted of a felony.

## TAXES ON SHORT-TERM DISABILITY BENEFITS

All disability benefits will be subject to federal, state, and local taxes according to tax law in effect at the time of your disability.

## LEGAL STATUS OF SHORT-TERM DISABILITY BENEFITS

Unlike the other benefits offered under HealthWorks, the Short-Term Disability benefit is not an employee welfare plan subject to the Employee Retirement Income Security Act of 1974, as amended.

## HOW TO FILE A SHORT-TERM DISABILITY CLAIM

You and your PHYSICIAN will need to complete appropriate claim forms and return them to your Human Resources representative, who will submit the claim on your behalf. If your short-term disability claim is approved, you'll be paid the applicable benefit amount.

Any claim for short-term disability benefits under the plan must be filed within one year after you first become disabled. Claims first filed more than one year after the disability began will be denied. Of course, if you're absent from work and fail to promptly apply for Short-Term Disability benefits or FMLA leave or otherwise provide medical documentation for the absence, you may be subject to termination for non-attendance long before this deadline.

While receiving benefits, you'll also need to send medical documentation that your total disability continues. Your local Human Resources representative will inform you when that documentation is needed.

If you're incapable of receiving and giving a valid receipt for the benefits due you, Dana may pay such benefits according to the "Facility of Payment" provisions.

# LONG TERM DISABILITY (LTD)

HealthWorks provides you with a Long-Term Disability benefit equal to 50% of your base monthly salary at no cost to you. However, during your initial sign up period or any subsequent open enrollment, you may elect a 60% Long-Term Disability benefit and pay a premium for that extra coverage.

If your total disability continues beyond the maximum duration for Short-term disability benefits, you may be eligible for long-term disability benefits. Benefits are paid for each full or partial month that total disability continues, but not for longer than the maximum benefit period during any one continuous period of disability. Your monthly long-term disability benefit is that which applies on the date the continuous period of total disability begins. Benefits for a partial month are determined by dividing the monthly benefit by 30 and multiplying the result by the number of days due for that month.

## DEFINITION OF TOTAL DISABILITY OR TOTALLY DISABLED

The terms TOTALLY DISABLED or TOTAL DISABILITY are defined as a disability that wholly prevents you from engaging in any and every gainful occupation for which you are reasonably qualified by education, training or experience, and you cannot earn a living through any other means.

If your disability prevents you from performing any and every duty of an occupation or employment for which you're reasonably qualified by education, training or experience, once the CLAIMS PAYOR receives all necessary claim documentation, you'll be paid long-term disability benefits after the QUALIFYING DISABILITY PERIOD.

Through the first six (6) months following the expiration of your Short-Term Disability benefits, if you do not satisfy the definition as provided above, you still may be considered TOTALLY DISABLED for purposes of HealthWorks if your disability wholly prevents you from performing the duties associated with the position you held immediately prior to the disability, or the duties of any other position available at the same facility for which you are reasonably qualified by education, training or experience.

Dana Benefits and Payroll Services administers long-term disability benefits. This means that Dana will be the CLAIMS PAYOR for your long-term disability claim.

**65**

## HOW TO DETERMINE YOUR BENEFIT AMOUNT

The salary used to calculate your monthly long-term disability benefits is your current base monthly salary as of the date of disability, excluding any bonus and overtime pay. The benefit is rounded up to the next multiple of $5. If you're paid weekly, the monthly equivalent of your base weekly salary is used.

## AMOUNT OF LONG-TERM DISABILITY COVERAGE

If total income from (1) other company paid benefits, plus (2) Social Security benefits (both primary and family), plus (3) the LTD monthly benefit exceed a certain percentage of your monthly salary, the monthly LTD benefit will be reduced by the excess amount so that total income from these sources will equal:

- 70% of your base monthly salary under the 50% company provided benefit; or
- 75% of your base monthly salary under the 60% benefit.

### HOW LTD IS REDUCED BY OTHER BENEFITS

CONSIDER AN EMPLOYEE WHO BECOMES **TOTALLY DISABLED**. WE'LL SAY HER BASE MONTHLY SALARY IS $1,500, AND THAT SHE HAS ELECTED THE 50% BENEFIT. THAT WOULD MAKE HER LONG-TERM DISABILITY BENEFIT $750 (50% OF 1,500). HOWEVER, SUPPOSE THIS EMPLOYEE ALSO BECOMES ENTITLED TO $250 IN PRIMARY SOCIAL SECURITY, AND ANOTHER $200 IN FAMILY SOCIAL SECURITY.

THE $450 IN SOCIAL SECURITY BENEFITS WHEN ADDED TO HER $750 LONG-TERM DISABILITY TOTALS $1,200. BUT, BECAUSE THE MAXIMUM COMBINED BENEFIT UNDER OPTION 2 IS 70% OF HER $1,500 MONTHLY SALARY, OR $1,050, HER LONG-TERM DISABILITY BENEFIT AMOUNT WOULD BE REDUCED BY $150.

**66**

**MAXIMUM BENEFIT PERIOD**

The maximum benefit period you may receive long-term disability benefits during any one continuous period of total disability is based on your age at the onset of your total disability.

| AGE AT ONSET OF DISABILITY | DURATION OF BENEFITS (YEARS) |
|---|---|
| 60-65 | 5 |
| 66 | 4½ |
| 67 | 4 |
| 68 | 3½ |
| 69 | 3 |
| 70 | 2 |
| 71 | 2½ |
| 72 | 2¼ |
| 73 | 2 |
| 74 | 1¾ |
| 75 | 1½ |
| 76 | 1¼ |
| 77 or older | 1 |

❶ If you're under age 60, not for longer than the earliest of the following events:

- end of the month in which you attain age 65;
- the date you take early retirement;
- the date you return to work; or
- the date you recover.

❷ If you're age 60 or over, not for longer than the earliest of the following events:

- the date you retire;
- the date you return to work;
- the date you recover; or
- according to the table at left.

**CONTINUOUS PERIOD OF DISABILITY**

Successive periods of total disability will be deemed to occur in the same continuous period of disability unless the subsequent period of disability:

- is due to an injury or disease entirely unrelated to the causes of the previous disability, and the disability begins after you have returned to work for one full day; or
- begins after you have returned to work for at least 3 consecutive months on a full-time basis.

**67**

## LONG-TERM DISABILITY BENEFIT REDUCTIONS

Your benefit amount for any month or partial month will be reduced by the amount of income paid or payable to you from the following:

- Any statutory disability law, or similar law or act;
- Social Security, primary and family, including both Social Security disability and Social Security retirement benefits, determined as of the date your disability began, not including any subsequent cost of living increases;
- Any governmental plan or agency;
- Any disability benefits paid from a non-Dana plan.

Benefits will be reduced by the amount of income or benefits payable under any workers' compensation or similar law. This includes any lump sum benefits payable in lieu of, or as an accumulation of, periodic loss of income benefits and any sum of money paid as a result of a compromise and release agreement.

These benefits shall be apportioned equally over the period which:

- Starts with the effective date of settlement; and
- Ends on the date your Maximum Benefit Period for the disability ends.

The amount apportioned to that period will be deemed a benefit payable for the period, and may result in Dana considering you to have received an overpayment of Dana disability benefits for that period.

Benefits will not be reduced by any benefits or income paid or payable:

- If a final determination of your right to them preceded the date you became **TOTALLY DISABLED**, which is made by the proper agency or authority (other than Social Security benefits); or
- If entitlement to them is due to disability caused by **UNRELATED CONDITIONS.**

If you're eligible for any of the income or benefits from the above sources:

- Your benefit will be reduced, as provided above;
- This reduction will be made whether or not you have applied for or accepted such income or benefits;
- The reduction will be to the extent that Dana finds you're eligible for these, based on information made available to it.

**68**

If you apply for or accept such income or benefits at a future date, Dana shall make any necessary adjustment in benefits to reflect the actual amount of such income or benefits.

If Dana determines that you have been receiving any income from the sources described above while you were receiving long-term disability benefits under the plan, and failed to disclose this income to Dana, Dana will, in appropriate circumstances, calculate the amount you should actually have received after your benefits are adjusted to reflect the amount of the income or benefits, and, as explained below, require that you repay the overpayments. Where necessary or appropriate, Dana will have the right to recover these overpayments from you by offsetting your long-term disability benefits for future periods until the overpayment has been recovered.

## CONTINUATION OF HEALTH COVERAGES WHILE ON LTD

Most group benefits (medical, dental, prescription drug, and life insurance) will continue while you're entitled to disability benefits and are paying your premium share (your cost) for these benefits.

However, once you are on Long-term disability, you are not eligible to contribute to a Flexible Spending Account. In addition, you are not eligible for any company matching FSA contributions.

IF YOU FAIL TO PAY YOUR HEALTHWORKS PREMIUM SHARE FOR ANY MONTH, AND DO NOT MAKE UP THE LATE PAYMENT BY THE END OF THE THIRD CONSECUTIVE MONTH, ON THE FIRST OF THE FOLLOWING MONTH, YOU WILL BE PLACED IN THE FOLLOWING HEALTHWORKS COVERAGE LEVELS:

- Medical Opt-Out (a detailed description of Medical Opt-Out is located in the Medical Section of this SPD);

- Life Insurance equal to 1½ times your base salary;

- Long-Term Disability equal to 50% of your base salary in the event you returned to work and became disabled again;

- All other optional coverages are cancelled.

Failing to make your HealthWorks premium share payments does NOT affect your current Long-term disability benefit check payment you receive each month.

69

If you fail to pay your premium share as described above, you may still participate in HealthWorks open enrollment for the following plan year. However, in order to be reestablish your eligibility for open enrollment, you are required to pay any delinquent premium share amounts owed to Dana for the period you were eligible for Long-Term Disability benefits from Dana. Remember, you may not change your life insurance or disability coverage levels until you return to work. Therefore, you may change your medical and dental elections, but your life insurance amount would remain at the 1½ times base annual salary level.

You may not participate in open enrollment if you have any delinquent premium share payments due to Dana. Instead, the Medical opt-out, 1½ times life, and 50% Long-term disability, as described earlier in this section, will remain in effect for future years until Dana has received your delinquent premium share amount for the period you were eligible for Long-term disability benefits from Dana.

## WHEN LONG-TERM DISABILITY BENEFITS STOP

- You are convicted of a felony;
- You fail to make yourself available for any medical examination requested by Dana to verify your continued disability;
- You die.

## LIMITATIONS AND EXCEPTIONS

No benefit is payable for:
- Any part of a continuous period of total disability during which you're not under the care of a PHYSICIAN; or
- Any days of a continuous period of total disability which occur after the applicable Maximum Benefit Period ends.

Loss of time shall NOT be deemed total disability in terms of this coverage, if due to:
1. An injury which occurs or disease which starts after you become covered and which results from war or act of war, declared or undeclared;
2. An injury which results from your participation in the commission of a felony;
3. Self-inflicted injury, intentional or while insane;
4. Attempted suicide while sane or insane;

**70**

5. An injury or disease which occurs while you're on active duty
   - in the armed forces of any nation or international organization, or
   - in a civilian noncombatant unit which serves such forces in combat;
6. An injury or a disease which existed before you became covered under this coverage, and for which you received medical treatment or services, or had used prescribed drugs or medicines, in connection with that condition during the 3 month period immediately preceding the date Long-term disability coverage became effective for you. But, this does not apply to loss of time which starts after you have been covered for at least 12 months.

## PHYSICAL EXAMS

To assist in evaluating the extent of your disability, Dana may require you be examined by a PHYSICIAN chosen by Dana. Such an exam may be required as often as Dana deems necessary.

## SOCIAL SECURITY DISABILITY BENEFITS

If your doctor determines that your disability will last for at least one year, you should apply for Social Security disability benefits as soon as possible. If approved, your Social Security benefits will begin after you have been disabled five calendar months. To file a Social Security disability claim, contact your nearest Social Security office.

Your disability benefits will be reduced after five full months, even though you're not receiving Social Security benefits, unless you provide Dana with:

- a copy of the completed Social Security application; or
- a copy of the Social Security denial; and
- you sign an agreement to refund Dana any excess benefits if you receive retroactive Social Security benefits.

## RECOVERY OF DISABILITY BENEFIT OVERPAYMENTS

If it's discovered that benefits were overpaid to you or on your behalf, YOU'RE REQUIRED TO REFUND THAT OVERPAYMENT.

Disability benefits are reduced by any benefits you receive from Workers' Compensation or Social Security. If you're entitled to such benefits and are paid full benefits under Dana's disability benefit programs, once you receive the award or benefits from Workers' Compensation or Social Security, your disability claim(s) will be recalculated to determine the

**71**

overpaid amount. In recalculating your claim(s), any lump sum awards are prorated over the period of your disability to which it applies.

If you fail to promptly repay the overpayment, Dana may arrange to deduct the overpayment amount from future benefit payments or make deductions from your pay.

## TAXES ON LONG-TERM DISABILITY BENEFITS

All disability benefits will be subject to federal, state, and local taxes according to tax law in effect at the time of your disability.

## LEGAL STATUS OF LONG-TERM DISABILITY BENEFITS

The Long-term Disability benefits plan offered under HealthWorks is an employee welfare plan subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). See the ERISA section for more information on your ERISA rights.

## HOW TO FILE A DISABILITY CLAIM

You and your PHYSICIAN with the appropriate expertise to diagnose your condition will need to complete appropriate claim forms and return them to your local Human Resources Representative. The required Long-Term disability benefit application forms must be completed. You will not qualify for long-term disability benefits when your short-term disability is exhausted until these forms have been completed and returned. If your long-term disability claim is approved, you'll be paid monthly.

Any claim for long-term disability benefits under the plan must be filed within one year after you first become disabled. Claims first filed more than one year after the disability began will be denied.

While receiving benefits, you'll also need to send medical documentation that your total disability continues. You'll be informed by a representative of Dana when that documentation is needed.

In addition, you're required to send proof that you applied for the other income benefits with which the long-term disability plan integrates, (including the amount of those benefit or that you have been denied those benefits) except for pension benefits.

If you're incapable of receiving and giving a valid receipt for the Long-Term disability benefits due you, Dana may pay such benefits according to the "Facility of Payment" provisions.

## WORKER'S COMPENSATION

Workers' Compensation is, by law, paid to cover a portion of your salary when you can't work because of an occupational illness or injury. If you become entitled to Workers' Compensation and the amount of that benefit is less than your disability coverage, you'll receive disability benefits equal to the difference between the two.

No disability is payable for an injury or illness that occurs while working for another employer.

## DENIAL OF CLAIMS AND APPEALS

You will normally be notified by the CLAIMS PAYOR within 45 days whether or not your claim for long-term disability benefits will be approved. If you or your physician has not furnished all of the supporting information needed to evaluate your claim, the CLAIMS PAYOR will notify you, but processing of your claim will be delayed until you provide the missing information.

If your claim for benefits is denied, or if the CLAIMS PAYOR determines you are no longer eligible for benefits, you will receive written notice from the CLAIMS PAYOR, explaining the specific reason for the denial and your rights under the Plan to have the adverse decision reviewed. In either case, you will have the right to request that the adverse determination be reviewed by Dana Corporation Welfare Benefits Committee, as explained in more detail in the Claims and Appeals Section.

# LIFE INSURANCE

## EMPLOYEE LIFE INSURANCE

HealthWorks provides you with employee group term life insurance equal to 1½ times your base monthly salary at no cost to you. Employee life insurance provides a benefit for your beneficiary should you die while insured under this coverage. You may purchase additional life insurance at the levels listed below for an added cost.

| LEVELS OF ADDITIONAL LIFE INSURANCE |
| :---: |
| 2 times base annual salary |
| 3 times base annual salary |
| 4 times base annual salary |
| 5 times base annual salary |

In no event will life insurance provided by or purchased through the Company exceed 5 times your base annual salary.

At your initial enrollment (when you're hired) you may choose any amount of life insurance. At subsequent annual enrollments, life insurance coverage may be increased by ONE LEVEL ONLY. For instance, say you choose 3 times salary level during your first enrollment. You may then increase your coverage to 4 times salary at the next enrollment, and so on. You may elect a lower coverage at any level.

If you are disabled and not actively at work during a re-enrollment period, you cannot increase your life insurance amount. You may increase your life insurance by one level during the next annual enrollment upon actively returning to work.

The value of life insurance in excess of $50,000 is considered taxable income. Value is what the Internal Revenue Service determines the premium (or cost) of the coverage over $50,000 to be.

This income is divided by the number of pay periods and included on your paycheck throughout the year. Your W-2 will include the amount over $50,000 to report as taxable income.

**74**

## HOW DO I CALCULATE MY BASE ANNUAL SALARY?

Base Annual Salary is used to calculate your life insurance coverages. To calculate your life insurance coverage use your current base monthly salary and multiply by 12.

For new employees base annual salary is calculated with the base monthly salary in effect at initial enrollment.

If you're paid weekly, the monthly equivalent of your base weekly salary is used to calculate your base annual salary.

## AMOUNT OF COVERAGE

The amount of your life insurance amount is calculated by multiplying your base annual salary by the level of coverage you select (1½ times base salary, 2 times base salary). If the result of that calculation isn't an even multiple of $1,000, round it to the next higher $1,000 increment.

For example, if you choose 3 times salary with an annual salary of $24,500, your life insurance amount would be $74,000 ($24,500 x 3 = $73,500; rounded up to $74,000).

**75**

## ACCIDENTAL DEATH & DISMEMBERMENT (AD&D)

Accidental Death & Dismemberment (AD&D) pays a benefit if you die or are dismembered because of an accident. AT NO COST TO YOU, HEALTHWORKS PROVIDES A BENEFIT EQUAL TO 75% OF YOUR BASE ANNUAL SALARY. Plus, HealthWorks offers an option in which you can increase the AD&D coverage on yourself, and another in which you can increase your coverage and also cover your dependents.

### OPTION 1: EMPLOYEE ONLY COVERAGE

Offers additional AD&D for yourself. The coverage is chosen in increments of $10,000. The minimum amount of coverage you may select is $10,000; the maximum is the difference between $250,000 and the amount of AD&D coverage you're provided at no cost. If the result isn't a multiple of $10,000, round down to the next lower $10,000 multiple.

For example, an employee with an annual salary of $22,000 would be provided - at no cost - $16,500 of AD&D ($22,000 * 75%). Subtract $16,500 from $250,000 to determine the amount of optional coverage the employee may choose. The result is $233,500. Then, because $233,500 isn't a multiple of $10,000, round it down to the next lower multiple of $10,000 or $230,000. In this example the maximum amount of optional AD&D the employee may select is $230,000.

### OPTION 2: EMPLOYEE AND DEPENDENT COVERAGE

Offers additional AD&D for yourself while also offering coverage for your eligible dependents. The amount of coverage available to you is the same as that under Option 1. The amount of your family's coverage is a percentage of the optional AD&D coverage you choose for yourself according to the following:

- your SPOUSE's coverage is 50% of your optional coverage if you also have eligible children, or
- 60% of your optional coverage if you don't have eligible children,
- your children's coverage is 10% of your optional coverage if you also have a SPOUSE, or
- 15% of your optional coverage if you don't have a SPOUSE.

**76**

If you (or if your dependent) suffer a loss listed in the Schedule of Benefits, the **CLAIMS PAYOR** will pay you the benefit shown provided:

- the injury occurred while insured under this coverage;
- the loss resulted directly and solely from the injury and independently of all other causes;
- the loss occurred not more than 90 days after the injury, if the loss is a limb or eyesight;
- the loss occurred not more than 365 days after the injury for loss of life.

## SCHEDULE OF BENEFITS

| ONE-HALF AD&D AMOUNT FOR LOSS OF: | FULL AD&D AMOUNT FOR LOSS OF: |
|---|---|
| SIGHT OF ONE EYE | LIFE |
| ONE HAND | SIGHT OF BOTH EYES |
| ONE FOOT | BOTH HANDS |
|  | BOTH FEET |
|  | ONE HAND AND ONE FOOT |
|  | ONE HAND AND SIGHT OF ONE EYE |
|  | ONE FOOT AND SIGHT OF ONE EYE |

- The total benefit for all losses that result from any one accident may not exceed the Full Amount of AD&D Insurance that applies.
- Loss of hands or feet means permanent loss by severance at or above the wrist or ankle joint. Loss of sight means total and irrecoverable loss of sight.

## LIMITATIONS

No AD&D benefits are payable under this coverage for any loss caused directly or indirectly by:

1. Disease, infirmity or treatment of same;
2. Ptomaines;
3. Bacterial infection, except when introduced through a visible wound caused by accident;
4. Suicide while sane or insane;
5. Intentional self-inflicted injury;
6. War or act of war, declared or undeclared.

An AD&D claim can be made for up to 2 years after a loss.

**77**

### BENEFICIARY

You may name whomever you wish to be the beneficiary (or beneficiaries) of your life insurance and AD&D insurance. You may change the designation by **WRITTEN NOTICE** to Dana at any time. You don't need the consent of your beneficiary to make a beneficiary change.

> IF YOUR BENEFICIARY CHANGES DUE TO MARRIAGE, DIVORCE, OR OTHER CIRCUMSTANCE, BE SURE TO CHANGE YOUR BENEFICIARY. IF YOU DON'T, WHOEVER IS LAST NAMED AS YOUR BENEFICIARY WILL REMAIN YOUR BENEFICIARY.

A beneficiary change becomes effective only when the new designation is entered in your records. But the change will take effect retroactive to the date you signed the notice, even though you may not be living when the entry is made.

You may name an irrevocable beneficiary for your life insurance, provided you do so in writing, and provided the **CLAIMS PAYOR** has given written consent to the nomination.

Your life insurance will be paid to your beneficiary in one sum unless you elected it to be paid under a Settlement Option. If no such option is in effect at your death, your beneficiary may elect one.

If your beneficiary dies, and you don't name a new one, your life insurance (and AD&D, if payable) will be paid according to the Facility of Payment provisions.

**78**

## DEPENDENT LIFE INSURANCE

You can choose life insurance coverage for your **SPOUSE** and eligible children. The amount of life insurance on each dependent is the lesser of ❶ 50% of your Life Insurance amount or ❷ the amount shown in the table below. There are two Optional Dependent Life Insurance options to choose from:

| **OPTION 1** | Provides $10,000 coverage for your **SPOUSE** and $5,000 for each eligible child. |
|---|---|
| **OPTION 2** | Provides $5,000 coverage for your **SPOUSE** and $2,000 for each eligible child. |

If you choose Optional Dependent Life Insurance but aren't an active employee when coverage is to begin, the coverage won't be effective until the first of the month following your return to work.

If a dependent is ill or injured on the date dependent life insurance is to begin and is medically confined and unable to carry on the regular and customary activities of a healthy person of the same age and sex, the dependent's coverage won't begin until he or she is no longer confined and under a doctor's care.

### FILING LIFE INSURANCE AND AD&D CLAIMS

We provide you with this life insurance and AD&D coverage through group insurance policies issued by UNICARE. Accordingly, payment of life insurance or AD&D benefits is governed partly by the terms of the insurance policies and the application procedures prescribed by UNICARE, as our Life Insurance Claims Payor.

The death benefit is paid to your beneficiary or according to the Facility of Payment provisions.

If you should die, your beneficiary will need to contact Human Resources for the claim forms that are required by Unicare, and obtain a certified copy of the death certificate. The completed forms and death certificate should be returned to the Human Resources representative, who will forward the claim to the correct office. There is no time limit when filing a Life Insurance benefit claim.

The dismemberment benefit under AD&D insurance is paid to you. There's a two-year time limit for filing a claim.

**79**

## FILING DEPENDENT LIFE INSURANCE CLAIMS

You're the beneficiary for your dependent's life insurance. You'll need to complete a claim form, obtain a certified copy of your dependent's death certificate, and send these materials to Human Resources who will submit the claim on your behalf.

If you don't survive your dependent, the CLAIMS PAYOR, may, at its option, pay the death benefit to your estate or any one or more of the following survivors:

- your dependent's children;
- your dependent's parents;
- your dependent's brothers or sisters.

As with employee life insurance, there's no claim filing time limit.

## LIFE INSURANCE CONVERSION PRIVILEGES

❶  If all of your life insurance or all of your dependent's life insurance, whichever applies, under the Plan's group insurance policy ends because

- your employment for insurance purposes ends, or
- you or your dependent's class changes to one not eligible for such insurance, then

the affected person may convert to an individual policy of life insurance issued by the CLAIMS PAYOR. The individual policy amount can't be more than the amount of life insurance which ends.

Conversion is also available when you retire. But, if you're entitled to life insurance as a retired employee of Dana, you may only convert up to the difference between (1) the amount you had immediately preceding retirement and (2) the amount you have as a retiree. If you are not entitled to retiree life insurance, you may convert up to the amount of your life insurance in force under the Plan's group insurance policy on the day before you retired.

❷  If all of your life insurance or all of your dependent's life insurance, whichever applies, under the Plan's group insurance policy ends because

- The policy terminates, or is amended to make your or your dependents  ineligible for such coverage, or the class of which you're a member not eligible for life insurance, or

**80**

**E-FILED**
Friday, 23 June, 2006  08:52:54 AM
Clerk, U.S. District Court, ILCD

- Your facility ceases to participate in the Plan's group insurance policy,

the affected person may convert to an individual policy of life insurance issued by the CLAIMS PAYOR provided that person has been insured for life insurance under the Policy for at least 5 continuous years.

The amount of the converted policy will be the lesser of:

- the amount of life insurance which ends, less any amount of group life insurance, for which the person becomes eligible under this or another group policy, within 31 days after the date your insurance under the Plan's group insurance policy ends; or
- $2,000.

The following shall apply with respect to issue of the individual policy.

- Written application and the first premium must be submitted to the CLAIMS PAYOR within the Conversion Period. The Conversion Period is the 31-day period following the date your dependent's insurance under this coverage ends.
- The policy will be issued in any of the forms of life insurance usually issued by the CLAIMS PAYOR, except term insurance. The policy shall not have any disability or supplementary benefits.
- Premium for the policy will be determined from the rates used by the CLAIMS PAYOR at the date of issue of such policy. The rates will be based upon:
  - the person's age at the birthday nearest to such date;
  - the class of risk to which that person belongs at such date; and
  - the form and amount of such policy.
- The individual policy will take effect at the end of the Conversion Period.
- The CLAIMS PAYOR will not require evidence of the person's insurability.

If the person whose insurance terminated dies within the Conversion Period, the CLAIMS PAYOR will pay a death benefit equal to the largest amount for which a converted policy could have been issued to that person. It's payable whether or not the person applied for a conversion policy.

If life insurance ends for both you and your dependent, and you, but not your dependent, have a right to convert to an individual policy, then if your dependent dies within the Conversion Period, the CLAIMS PAYOR will pay you a death benefit equal to the amount of life insurance on your dependent at the time insurance ended.

### EXTENSION OF DEATH BENEFIT
If your dependent dies within the Conversion Period, Dana will pay you a death benefit equal to the largest amount for which a converted policy could have been issued to your dependent. It's payable whether or not your dependent applied for a conversion policy.

If life insurance ends for both you and your dependent, and you, but not your dependent, have a right to convert to an individual policy, then if your dependent dies within the Conversion Period, the CLAIMS PAYOR will pay you a death benefit equal to the amount of life insurance on your dependent at the time insurance ended.

# CONTINUATION

## OF GROUP BENEFITS

If your employment with Dana ends because of a circumstance listed
below, some or all of your coverages may be continued, subject to the
conditions shown, and provided that you make any required payments.

## LEAVES OF ABSENCE:

| REASON YOU STOPPED WORKING | CONTINUED COVERAGES AND CONTINUATION PERIOD |
|---|---|
| DISABILITY | All group benefits will continue while you're entitled to disability benefits and are paying your share (if any) of the cost of your benefits.* |
| PERSONAL LEAVE OF ABSENCE | Medical, dental and life insurance coverage may be continued, but at your expense. Short-term disability, long-term disability and AD&D will end on the last day you work. |
| MILITARY LEAVE WHEN RECEIVING SHORT-TERM MILITARY PAY | All coverages are continued while receiving short-term military pay for service in the National Guard or any reserve unit of the armed forces provided you pay your premium share, if any. |
| MILITARY LEAVE WHEN NOT ELIGIBLE FOR SHORT-TERM MILITARY PAY, OR IF ON LEAVE FOR FULL-TIME MILITARY DUTY | Medical and Dental coverage may be continued (if you pay the full cost in advance) for the duration of your military service. Disability, life and AD&D will be cancelled on your last day at work. |
| FAMILY MEDICAL LEAVE (FMLA) | All coverages continue during the leave, provided you pay your premium share, if any. (12 week limit) |

* REFERENCE THE LONG-TERM DISABILITY SECTION IN THIS SPD FOR MORE DETAILED INFORMATION.

**83**

For military leaves of absence, continued coverage will end on the earliest of the following:

- if you stop making payments, at the end of the period covered by your last payment;

- the day after the last date on which you have a legal right to apply for or return to your position at Dana, as required under the federal law; or

- the date Dana no longer provides any group health plan to any employee.

## LAYOFF

| REASON YOU STOPPED WORKING | CONTINUED COVERAGES AND CONTINUATION PERIOD |
|---|---|
| **LAYOFF** If you have less than one year of service | All coverage (except medical and dental) is canceled on your last day of work. Medical coverage continues until the last day of the month in which layoff begins. |
| **LAYOFF** If you have one or more years of service and are entitled to income replacement benefits | All coverage continues for as long as you receive income replacement benefits, provided you pay your premium share. |
| **LAYOFF** If you have one or more years of service and are not entitled to income replacement benefits | Coverage is canceled on your last day of work or last day of income replacement benefits. After that, medical coverage may be continued through COBRA, provided you pay your COBRA premium. |

While you're on temporary layoff status, if you become eligible for insurance from another employer or another Dana plan, your continued coverages terminate.

Layoff is not a change in status under HealthWorks. In other words, you can't change your benefits because of a layoff.

**84**

## SEPARATION

If you're separated from employment and entitled to separation benefits, your coverages (except Short-Term disability and Long-term disability) continue for as long as you receive separation pay and pay your premiums in a timely manner. Coverage will end when you exhaust your separation pay, or when you fail to pay your share (if any) of the cost of your benefits.

If you're separated but not entitled to separation pay, you may continue coverage for the group health plan through COBRA.

If while you're on separation status you become eligible for health insurance from another employer or another Dana plan, your continued coverages terminate.

### WHEN DOES MY COVERAGE END?

Your coverage ends on the earliest of the following events:

- the date your employment with Dana terminates, except as described in the special circumstances shown in the previous pages;
- end of the period covered by your last payment for the coverage;
- the date you're no longer an eligible employee;
- the date the coverage is no longer provided; or
- the date the insurance policy for insured coverages terminates.

But, except as specifically required by law and detailed in the Leave of Absence chart, in no event will your coverage continue beyond the date you begin active duty in the armed forces of any state.

## DEATH

If you die while covered under HealthWorks, your surviving SPOUSE may continue some coverages on her/himself and for any eligible dependent children. Information on which coverages may be continued and for how long, along with the associated cost, is available from your Human Resources Representative.

**85**

## DEATH WHILE NOT ELIGIBLE TO RETIRE

If an active employee covered under HealthWorks dies, and does not meet the eligibility for retirement under his or her Retiree Benefits Program, the surviving SPOUSE will have their current coverage continued for one year for themselves and any eligible dependent children. However, the surviving SPOUSE will be required to pay 10% of the cost of the current COBRA rates. After the one-year period, the surviving SPOUSE may apply for continued coverage through COBRA at the full cost.

## DEATH WHILE ELIGIBLE TO RETIRE

If an active employee covered under HealthWorks should die before retirement, and meets the eligibility for the Retiree Benefits Program when s/he dies, the surviving SPOUSE will be eligible for health care based on the Retiree Credits the deceased employee has accumulated. These credits will be used to calculate an annuity for the surviving SPOUSE. The surviving SPOUSE will be able to choose a joint and survivor annuity from among the options and will be able to select a medical option.

## WHEN DOES COVERAGE END FOR MY DEPENDENTS?

Your dependent's coverage ends on the earliest of the following events.

- the date your coverage ends;
- the date the dependent ceases to qualify as a dependent;
- the end of the period covered by your last payment for such coverage;
- the date the dependent begins active duty in the armed forces of any state;
- the date you become ineligible to have dependents covered under that coverage;
- the date the coverage terminates;
- the date the insurance policy for insured coverages terminates.

## CONTINUING COVERAGE AT YOUR EXPENSE

Certain health plan coverage for you and your eligible dependents may be continued at your expense for a period of time. See the COBRA section for more information.

**86**

## TERMINATION OF THE GROUP PLAN

In the event Dana amends or terminates the HealthWorks plan, the non-insured coverages in your HealthWorks plan will be terminated immediately, and insured benefits would terminate at the end of the period for which premiums have already been paid, subject to the use of any remaining assets held in the plan, if any, to pay benefits claims incurred prior to the termination date.

**87**

# COBRA

COBRA stands for the Consolidated Omnibus Budget Reconciliation Act of 1985. COBRA is a federal law that entitles you and your dependents to continue health coverages if certain "qualifying events" cause you or a dependent to lose health coverage under the employee benefit plan.

## KEY TERMS

### QUALIFIED BENEFICIARY

A qualified beneficiary is someone who will lose coverage under the Plan because of a qualifying event. Depending on the type of qualifying event, employees, spouses of employees, and dependent children of employees may be qualified beneficiaries.

If you are an employee, you will become a qualified beneficiary if you lose your coverage under the Plan because either one of the following qualifying events happen:

1. Your hours of employment are reduced, or
2. Your employment ends for any reason other than your gross misconduct.

If you are the spouse of an employee, you will become a qualified beneficiary if you lose your coverage under the Plan because any of the following qualifying events happen:

1. Your spouse dies;
2. Your spouse's hours of employment are reduced;
3. Your spouse's employment ends for any reason other than his or her gross misconduct;
4. Your spouse becomes enrolled in Medicare (Part A, Part B, or both); or
5. You become divorced or legally separated from your spouse.

Your dependent children will become qualified beneficiaries if they lose coverage under the Plan because any of the following qualifying events happen:

1. The parent-employee dies;
2. The parent-employee's hours of employment are reduced;

**88**

3. The parent-employee's employment ends for any reason other than his or her gross misconduct;
4. The parent-employee becomes enrolled in Medicare (Part A, Part B, or both);
5. The parents become divorced or legally separated; or
6. The child stops being eligible for coverage under the plan as a "dependent child."

### QUALIFYING EVENT
The following events are considered qualifying events if they cause you, your spouse, or dependents to lose health coverage under the Plan:

1. your death (only for your spouse and/or dependents);
2. termination of your employment for any reason other than gross misconduct;
3. reduction in your work hours;
4. your divorce or legal separation (only for your spouse and/or dependents);
5. your entitlement to Medicare (only for your spouse and/or dependents); or
6. your dependent child ceases to be a dependent under the Plan.

### PLAN
A fund or program which is maintained by Dana to provide its employees with hospital, surgical, or medical benefits.

### TIMELY PAYMENT
Generally, the required applicable premium payments must be made within 30 days of the due date. The first payment for your COBRA continuation coverage is due within 45 days after your election.

Continuation of health coverages is available to you, your spouse and dependents if a qualifying event occurs, and that person(s) is not first covered after the date of the COBRA election under any other group health plan.

### APPLICABLE PREMIUM
The applicable premium is 102% of the cost of providing coverage for a similarly situated beneficiary, however, in the case of a disability extension where the disabled individual elects coverage, the applicable premium may be 150% of the cost.

**89**

## NOTIFICATION REQUIREMENTS

Dana will notify any qualified beneficiary of their continuation right within 14 days of receiving notification of your

- death,
- termination, other than for gross misconduct,
- reduction in hours,
- entitlement to Medicare; or
- (i) divorce or legal separation, or (ii) a dependent child ceasing to be a dependent under the Plan, provided you or a qualified beneficiary notified Dana within 60 days of such an event.

When the qualifying event is the end of your employment or reduction of hours of employment, or death of the employee, Dana will provide this notice to the qualified beneficiaries automatically.

For the other qualifying events (divorce or legal separation of the employee and spouse or a dependent child's losing eligibility for coverage as a dependent child), you must notify Dana. The Plan requires you to notify Dana after the qualifying event occurs. You are required to notify your Human Resources Representative.

Failure to notify Dana within 60 days will cause you (and your spouse and dependents) to lose your rights to COBRA.

If, (1) the qualifying event is termination of employment or reduction in hours, and (2) a qualified beneficiary is determined by the Social Security Administration to be disabled during the first 60 days of the initial COBRA period, all qualified beneficiaries for that same event may continue health coverages for a total of 29 months provided Dana is notified of such disability in the following time frame:

- within 60 days from the date of the Social Security Award, and
- before the end of the 18 month period.

A qualified beneficiary who is no longer disabled under Title II or XVI of the Social Security Act must notify Dana within 30 days from the date of final determination that he/she is no longer disabled.

**90**

## ELECTION PERIOD AND REQUIRED PAYMENT

A qualified beneficiary must elect continuation of health coverages within 60 days from the later of:

- the date of the qualifying event; or
- the date the qualified beneficiary receives notice from Dana.

Any election by you or your spouse will also be deemed an election by any other qualified beneficiary, though each qualified beneficiary is entitled to an individual election of continuation coverage.

After 2002, if you lose your employment because of a trade-related layoff or reduction in force and are certified by the Department of Labor as entitled to "Trade Adjustment Assistance" or TAA benefits, you will have at least 60 days after you receive this certification, but not more than 6 months after your original qualifying event, to elect continuation of your health coverage.

A qualified beneficiary must pay Dana all due and owing payments within 45 days of the date continuation of coverage was first elected otherwise coverage under COBRA will be lost.

All future payments by a qualified beneficiary must be made by the first day of the month of coverage subject to the 30-day grace period.

Dana will notify a qualified beneficiary of:

- the amount of the required payment; and
- the payment options available.

During an election or grace period for which payment is owed, Dana reserves the right to not pay for claims and may pend claims until amounts due are paid.

**91**

## WHEN CONTINUED COVERAGE ENDS

Continued coverage will end on the earliest of the following to occur:

1. If you're terminated or have your hours reduced:

    - 18 months from the date of the qualifying event,

    - 29 months from the date of the qualifying event (i) if the qualified beneficiary is determined to be eligible for a Social Security Disability benefit during the first 60 days of the initial COBRA coverage period, and (ii) provides notice, as required by law; or

    - if a qualified beneficiary is determined to no longer be disabled after the 18 month continuation period, the month which begins after 30 days have elapsed from the date of such a determination by Social Security.

2. For your spouse and dependents, 36 months from the date of a qualifying event if it is your:

    - death,

    - entitlement to Medicare (Part A or Part B),

    - divorce or legal separation, or

    - dependent child ceases to be a dependent under the Plan.

    If an event under item (2) occurs during continued coverage due to termination or reduction of hours, the period may be extended up to a total of 36 months from the first qualifying event for your spouse or dependent.

3. The date on which Dana ceases to provide any group health plan to any employee.

4. The date on which a qualified beneficiary fails to make timely payment of the required amount.

5. The date on which a qualified beneficiary first becomes entitled after the date of his or her election, to Medicare (Part A or Part B).

6. The date on which a qualified beneficiary first becomes covered under another group health plan after the date of the COBRA election.

7. For purposes of the health care flexible spending account, COBRA coverage, if elected, will end no later than the last day of the plan year in which the qualifying event occurs.

**92**

# PAYMENT

## PROCEDURES

### FACILITY OF PAYMENT

If a beneficiary is a minor or is otherwise unable to give a valid release for any payment due, the CLAIMS PAYOR (for insured coverages) or Dana (for non-insured coverages) may, at its option, make payment to:

❶ any relative of the beneficiary by blood or marriage; or

❷ any other person or entity that appears to have assumed custody and principal support of the beneficiary.

- These payments may not exceed $50 per month;
- They must be for the sole benefit of the beneficiary; and
- They may be continued until a claim is made by a duly appointed guardian.

If there isn't a beneficiary designated, or if the beneficiary is no longer living at the time of your death, the CLAIMS PAYOR or Dana, whichever applies, may, at its option, pay any amount due to your estate or to any one or more of your survivors shown below:

- your wife or husband;
- your children, including adopted or stepchildren;
- your mother or father;
- your brothers or sisters.

Dana's or the CLAIMS PAYOR's liability will be fully discharged to the extent of payment made according to this provision.

**93**

# RIGHT OF REIMBURSEMENT (SUBROGATION)

In some cases, you will incur medical, dental or prescription drug expenses in connection with an accident, injury or illness which was caused, in whole or in part, by someone who is legally liable to you and therefore obligated (through insurance or otherwise) to pay for your medical expenses. If such a "Third Party" is obligated to pay your expenses, these expenses are not covered under HealthWorks.

However, as explained below, the Plan will advance payments for such excluded charges on your behalf but only if:

- the charges are otherwise covered by the Plan in the absence of the exclusion; and
- you agree to sign a Right of Reimbursement agreement with the Plan.

As explained in detail below, this will commit you to repay the Plan for these advances out of any funds you receive from the Third Party or its insurance carrier.

## KEY TERMS

Here are some key terms that will help you understand Right of Reimbursement and Subrogation throughout this section:

### ❶ PLAN

A fund or program which is maintained by Dana to provide its employees with hospital, surgical, medical, hearing, or dental benefits.

### ❷ THIRD PARTY

Any person, organization or entity other than Dana, the Plan, employee or dependent. A Third Party includes a Covered Person's own insurers (examples include where the insurer provides no fault coverage, or uninsured or underinsured motorist coverage).

### ❸ COVERED PERSON

- you, as a covered employee
- any eligible dependents
- any person covered by the Plan

The Plan excludes charges paid or payable by or on behalf of a Third Party considered to be responsible for an accident, injury, illness, medical condition, disease and any complications relating to each which

**94**

gives rise to the charge. On behalf of a Covered Person, except as provided below, the Plan will advance payments for such excluded charges if otherwise covered by the Plan in the absence of the exclusion. A Covered Person shall reimburse the Plan for all advances in the event that a Covered Person receives any funds from a Third Party on account of or relating to such injury, illness, medical condition, disease or complication. Reimbursement is required regardless of how funds received are designated (for example – pain and suffering, non-economic loss, etc.), regardless of whether funds received are by judgment, settlement or otherwise and regardless of whether funds received fully compensate the Covered Person.

A Covered Person shall provide prompt, written notice to the Plan of any claim or lawsuit against a Third Party arising out of or related to an injury, illness, medical condition, disease or complication relating to each which gives rise to a charge for which the Plan has advanced or made payment. A Covered Person shall not settle with Third Parties regarding any claim relating to any such injury, illness, medical condition, disease or complication until after providing for full, prompt reimbursement to the Plan from sums either due immediately from the settlement or, if Plan agrees, due over time with security for payment approved in writing by the Plan.

The Plan's rights constitute a first lien on any and all funds received or receivable, directly or indirectly, by the Covered Person from any and all Third Parties. Covered Persons shall hold funds received from a Third Party in trust for the benefit of the Plan until both the Plan is paid in full for advances and future reasonably anticipated medical expenses are either paid or otherwise provided for. The Plan shall be paid in full before either any attorney fees or any of the Covered Persons' claims against the Third Party are paid. The Plan is not obligated to pay any attorney fees or costs incurred by Covered Persons in obtaining funds from a Third Party.

If the Plan reasonably determines that a Covered Person ignores, compromises, or fails to honor the Plan's rights to full reimbursement, the Plan shall be entitled to recover from the Covered Person reasonable attorney fees and costs incurred in collecting from the Covered Person amounts due the Plan. In no event is the Plan entitled to recover from the Covered Person more than the Plan and such Covered Person receives in the aggregate from Third Parties.

**95**

In addition to the rights discussed above, the Plan is subrogated to all rights of Covered Persons to recover against any Third Party responsible for any injury, illness, medical condition, disease or complication for which the Plan has paid or advanced payment for charges or will pay or advance payment for charges. Subrogation rights include the right of the Plan (or its nominee or assignee) to be substituted in place of the Covered Persons, including the right to commence or intervene in legal actions involving the Covered Persons claims against Third Parties. The Covered Persons may not require the Plan to exercise its subrogation rights. The subrogation rights are limited to reimbursement to the Plan for amounts advanced or paid and to be advanced or paid in the future by the Plan. When asserting its subrogation rights, the Plan does not represent or provide legal representation for Covered Persons with respect to their own claims against Third Parties.

Covered Persons shall not waive, compromise, diminish, relinquish, release or otherwise prejudice the Plan's rights to reimbursement and subrogation. Covered Persons shall promptly notify the Third Party of the Plan's reimbursement and subrogation rights when asserting a claim against a Third Party.

Covered Persons shall execute and deliver all documents required by the Plan, including, but not limited to, the Right of Reimbursement and Subrogation Agreement in a form reasonably satisfactory to Dana, and shall promptly do whatever is reasonably required by Dana to secure and protect the rights of the Plan.

If you fail to follow these guidelines detailed in this Right of Reimbursement and Subrogation section, including, but not limited to, the requirement to sign the Right of Reimbursement and Subrogation Agreement, the Plan may refuse to pay any or all unpaid charges otherwise payable by the Plan on behalf of any Covered Person. In that event, the Covered Person, (NOT the Plan) will be solely responsible to pay providers with no recourse against the Plan. Covered Persons who pay providers for such charges after the Plan refuses to pay, may submit proof of such payment to the Plan. If proof of such payment is deemed sufficient by the Plan, the amount of such payment shall be applied to reduce the amount advanced by the Plan on behalf of the Covered Person. If at any time the Plan is reimbursed in full for advances, the Plan will pay covered charges first incurred after the date the Plan is reimbursed in full.

**96**

## ASSIGNMENT

You may assign your rights and ownership under coverages that insure your life, such as Life Insurance and AD&D Insurance. Some of these rights include, but are not limited to:

- the right to name a beneficiary or to change a beneficiary of that insurance;
- the right to change or cancel the insurance;
- the right to file a claim and to receive the benefits under such insurance.

Contact your Human Resources representative for the appropriate forms. You must make the assignment in writing, and both Dana and the CLAIMS PAYOR have to give written consent to such an assignment.

Neither Dana nor the CLAIMS PAYOR is responsible for the legality of the assignment. Once made, the assignment is irrevocable. Therefore, you should consult with your attorney before taking this action.

You may NOT assign your rights to receive benefits under the medical, dental, prescription drug, and Flexible Spending Account plans.

## PHYSICAL EXAMS AND AUTOPSY

Dana, at its own expense, may require the person whose injury, disease or pregnancy is the basis of claim be examined by a PHYSICIAN chosen by it. Dana may require such an exam as often as is reasonable while a claim is pending.

In case of death, for a claim under insured coverages, the CLAIMS PAYOR may require an autopsy where the law doesn't forbid it to do so.

## LEGAL ACTION

The time limits for legal actions or suits to recover under the Plan are (1) not earlier than 60 days and not until you have exhausted all appeals available to you under the terms of the Plan, nor (2) later than one year after the time the Welfare Plan Committee has denied the final appeal available to you under the terms of the Plan.

**97**

## COORDINATION OF BENEFITS (COB)

Under certain circumstances, you or a dependent may be covered
under more than one plan that covers medical expenses. That could
happen, for example, if your SPOUSE works for another company that
provides group health care coverage. In that case, all members of your
family could be eligible for coverage under both health plans. If both
health plans paid benefits claims, the benefits could total more than
your actual expenses.

A coordination of benefits provision is included in the HealthWorks Plan
so that your benefits, plus those from any other plan, will not total more
than the covered medical, dental, and hearing aid expenses that you
and your dependents incur as patients.

Benefits under your medical, hearing aid, and dental coverage of
HealthWorks are subject to this provision. COB provisions will be applied
separately for:

- Dental benefits; and
- Medical benefits and Hearing Aid benefits.

For purposes of COB, each of these is a separate plan.

### KEY TERMS

Some of the key terms used when explaining Coordination of Benefits are
defined below:

### ❶ PLAN:

A plan, insured or not, which provides benefits or services for medical or
dental care through:

- group or blanket coverage
- group practice or other group prepayment coverage, including
  hospital or medical services coverage;
- labor-management trusteed plans;
- union welfare plans;
- employer organization plans;
- employee benefit organization plans;
- coverage required or provided by law or government programs,
  except Medicaid. But, such coverage will not be deemed a Plan, if
  expenses for which benefits are payable under such coverage are
  excluded from benefits under your Dana coverage;
- no-fault motor vehicle insurance.

**98**

If one part of a Plan coordinates its benefits or services with those of other Plans, and another part does not, each of those parts is considered a separate Plan.

### ❷ THIS PLAN
The medical (including hearing benefits) and dental benefits provided under HealthWorks.

### ❸ ALLOWABLE EXPENSE
Any necessary, REASONABLE AND CUSTOMARY item of expense, if all or part of the expense is covered under at least one of the Plans covering the person for whom claim is made.

The difference between the cost of a private hospital room and the cost of a semi-private hospital room is an Allowable Expense, only for the period of time the patient's confinement to a private hospital room is deemed MEDICALLY NECESSARY according to generally accepted medical practice.

If a Plan provides benefits in the form of services, the reasonable cash value of each service rendered will be deemed both an Allowable Expense and a benefit paid.

### ❹ CLAIM PERIOD
A calendar year, or that part of the year during which the person was covered under this plan, if shorter.

## COB EFFECT ON BENEFITS
The COB provisions apply if the sum of benefits between two plans, before doing coordination, exceeds the Allowable Expenses incurred in a Claim Period.

If, under the COB rules, it's determined that This Plan will pay its benefits after all other plans have paid their benefits, the benefits under This Plan will be reduced to the extent necessary so that the sum of all benefits from all plans does not exceed Allowable Expenses.

If the COB provisions of This Plan are in conflict with the COB provisions of another Plan, the conflict shall be resolved in favor of the COB provisions of This Plan.

**99**

The term "benefit" under another plan includes the benefits that would have been paid had a claim been filed, and, in the case of Medicare, includes both Parts A and B, whether or not the person enrolled in both parts.

The order in which Plans determine benefits is as follows:

❶ The Plan which covers the person as an employee, member or subscriber (that is, other than as a dependent) is primary to the Plan which covers the person as a dependent.

❷ Except for a dependent child whose parents are separated or divorced, when This Plan and another Plan cover the same child as a dependent of different persons, called "parents";
- the Plan of the parent whose birthday falls earlier in a year is primary to the Plan of the parent whose birthday falls later in that year; but
- if both parents have the same birthday, the Plan which covered the parent longer is primary to the Plan which covered the other parent for a shorter period of time.

If the other Plan does not have this birthday rule, but instead has a rule based upon the gender of the parent, and if as a result, the Plans don't agree on the order of benefits, the rules in the other Plan will determine the order of benefits.

❸ If two or more Plans cover a dependent child of divorced or separated parents, benefits for the child are determined in the following order:
- the Plan of the parent with custody of the child;
- if the parent with custody had remarried, the Plan of the SPOUSE of that parent;
- the Plan of the parent not having custody of the child.

However, if there is a court decree that states one of the parents is responsible for the health care expenses of the child, that parent's plan is required to determine its benefits first, provided the CLAIMS PAYOR of that plan has actual knowledge of such a decree.

❹The Plan which covers a person as an employee who is neither laid off nor retired (or a dependent of that person) is primary to the Plan which covers that person as a laid off or retired employee (or a dependent of

**100**

that person). If the other Plan does not have this rule, and if, as a result, the Plans don't agree on the order of benefits, this rule is ignored.

❺ In all cases in which the covered individual is covered by no-fault motor vehicle insurance, the motor vehicle insurance carrier will be primary and This Plan will be secondary.

❻ If none of the above rules apply, the Plan which covered an employee longer is primary to the Plan which covered that person for the shorter time.

❼ When benefits of This Plan are reduced due to coordination, each benefit is reduced in proportion, it's then charged against any applicable benefits limit of This Plan.

## RIGHT TO RELEASE AND OBTAIN INFORMATION

The CLAIMS PAYOR may, without the consent of or notice to any person, release to or obtain from any other person, any information which it deems necessary to:

- determine if this COB provision applies; and
- implement the terms of the COB provision or the terms of any provision of similar purpose of any other Plan. Any claimant under This Plan must furnish to the CLAIMS PAYOR information as may be needed to implement this provision.

## COB FACILITY OF PAYMENT

If another plan overpays its benefits because This Plan should have paid as primary under the COB provision, the CLAIMS PAYOR may, in its sole discretion, pay to any entity making that payment, an amount which satisfies the intent of the COB provision. To the extent of such payments, Dana is discharged from liability under This Plan.

## COB RIGHT TO RECOVERY

If This Plan overpays its benefits because it should have paid after all other Plans paid their benefits, Dana has the right to recover amounts overpaid from:

- any persons to or for or with respect to whom such payments were made; and
- any organization which should have made such payments.

# MEDICARE

## COORDINATION

Your HealthWorks coverage is affected when you or a dependent become eligible for Medicare.

### KEY TERMS

For purposes of this section, here are some definitions that may be helpful in understanding how Medicare affects your HealthWorks coverage.

### ❶ MEDICAL COVERAGE

Any coverage in the plan which provides benefits for any type of charge for which Medicare provides benefits.

### ❷ MEDICARE ELIGIBLE

Any employee who is eligible for Medicare because he/she has attained a certain age. Medicare Eligible also applies to a SPOUSE who becomes eligible for Medicare because he/she has attained a certain age. This does **NOT** include any person who is eligible for Medicare because of total disability.

### ❸ PRIMARY TO MEDICARE

When a Medical Coverage is Primary to Medicare, the benefits under that coverage are not coordinated with the ones that Medicare provide. Therefore, the Coordination of Benefits provision is ignored.

### MEDICAL COVERAGE FOR MEDICARE ELIGIBLE EMPLOYEES AND DEPENDENTS

If you continue to work when you or your SPOUSE become Medicare Eligible, you and/or your SPOUSE will have some choices to make regarding health care coverage. That's because federal law requires that people who work when Medicare Eligible, or their SPOUSES who become Medicare Eligible, must elect in writing whether they want their company-sponsored group insurance or Medicare to be the primary payor for hospital-medical-surgical benefits. Here are your choices:

❶ You may elect to continue your hospital-medical-surgical coverage under HealthWorks and also be covered under Medicare Part B, which covers expenses such as doctor bills.

**102**

If you choose both, your HealthWorks plan will be the primary payor and Medicare will be secondary. That means that your facility will pay medical expenses first. Then, if the Medicare (Part B) deductible has been paid, Medicare will pay its share of any remaining covered expenses.

If you choose this option, bills are submitted to your HealthWorks plan first, then to Medicare.

❷ You may elect to remain in the HealthWorks plan only. Even though you're eligible to enroll in Medicare Part B at age 65, you may delay enrollment until you terminate employment or retire. There are no penalties added to the Medicare premium and there's no delay in coverage as long as you're working. However, you should enroll for Medicare Part B prior to termination or retirement, whichever happens first.

❸ You may choose Medicare Part B only, but your plant (and all companies that provide health care coverage) cannot, by law, provide supplemental benefits. In other words, if Medicare doesn't pay all of a bill, your Dana facility is not legally obliged to pay the remainder.

The three options described above also apply to a SPOUSE who's reaches the age of Medicare eligibility, provided you remain actively employed.

For your information, Medicare Part A, which covers expenses such as hospital bills, is automatically effective when you apply for Social Security benefits. Part A has a deductible but, unlike Part B, it doesn't have a monthly cost. That's because Social Security deductions made during your working career pay for Part A.

**103**

## OTHER HEALTH CARE COVERAGE

If you continue working for Dana after you become Medicare Eligible, the prescription drug, dental, vision, and hearing aid coverage continue to be offered. Those benefits aren't available from Medicare, so during your working career they aren't affected by any decision you make regarding Medicare.

## DISABILITY, LIFE INSURANCE, AND AD&D

Short-term disability, long-term disability, life insurance, and accidental death & dismemberment (AD&D) continue to be offered until you retire or terminate.

You may also continue dependent life insurance if you're Medicare Eligible and continue to work.

# CLAIM PROCEDURES

## HEALTH CARE

File hospital-medical-surgical claims under your HealthWorks plan. Then, if you're also covered under Medicare Part B, file any unpaid amounts under Medicare. If you elect Medicare as primary, you file hospital-medical-surgical claims only with Medicare.

Prescription drug, dental, and hearing aid claims should be filed as described earlier in this summary.

## DISABILITY, LIFE INSURANCE, AND AD&D

All disability and life insurance claim procedures remain the same.

## MEDICARE AND DISABLED EMPLOYEES AND DEPENDENTS

The Medical Coverages under the Plan will be secondary to Medicare for all disabled persons. For purposes of this section, a disabled person means any employee or dependent who is entitled to Medicare disability benefits (not eligible because of their age).

**104**

# CLAIMS & APPEALS
## PROCEDURES

This section describes the procedures for processing claims for benefits under your HealthWorks plan, and the rights you have to request a review of any denied claim.

> FOR HMOS, THE LONG-TERM DISABILITY PLAN AND CERTAIN OTHER BENEFITS OFFERED UNDER THE PLAN, THE SPECIFIC RULES GOVERNING DENIED CLAIMS ARE GOVERNED BY THE SPECIFIC DETAILED WRITTEN CLAIMS AND APPEALS PROCEDURES GOVERNING THOSE HMOS OR PLANS.

Claims for benefits under the group medical and dental plans will be processed by the Claims Payor the Plan Administrator has selected to pay benefits under these plans. Claims for all life insurance or accidental death and dismemberment benefits will be processed by Unicare, the insurance company that insures these benefits. Other benefit claims under the Plan will be processed by Dana Benefit and Payroll Services. If you have questions about who the claims payor is for a specific benefit, please refer to the list of claims payors in the ERISA section of this Summary Plan Description.

### SUBMITTING CLAIMS FOR BENEFITS

**MEDICAL AND DENTAL CLAIMS** - For hospital and most physician services, you should present your medical ID card to the provider. In most cases, the provider will send their invoice requesting payment directly to the claims payor. Where your physician, dentist or other medical provider is not willing to send their request for payment directly to the claims payor on their own forms, obtain a claim form from Human Resources or from the provider's office. You (or the provider) can then send the completed form to the claims payor. If you have paid all or a portion of a charge, attach a copy of your receipt. Otherwise, any benefits payable will be paid directly to the specific provider of service.

**PRESCRIPTION DRUG CLAIMS** - To fill a prescription for a covered drug at a local pharmacy, present your prescription drug card to a participating pharmacy. Each time you fill or refill a prescription, you pay the required coinsurance. If you use a non-participating pharmacy and pay the full cost of the prescription, obtain a receipt, which shows the prescription

**105**

number, the name of the drug, the patient's name, the date purchased and the cost. Send a completed Direct Reimbursement claim form, along with the original receipt, to AdvancePCS [P.O. Box 52115, Phoenix, AZ 85072]. If you disagree with the denial of coverage for a prescription, or disagree with the co-payment you were charged, you may file a claim for reimbursement with AdvancePCS.

**MAIL ORDER PRESCRIPTION DRUG CLAIMS** - To use the Mail Order Program, ask your doctor to prescribe up to a one-year supply of medication. The medication will be dispensed to you at several intervals providing you with up to a 90-day supply each time. You need to reorder at approximately 90-day intervals. To place an order, complete the mail order form. For refills, you can call the prescription drug company's 800 number or log onto the HealthWorks website (when using the 800 number or the website, you will be required to pay by credit card). Send the completed form, the original prescription, and the required copayment in the self-addressed envelope provided. A separate coinsurance amount applies to each prescription order. If you disagree with the denial of coverage for a prescription, or disagree with the coinsurance you were charged, you may file a claim for reimbursement with AdvanceRx.com.

**DISABILITY CLAIMS** – To apply for long-term disability benefits, you and your treating physician should complete all of the forms in the disability application package and return these forms to your Human Resources representative, who will forward the claim to Dana Benefits and Payroll Services on your behalf.

**LIFE INSURANCE AND ACCIDENTAL DEATH AND DISMEMBERMENT CLAIMS** - If you should die, your beneficiary will need to contact Human Resources for the claim forms and obtain a certified copy of your death certificate. The completed life insurance claims forms and death certificate should be returned to your Human Resources representative, who will forward the claim to Unicare on your behalf. Please see the life insurance and AD&D sections of your Summary Plan Description to more information on how to file claims under these insurance policies.

**FLEXIBLE SPENDING ACCOUNT CLAIMS** – After you have paid a health care or dependent care expense that is eligible for reimbursement under your Flexible Spending Account, send a completed FSA claim form to Dana Benefits and Payroll Services, along with the proper supporting documentation. For medical expenses, you should attach copies of any Explanation of Benefits (EOB) forms you received from your medical

**106**

claims payor that show the unpaid charges. Or, if you don't have an EOB, attach copies of itemized bills or receipts that show the eligible charges. For dependent care expenses, you will need to attach a signed receipt from the provider.

## PROCESSING OF YOUR CLAIMS

Your claim will be processed as soon as administratively possible after the claims forms and the necessary supporting documentation have been submitted to the proper claims payor. Except as set forth below, approval or denial of a medical claim will normally be made within 30 days, after the claims forms and all necessary supporting documentation have been received by the claims payor. Except as set forth below, approval or denial of a disability claim will normally be made within 45 days, after the claims forms and all necessary supporting documentation have been received by the claims payor. Except as set forth below, approval and denial of all other claims will normally be made within 90 days, after the claims forms and all necessary supporting documentation have been received by the claims payor.

**EOBs.** For medical and dental claims, you will receive an Explanation of Benefits (EOB) form from the claims payor which will show the amounts applied to your deductible, coinsurance and the amount of any benefit payments made to you or your provider. Your hospital, doctor or other provider will receive a similar explanation form. If the submitted expense is a procedure or item not covered by the Plan, this information will also be provided on your Explanation of Benefits form.

**MISSING INFORMATION.** If your claim for benefits cannot be decided promptly because some of the supporting information needed to evaluate the claim is missing, the claims payor will notify you (or your provider or other representative) in writing of the missing information required to process your claim. Processing of your claim generally may be suspended for up to 45 days, or until the additional information is provided. If the missing information is not provided within 45 days, your claim may be denied.

## MEDICAL CLAIM SPECIAL INFORMATION

**PRE-CERTIFICATION OF MEDICAL PROCEDURES.** If the terms of the Plan require you to obtain pre-certification for a medical procedure in advance in order to receive full medical plan coverage of the procedure, the claims payor will notify you of whether or not the procedure is covered not longer than 15 days after receiving the request, assuming

**107**

you or your provider have provided sufficient information to evaluate the request. This period may be extended by 15 days if the claims payor determines that such an extension is necessary due to circumstances beyond its control and notifies you of the extension before the initial 15 day period expires.

**URGENT CARE CLAIMS.**  In cases where you are required to obtain pre-certification for a medical procedure, your request will be treated as an urgent care claim whenever the normal time period for approving pre-service claim requests

- could seriously jeopardize your life or health or your ability to regain maximum function; or
- in the opinion of a physician with knowledge of your condition, would subject you to severe pain that cannot be adequately managed without the treatment.

For an urgent care claim, you will be notified whether the procedure will be covered within 72 hours after receiving the request, assuming you or your provider have provided sufficient information to evaluate the request. If you have not provided sufficient information, the claims payor will notify you of the missing information within 24 hours after receiving the claim. The claims payor will then make its decision within 48 hours of receiving the requested information (or, if you fail to respond, within 96 hours of the request).

**CONCURRENT CARE CLAIMS.** This would be a situation where the claims payor has approved an ongoing course of medical treatment to be provided over a period of time or number of treatments. In the case of an adverse benefit determination involving such course of treatment (other than by amendment or termination of the Plan) before the end of such period of time or number of treatments, the claims payor will notify you of the adverse benefit determination in advance of the reduction or termination to allow you to appeal and obtain a determination on review of that adverse benefit determination before the benefit is reduced or terminated. For this purpose, a request by you to extend a course of treatment will be treated as an initial claim.

**REPRESENTATIVES.** You may ask your treating physician, an attorney or another representative to act on your behalf in connection with filing a claim for benefits, receiving and reviewing documents or requesting for review of a benefit determination under the Plan. However, you and/or

**108**

your representative may be required to provide satisfactory written documentation of the designation of the other person as your authorized representative. Both you and your representative (if any) may review relevant documents related to your claim.

## NOTICE OF DENIAL OF CLAIMS

If your claim for benefits is denied (either in full or partially), except as otherwise provided herein, you will receive a written notice providing you with the following information about the denial:

- The specific reason or reasons why your claim is being denied; and

- The specific provisions of the Plan on which the denial is based;

- A description of any additional material or information necessary for you to perfect your claim, along with an explanation of why such additional material or information is necessary; and

- For a claim for medical or disability benefits, if any  internal rule, guideline, protocol or other similar criterion was relied upon in making the adverse determination, a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the adverse determination and that a copy of such rule, guideline, protocol or other criterion, will be provided free of charge to you upon request;

- If the denial of a claim for medical benefits is based on a medical necessity or experimental treatment or similar exclusion or limit, a statement that an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to your medical circumstances, will be provided free of charge upon request; and

- A description of the Plan's review procedures and the time limits applicable to those procedures.

Normally, this notice will be provided to you (or your representative) within the following time frames:

- within 30 days after a claim for health benefits has been received by the claims payor (see explanation above);

- within 45 days, in the case of disability benefits; or

- within 90 days for life insurance or other benefits.

**109**

However, if the claims payor determines that additional time is necessary because of circumstances beyond its control, these periods may be extended by up to an additional 15 days (for health benefits), 30 days, in the case of a claim for disability benefits, or an additional 90 days for other benefits, if the claims payor notifies you of the extension in writing before the expiration of the original deadline.

## APPEALS OF DENIED CLAIMS

If your claim should be denied, you will have the right to have the denial reviewed by the Dana Corporation Welfare Plan Committee. You must submit a written request for this review to the Welfare Plan Committee, in care of Dana Benefits and Payroll Services, P. O. Box 433, Toledo Ohio 43697. The request should include a detailed explanation of why you think your claim should not have been denied. Your request must be submitted no more than 180 days after your receipt of the notice of denial of claims for medical or disability benefits (including dental, prescription drug or health care spending account benefits), or within 60 days, in the case of a denied claim for life insurance, AD&D or dependent care spending account benefits. Notwithstanding the preceding, (1) if the adverse benefit determination is with respect to an initial group health claim to extend a course of treatment of a concurrent care decision, you will have a reasonable period of time to file an appeal, as determined by the claims payor based upon the type of claim and the date as of which the course of treatment will end taking into consideration the time periods available to the claims payor to respond to the appeal, or (2) a request for an expedited appeal of a claim involving urgent care may be submitted orally.

You or your designated representative will be permitted to submit written comments or other documents supporting your request for review. Upon written request, you (or your representative) may examine, or receive copies of, all relevant documents, records or other information relied upon by the claims payor in connection with the denial of your claim.
The Welfare Plan Committee will consider all comments and supporting materials you submit in connection with the review. If the denial was based on a medical judgment (including decisions that a procedure is experimental or not medically necessary), the Committee will consult with a physician or other medical professional with appropriate experience and training in the field of medicine involved in the medical judgement. The review of the adverse benefit determination will not afford deference to the initial determination made by the claims payor. The Welfare Plan Committee must designate an individual to conduct

**110**

the review process who is neither the individual who made the adverse benefit determination that is the subject of the appeal nor the subordinate of such individual. In the case of a claim involving urgent care, for an expedited review process will be provided pursuant to which (i) a request for an expedited appeal of an adverse benefit determination may be submitted orally or in writing by you; and (ii) all necessary information, including the plan's benefit determination on review, will be transmitted between the plan and you by telephone, facsimile, or other available similarly expeditious method.

The Welfare Plan Committee will notify you in writing of its final decision within 60 days of the receipt of the review, or 45 days for a disability claim. The period for reviewing claims for non-medical benefits may be extended by the Welfare Plan Committee for up to an additional 60 days (or 45 days for disability benefits) if the Committee determines that special circumstances make such extension necessary, and notifies you in writing of the extension before the expiration of the initial 60-day period. The decision will describe both the specific reasons for the decision and specific references to the relevant provisions of the Plan on which the decision is based, and will describe any voluntary appeal procedures offered by the plan (including any managed care appeals procedures required by state law) and your right to obtain additional information about any such procedures. In the case of a claim involving urgent care, the Claims Payer will notify you of the plan's benefit determination on review of one or more levels as soon as possible, taking into account the medical exigencies, but in any event within 72 hours after receipt of your initial request for review.

The Welfare Plan Committee's decision on the claim will be final and binding on all parties concerned. If your appeal is denied, any legal action challenging the denial would need to be filed within one year following the date of the denial.

**111**

# DEFINITIONS

Some of the terms used in this booklet are defined in this section.

## ACTIVELY AT WORK
- reports for work at the employee's usual place of employment with Dana and the usual place of employment is outside of the employee's home; and
- is able to perform all of the usual and customary duties of his/her occupation on a regular full-time basis.

  An employee who does not so report or whose usual place of employment with Dana is in the home will be considered ACTIVELY AT WORK, if, at any time on the date in question, the employee is neither:
  - a HOSPITAL patient; nor
  - disabled to a degree that the employee could not then have reported to a place of employment outside of the home and performed all of the usual and customary duties of his/her occupation on a regular full-time basis.

## BASE SALARY
Your monthly, semi-monthly, weekly or hourly compensation excluding shift premium, overtime pay, bonuses, or incentive compensation.

## CLAIMS PAYOR
Dana Benefit and Payroll Services or the organization or insurance company with whom Dana has contracted to perform certain services and/or insure benefits under its employee benefit plans.

## CLINICAL EFFICACY
The treatment satisfies both the following:
- it can reasonably be expected to improve survival, health or function or to alleviate symptoms of or stabilize that condition; and
- its use outweighs any potential harm.

**112**

## DURABLE MEDICAL EQUIPMENT (DME)

Equipment that serves a medical purpose, can stand repeated use, is designed primarily for use in a hospital for therapeutic purposes in connection with the treatment of illness or injury, and can be used in the home. The definition of DME also includes surgically implanted devices (such as pacemaker, insulin pumps) to restore the normal function of an existing natural body part. To be considered DME, it must:

- be medically necessary;
- facilitate healing, restore function, and/or be used as an integral part of active treatment procedures;
- be similar to equipment used in hospitals for therapeutic purposes;
- be recommended and approved by the patient's physician who should be asked to describe the need for an use of the item;
- be the standard, functional unit that meets the patient's medical need, rather than the deluxe or luxury model;
- have been proven safe and effective for use in the home, as opposed to institutional or professional use only.

While many items qualify as DME under the above definition, all DME is not eligible for benefits. For example, humidifiers, arch supports, bed pans, and heating pads meet the strict definition of DME, but these items are considered comfort or convenience items and are not eligible for benefits.

## ERISA

Employee Retirement Income Security Act of 1974, as amended from time to time. The federal law governing employee benefit plans.

## EXPERIMENTAL OR INVESTIGATIVE

Any treatment of a condition that is not GENERALLY ACCEPTED BY THE MEDICAL COMMUNITY IN THE UNITED STATES and, when compared to accepted alternative treatments for that condition, cannot reasonably be expected to:

- result in similar or improved survival, health or function, or
- alleviate symptoms of or stabilize the condition.

**113**

### EXTENDED CARE FACILITY (ECF)

An institution which:

- is operated according to law;
- is approved as a skilled nursing facility for payment of Medicare benefits or qualified to receive such approval, if requested;
- is primarily engaged in providing room and board and skilled nursing care under supervision of a PHYSICIAN;
- provides continuous 24 hour a day skilled nursing care by or under supervision of a registered nurse (RN); and
- maintains a daily medical record of each patient.

 A home, facility or part of a facility does NOT qualify as an **ECF** if it's used primarily for:
 - rest;
 - the care of drug abuse or alcoholism;
 - the care of mental diseases or disorders;
 - the care of tuberculosis; or
 - custodial or educational care.

### GENERALLY ACCEPTED BY THE MEDICAL COMMUNITY IN THE UNITED STATES

The CLINICAL EFFICACY of the treatment has been documented in credible published medical literature which demonstrates that the results of the treatment have been measured for a 5 year period or other period generally regarded as valid.

### HEALTH REIMBURSEMENT ACCOUNT (HRA)

The Dana Health Reimbursement Account is a Health Reimbursement Account (HRA) as defined by the Internal Revenue Service in IRS Notice 2002-45. The Dana Health Reimbursement Account (HRA) is an employer funded bookkeeping account that may be applied to the payment of eligible medical expenses.

### HOME HEALTH AGENCY

- an agency licensed as a HOME HEALTH AGENCY by the state in which HOME HEALTH CARE services are provided; or
- an agency certified as such under Medicare; or
- an agency approved as such by the Plan Administrator.

**114**

## HOME HEALTH CARE

Health SERVICES AND SUPPLIES provided to a covered person on a part-time, intermittent, visiting basis. These SERVICES AND SUPPLIES must be provided in that person's home while the person is confined because of injury, disease or pregnancy. And, a PHYSICIAN must certify that the use of these SERVICES AND SUPPLIES is to treat a condition as an alternative to confinement in a HOSPITAL or EXTENDED CARE FACTILITY.

## HOME HEALTH CARE PLAN

A plan of care established and approved in writing by a PHYSICIAN.

## HOSPICE

A public agency or a private organization which provides care and services for terminally ill persons and their families; and meets all of the requirements for participation under Medicare.

HOSPICE can also mean a public agency or a private organization which meets all of the requirements listed below, and which satisfies the Plan Administrator that it meets them.

(1) The agency or organization must provide the care and services described below. The care and services must be available 24 hours a day:

- palliative and supportive care for terminally ill persons and their families;
- services which encompass the physical needs, the psychological needs and the spiritual needs of terminally ill persons and their families; and
- acute inpatient care, outpatient care, home care and bereavement counseling. This care and counseling must be furnished directly by the agency or organization. Or, it must be furnished under arrangements made by the agency or organization.

(2) The agency or organization must also:

- be licensed or accredited as a HOSPICE, if the laws of the jurisdiction in which it is located provide for the licensing or the accreditation of a HOSPICE;
- maintain central clinical records on all patients;
- have a medical director who is a PHYSICIAN;
- have an interdisciplinary team to coordinate the care and services it provides. This team must include at least one PHYSICIAN, at least one registered professional nurse and at least one social worker.

**115**

## HOSPITAL

An institution which fully meets all of these requirements:

- Operates according to law for the provision of medical care;
- Provides continuous 24 hour a day nursing care;
- Has facilities for diagnosis;
- Has facilities for major surgery; and
- Licensed as a HOSPITAL, if a license is required.

But, an institution does not need to have facilities for major surgery if it is primarily concerned with the treatment of chronic disease, and it otherwise qualifies as a HOSPITAL.

HOSPITAL can also means an ambulatory surgical center which is operated according to law. And, HOSPITAL includes any facility which is operated by a HOSPICE or which provides inpatient care under arrangements made by a HOSPICE.

For treatment of alcoholism and drug abuse only, HOSPITAL includes a treatment or residential facility or a clinic. The facility must be licensed or approved to provide this treatment by the appropriate authority of the jurisdiction in which it is located.

HOSPITAL does NOT include a:

- rest home;
- nursing home;
- convalescent home;
- place for CUSTODIAL CARE;
- home for the aged.

## HOSPITAL STAY

Any time when a person:

- is confined to a HOSPITAL and incurs a room and board charge for inpatient care other than CUSTODIAL CARE;
- receives emergency care at a HOSPITAL for an injury not later than the day after the date the injury occurs;
- undergoes surgery at a HOSPITAL; or
- is treated for alcoholism or drug abuse at a HOSPITAL.

## INFERTILITY

- in a male, the inability to fertilize the ovum;
- in a female, the inability to conceive.

**116**

**MEDICAL EMERGENCY**

A life threatening or disabling condition requiring immediate medical care, which:

- if untreated, could place the patient's life in jeopardy and/or cause impairment to bodily functions;
- symptoms are sudden and unexpected;
- when diagnosed or treated, are medically documented as needing immediate medical care.

    Some examples of **MEDICAL EMERGENCIES** are:
    - foreign body in airway with acute obstruction, or other
    - airway obstructions;
    - heart attack;
    - loss of consciousness;
    - acute obstruction of urinary tract;
    - insulin reaction;
    - acute appendicitis;
    - hemorrhage.

**MEDICALLY NECESSARY**

A treatment will be considered **MEDICALLY NECESSARY** for a specific condition if its **CLINICAL EFFICACY** has been **GENERALLY ACCEPTED BY THE MEDICAL COMMUNITY IN THE UNITED STATES**, and if it satisfies all of the following:

- It's legal.
- It's ordered by a **PHYSICIAN** or other personnel licensed to treat that condition.
- It's administered with the appropriate frequency, quantity, duration and level of service.
- It's not redundant when combined with other treatment being rendered.

The Plan Administrator has the reserved right to determine if a treatment is **MEDICALLY NECESSARY** based on such medical evidence and the advice of such medical experts as the Plan Administrator, in its discretion, determines to be necessary or appropriate. When the treatment is subject to utilization review, the appropriate Utilization Review Organization will determine if the treatment is **MEDICALLY NECESSARY**.

**117**

**OCCUPATIONAL INJURY**
An injury which arises out of and in the course of employment for
wage or profit.

**OCCUPATIONAL THERAPY**
Special therapeutic tasks and activities, recommended as part of a
course of treatment for an accidental bodily injury or disease and
provided by a qualified occupational therapist.

**PHYSICAL THERAPY**
Treatment of a disease or injury by physical and mechanical means
such as massage, hydrotherapy, heat, light and similar modalities. The
treatment can be rendered by a PHYSICIAN or by a licensed physical
therapist under the supervision of a PHYSICIAN.

**PHYSICIAN**
PHYSICIAN means one who is licensed (1) to prescribe and administer
drugs, or (2) to perform surgical procedures. The following practitioners
are also covered providers under the Plan for covered services
performed within the scope of their license/certification:
- a psychologist;
- a chiropractor;
- a social worker, provided the service is for medical care and
  treatment (not social in nature) and the services being provided
  are under the direct supervision of a physician.

Unless specifically stated elsewhere under the Plan, any practitioner not
listed above is not a covered provider.

**PRE-DEDUCTIBLE**
PRE-DEDUCTIBLE is a term used in a situation where you opt-out of
coverage, then due to a family status change, you elect coverage later
in the plan year. When you initially elect to opt-out of HealthWorks,
Dana contributes $1,000 to your Health care Flexible Spending
Account. Therefore, if you would opt-back into the plan, you would
have a "Pre-Deductible" amount to satisfy **before** your Health
Reimbursement Account would become eligible to use. Please see the
HealthWorks Status Change Calculator on the HealthWorks website for
more information.

**118**

## QUALIFYING DISABILITY PERIOD

Under LTD coverage is the total period of time you have been paid salary continuance and/or STD benefits during a continuous period of total disability. A separate QUALIFYING DISABILITY PERIOD applies to each continuous period of total disability.

## REASONABLE AND CUSTOMARY (R&C)

A charge that does not exceed the 90th percentile of the general level of charges made by practitioners in the same LOCALITY for like or similar treatment, services or supplies for a similar medical condition. That portion of a charge which exceeds the R&C amount is not a covered expense.

The general level of charges for a service or supply is determined by a statistically valid database of charges for the service/supply within similar reported cost areas, grouped by zip code, using the 1st three digits of the United States Postal Service Zip Codes.

> LOCALITY (when used with R&C) means a county or such greater area as is needed to establish a representative cross section of providers who regularly furnish the type of service or supply for which the charge is made.

If multiple SURGICAL PROCEDUREs are done during the same operative session, the following rules apply for R&C determination:

- For procedures done through the same incision or in the same operative field, the benefit is based on the R&C charge for the greater procedure.
- For procedures done through separate incisions and in separate operative fields, the benefit is based on the R&C for the greater procedure plus 50% for each lesser procedure.
- For bilateral procedures done in separate operative fields, the benefit is based on 150% of the R&C charge for the unilateral procedure.
- There is no added allowance for incidental procedures, such as an incidental appendectomy done during an abdominal surgery.

The above rules may not apply to fees charged by a provider who is a member of a network with whom Dana has negotiated fees for covered services. Individual consideration may be given in those cases where there are documented extenuating circumstances or unusual complexity.

**119**

**SERVICES AND SUPPLIES**
Treatment, including items associated with that treatment.

**SPEECH THERAPY**
Services such as evaluation, recommendations, and therapeutic services, rendered by a registered or licensed speech therapist, under the supervision of a PHYSICIAN (M.D. or D.O.). The services must be for rehabilitative purposes to correct certain speech, hearing, and language disorders following surgery, stroke, or brain damage due to trauma or organic brain syndrome.

**SPOUSE**
The person recognized as your legal SPOUSE in your state of residence.

**SURGICAL PROCEDURE**
- a cutting procedure;
- suturing of a wound;
- treatment of a fracture;
- reduction of a dislocation;
- radiotherapy, excluding radioactive isotope therapy, if used in lieu of a cutting operation for removal of a tumor;
- electrocauterization;
- diagnostic and therapeutic endoscopic procedures;
- injection treatment of hemorrhoids and varicose veins;
- an operation by means of laser beam.

**TEMPOROMANDIBULAR JOINT (TMJ) DISORDER**
A disease or dysfunction of the joint linking the jawbone and skull and the muscles, nerves and other tissues related to that joint.

**120**

## TOTALLY DISABLED

For long-term disability coverage only, full incapacity which is due to a medically determinable physical or mental impairment, which keeps you from doing every duty of any occupation or employment for which you're qualified by education, training or experience. During the first six (6) months following the expiration of your short-term disability benefits, you may be considered Totally Disabled if your disability wholly prevents you from performing the duties associated with the position you held immediately prior to the disability or the duties of any other position available at the same facility for which you are reasonably qualified by education, training or experience.

## UNRELATED CONDITION

- is due to causes other than those causing the total disability for which benefits are payable under this coverage; and
- has been specified by the proper agency or authority determining rights to benefits under such plans.

## WRITTEN NOTICE

Notice in writing on a form supplied by or which satisfies Plan requirements.

**121**

# ERISA

The following information is required by the Employee Retirement Income Security Act of 1974.

| **NAME OF PLAN** | **TYPE OF PLAN** | **PLAN NUMBER** | **PLAN YEAR ENDING DATE** |
|---|---|---|---|
| HEALTHWORKS | WELFARE PLAN INCLUDING HEALTH CARE, LONG-TERM DISABILITY AND LIFE INSURANCE | 624 | DECEMBER 31 |

## EMPLOYER AND PLAN SPONSOR:
Dana Corporation
P.O. Box 1000
Toledo, Ohio 43697
(419) 535-4500

## EMPLOYER IDENTIFICATION NUMBER: 34-4361040

## PLAN ADMINISTRATOR:
Director, Dana Benefits and Payroll Services
Dana Corporation
P.O. Box 433
Toledo, Ohio 43697
(419) 482-1800

## AGENT FOR LEGAL PROCESS:
Dana Corporation - Office of General Counsel
P.O. Box 1000
Toledo, Ohio 43697
(419) 535-4500

Service for legal process may also be made on the Plan Administrator.

## WELFARE PLAN COMMITTEE:
Welfare Plan Committee
Dana Benefits and Payroll Services
P.O. Box 433
Toledo, OH 43697

**122**

**SOURCE OF CONTRIBUTIONS:**
Contributions from general assets of sponsor and from plan participants.

**CLAIMS PAYORS:**

| | |
|---|---|
| American Health Group, Inc.<br>P.O. Box 1500<br>Maumee, OH 43537 | AdvancePCS, Inc.<br>P.O. Box 52115<br>Phoenix, AZ 85072 |
| Dana Benefits and Payroll Services<br>P.O. Box 433<br>Toledo, Ohio 43697 | AdvanceRx.com<br>P.O. Box 830070<br>Birmingham, AL 35283-0070 |

**HMO CLAIMS PAYORS:**

| | |
|---|---|
| Paramount<br>P.O. Box 928<br>Toledo, OH 43697-0928 | Medical Mutual of Ohio<br>2060 East 9th Street<br>Cleveland, OH 44115 |
| Health Alliance Plan<br>2850 West Grand Boulevard<br>Detroit, MI 48202 | Blue Cross Blue Shield of Florida<br>4800 Deerwood Campus Pkwy<br>Jacksonville, FL 32246 |
| U.S. Healthcare<br>1800 Indianwood Circle, Suite 100<br>Maumee, OH 43537 | Priority Health HMO<br>1231 E. Beltline NE<br>Grand Rapids, MI 49525 |
| Blue Cross Blue Shield of Illinois<br>1515 West 22nd Street<br>Oakbrook, IL 80523 | Keystone Health Plan East HMO<br>1901 Market Street<br>Philadelphia, PA 19103-1480 |
| John Deere Health<br>1300 River Drive, Suite 200<br>Moline, IL 61265 | Blue Cross Blue Shield<br>801 Pine Street<br>Chattanooga, TN 37402 |
| Health Assurance<br>3721 TecPort Drive<br>Harrisburg, PA 17106-7103 | United Health Care<br>2409 Harrodsburg Road<br>Lexington, KY 40503 |
| Pacificare<br>6200 NW Parkway<br>San Antonio, TX 78249 | Health Plan of the Upper Ohio<br>Valley<br>52160 National Rd. E<br>St. Clairsville, OH 43950-9365 |

**123**

| Care Choices | Southern Health Services |
|---|---|
| 34605 Twelve Mile Road | 9881 Mayland Drive |
| Farmington, MI 48331 | Richmond, VA 23233-1411 |

## CLAIMS PAYOR FOR LIFE INSURANCE:

UNICARE Life & Health Insurance Company
P.O. Box 1210
Springfield, MA 01101-1210

Group Policy Number 61550-GRP

## STATEMENT OF PARTICIPANT RIGHTS:

Federal law and regulations require the following statement. Department of Labor Regulation Section 2521.102-3(t).

As a participant in the HealthWorks Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

### RECEIVE INFORMATION ABOUT YOUR PLAN AND BENEFITS

Examine, without charge, at the PLAN ADMINISTRATOR'S office and at other specified locations, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the PLAN ADMINISTRATOR, copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 series) and updated summary plan description. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The PLAN ADMINISTRATOR is required by law to furnish each Participant with a copy of this summary annual report.

**124**

### CONTINUE GROUP HEALTH PLAN COVERAGE

Continue health care coverage for yourself, spouse or dependents is there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the plan on the rules governing your CBORA continuation coverage rights.

Reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the Plan, when you become entitled to COBRA continuation coverage, when your COBRA continuation coverage ceases, if you requires it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

### PRUDENT ACTIONS BY PLAN FIDUCIARIES

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, call "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

### ENFORCE YOUR RIGHTS

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the PLAN ADMINISTRATOR to provide the materials and to pay up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a federal court. In addition, if you disagree with the Plan's decision, or lack thereof, concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you

**125**

may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay courts costs and legal feels. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

### ASSISTANCE WITH YOUR QUESTIONS

If you have any questions about your Plan, you should contact the PLAN ADMINISTRATOR. If you have questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the PLAN ADMINISTRATOR, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

Dana Benefits and Payroll Services
P.O. Box 433
Toledo, OH 43697
Print Date: 2/2004

**126**



JANUARY 1, 2004

**E-FILED**
Friday, 23 June, 2006 08:53:04 AM
Clerk, U.S. District Court, ILCD

&JS 44 (Rev. 11/04)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

Frances L. Daugherty

### DEFENDANTS

Affinia Group, Inc. and Brake Parts Inc., improperly named in the Complaint as "Affinia Brake Parts, Inc."

**(b)** County of Residence of First Listed Plaintiff

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Peter C. Drummond, 703 W. Union, Ste. 3, Litchfield, IL 62056
(217) 624-2323

Attorneys (If Known)

Edward S. Bott, Greensfelder, Hemker & Gale, P.C., 10 S.
Broadway, Ste. 2000, St. Louis, MO 63102 (314) 241-9090

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☒ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

### V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1446

Brief description of cause:
Claim alleging wrongful denial of benefits under §502(A)(1)(b) of ERISA, 29 USC 1132(a)(1)(B)

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE                     DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 6-22-06 | *(signature)* |

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE