IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| FRANCES L. DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. _____ |
| | ) | |
| vs. | ) | Removal from the Circuit Court of the |
| | ) | 4th Judicial Circuit, Montgomery County, |
| AFFINIA BRAKE PARTS, INC., | ) | Illinois, Cause No. 06-L-8 |
| | ) | |
| Defendant. | ) | |

### **DEFENDANT'S NOTICE TO PLAINTIFF OF REMOVAL**

TO:

Peter C. Drummond
Drummond Law Office
703 W. Union, Suite 3
Litchfield, IL  62056

PLEASE TAKE NOTICE that Defendant Brake Parts Inc., improperly named in the Complaint as "Affinia Brake Parts, Inc.," on June 22, 2006, filed a Notice of Removal, removing this action from the Circuit Court of the 4th Judicial Circuit, Montgomery County, Illinois to the United States District Court for the Central District of Illinois, Springfield Division.  A copy of the Notice of Removal is attached hereto.  Pursuant to 28 U.S.C. § 1446(d), this effects the removal of the case and the state court may proceed no further unless the case is remanded.

::ODMA\PCDOCS\DOCS\894951\2

GREENSFELDER, HEMKER & GALE, P.C.


BY:  /s/Edward S. Bott, Jr.
     Edward S. Bott, Jr.  #3126866
     Julie L. Waters      #6276127
     Amy L. Blaisdell     #6276380 (Application for
     General Admission forthcoming)

     10 S. Broadway, Suite 2000
     St. Louis, MO  63102
     T: 314-241-9090
     F: 314-241-3643
     esb@greensfelder.com
     jlw@greensfelder.com
     apb@greensfelder.com

     ATTORNEYS FOR DEFENDANT
     BRAKE PARTS INC., IMPROPERLY NAMED
     IN THE COMPLAINT AS
     "AFFINIA BRAKE PARTS, INC."


**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2006, a copy of the foregoing was mailed and faxed to: Peter C. Drummond, Drummond Law Office, 703 W. Union, Suite 3, Litchfield, IL  62056, facsimile (217) 324-4474.


      /s/Edward S. Bott, Jr.