IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| FRANCES L. DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. _____ |
| | ) | |
| vs. | ) | Removal from the Circuit Court of the |
| | ) | 4th Judicial Circuit, Montgomery County, |
| AFFINIA BRAKE PARTS, INC., | ) | Illinois, Cause No. 06-L-8 |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Brake Parts Inc., improperly named in the Complaint as "Affinia Brake Parts, Inc.," furnishes the following in compliance with Rule 11.3 of this court.

(1) The full name of the parties which the undersigned represents is Brake Parts Inc., improperly named in the complaint as "Affinia Brake Parts, Inc."

(2) The above-named party is a corporation.

   (a) The parent of Brake Parts Inc. is Affinia Group Inc.

   (b) The following is a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of Brake Parts Inc.: Affinia Group Inc.

(3) The law firm of Greensfelder, Hemker & Gale, P.C. will appear for and defend Brake Parts Inc. in this lawsuit.

                                GREENSFELDER, HEMKER & GALE, P.C.

Date: June 22, 2006         BY: /s/Edward S. Bott, Jr.
                                  Edward S. Bott, Jr.  #3126866
                                  Julie L. Waters    #6276127
                                  Amy L. Blaisdell    #6276380 (Application
                                  for General Admission forthcoming)
                                  10 S. Broadway, Suite 2000
                                  St. Louis, MO 63102
                                  T: 314-241-9090
                                  F: 314-241-3643
                                  esb@greensfelder.com
                                  jlw@greensfelder.com
                                  apb@greensfelder.com

                                  ATTORNEYS FOR DEFENDANT
                                  BRAKE PARTS INC., IMPROPERLY NAMED
                                  IN THE COMPLAINT AS
                                  "AFFINIA BRAKE PARTS, INC."

## CERTIFICATE OF SERVICE

     I hereby certify that on June 22, 2006, a copy of the foregoing was mailed and faxed to: Peter C. Drummond, Drummond Law Office, 703 W. Union, Suite 3, Litchfield, IL 62056, facsimile (217) 324-4474.


                                                  /s/Edward S. Bott, Jr.