**E-FILED**
Friday, 23 June, 2006 08:59:32 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name — Bar Number

Address

City — State — Zip Code

Phone Number — Fax Number