E-FILED
Friday, 07 July, 2006 02:25:06 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 0 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FRANCES L. DAUGHERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No:   06-3130 |
| ) | |
| AFFINIA BRAKE PARTS, INC. ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT

My name is Frances Louise Daugherty. I am now 46 years of age and hereby under oath do state to the best of my information and belief as follows:

1. I began working for Affinia Brake Parts, Inc. (aka Echlin Manufacturing, Inc., aka Dana Brake Parts, Inc.) on May 8, 1981.

2. I worked continuously for said employer from that date until January 20, 2005. At the time I last worked there I was the "Inventory Supervisor." I had that title and position for approximately seven (7) years prior to January 20, 2005.

3. On the 18th of January 2005 I picked up an application for Short-Term disability and a Certification of Health Care Provider due to the fact that I had a doctor's appointment on January 19, 2005.

3. On the 19th of January 2005 I went to Dr. Michael P. McIlhany and was informed that I needed back surgery to remove a herniated lumbar disc and he scheduled surgery for January 27, 2005.

4. On the morning of January 20, 2005 at approximately 7:00 a.m. I talked to my manager, Brian Lockwood, about my upcoming surgery on January 27, 2005 and that I would need to go on disability for approximately six (6) weeks. I also informed the Plant Manager, Lee Best, of my scheduled surgery. After a brief production meeting I returned to my office to resume work.

5. Between approximately 8:30 a.m. and 9:00 a.m. I received a phone call from Brian Lockwood to meet him in the front conference room at which time I was told that my position had been eliminated due to cut backs. After a lengthy conversation I was physically escorted out of the building to my truck by the Human Resource Manager Stephen Ritchie and Brian Lockwood.

6. After my surgery, on approximately January 31, 2005, I called Stephen Ritchie and asked him when I could bring the disability application and certification from the doctor to him (these being the papers I had picked up from work on January 18, 2005, the day before my doctor's appointment). Mr. Ritchie informed me that I was not eligible for benefits.

7. A copy of said disability applications are attached hereto and marked hereof and designated as "Exhibit A."

8. On or about February 1, 2005 my husband, Dave Daugherty, drove to me to Litchfield to Affinia Brake Parts, Inc. to meet with Stephen Ritchie in Affinia's parking lot. He came to my truck, as I was unable to walk, with what he called a "Separation Agreement" which he and I both signed.

Dated: July 5, 2006

*Frances L. Daugherty*
Frances L. Daugherty

Subscribed to and sworn before me this 5th day of July, 2006.

*Nancy A. Schmidt*
Nancy A. Schmidt

"OFFICIAL SEAL"
Nancy A. Schmidt
Notary Public, State of Illinois
My Commission Exp. 06/15/2008

3

## AFFINIA — Application for Short-Term Disability

### TO BE COMPLETED BY EMPLOYEE

EMPLOYEE NAME: Joan Daugherty  CLOCK #: 4180  DEPT: 642

| DATE FIRST TOTALLY DISABLED | WERE YOU HOSPITALIZED AS A BED PATIENT? | HOSPITAL ADMISSION DATE |
|---|---|---|
| 01-27-05 | ☒ YES  ☐ NO | 01-27-05 |

| WAS AN ACCIDENT INVOLVED? | WAS THIS AN AUTO ACCIDENT? | WHEN DID THE ACCIDENT OCCUR? (DATE/TIME) |
|---|---|---|
| ☐ YES  ☒ NO | ☐ YES  ☒ NO | |

WHERE DID THE ACCIDENT OCCUR? (CITY/STATE):

WERE YOU AT WORK WHEN THE ACCIDENT OCCURRED?

BRIEF DESCRIPTION OF THE ACCIDENT:

### TO BE COMPLETED BY THE ATTENDING PHYSICIAN

DID THIS DISABILITY ARISE OUT OF PATIENT'S EMPLOYMENT?  ☐ YES  ☒ NO  (IF YES, PLEASE EXPLAIN)

NATURE OF SURGICAL OR OBSTETRICAL PROCEDURE, IF ANY (DESCRIBE FULLY):
Lumbar microdiskectomy

DATE SURGICAL OR OBSTETRICAL PROCEDURE WAS PERFORMED: Jan. 27, 2005
WHERE PERFORMED: ☒ HOSPITAL  ☐ OFFICE

GIVE DATES OF TREATMENTS:
OFFICE: 1-19-05
HOME:
INPATIENT HOSPITAL: 1-27-05 — 1-28-05
OUTPATIENT HOSPITAL:

| WAS AN ACCIDENT INVOLVED? | WAS THIS AN AUTO ACCIDENT | WHEN DID THE ACCIDENT OCCUR? (DATE/TIME) |
|---|---|---|
| YES ☐  NO ☒ | YES ☐  NO ☒ | |

BRIEF DESCRIPTION OF THE ACCIDENT:

THE PATIENT HAS BEEN CONTINUOUSLY DISABLED (UNABLE TO WORK) FROM 1-27-05 TO 03-14-05

THE PATIENT WAS OR WILL BE ABLE TO RETURN TO WORK (*AN EXPECTED RETURN TO WORK DATE IS REQUIRED, BENEFITS CANNOT COMMENCE WITHOUT COMPLETING THIS QUESTION*)
DATE: approx. 3-14-05

PHYSICIAN REMARKS:

PHYSICIAN SIGNATURE: [signature] DMG Olhausen / A Thompson
DATE: 1-27-05

*I hereby authorize the physician to release any information requested with respect to this claim. I certify that the information furnished to me in support of the claim is true and correct.*

EMPLOYEE SIGNATURE: Joan Daugherty  CLOCK: 4180  DATE: 1-27-05



# AFFINIA

# Certification of Health Care Provider

## TO BE COMPLETED BY EMPLOYEE
Rev. 1

Name: FRAN Daugherty    Date: 1-19-05   Clock: 4180

Home Phone: 217.854.8080

Patient Name: FRAN Daugherty  (if different from employee)

Relationship to employee: ___ Parent  ___ Spouse  ___ Child  _X_ Self

## TO BE COMPLETED BY AUTHORIZED HEALTH CARE PROVIDER

1. Is the patient's condition an illness, injury, impairment or physical or mental condition that involves:

   _✓_ **Inpatient Care** (i.e., overnight stay) and any period of subsequent incapacity or treatment?

   ___ **Incapacity** requiring absence from work, school, or other daily activities **of more than three consecutive calendar days** that also involves treatment two or more times by a health care provider or one treatment that results in a regimen of continuing treatment (i.e., prescription medication or physical therapy requiring special equipment)?

   ___ **A Chronic condition** that requires periodic visits for treatment, continues over an extend period of time, and may cause episodic periods of incapacity (i.e., diabetes, epilepsy)?

   ___ **A permanent or long-term health condition** for which treatment may not be effective, and that requires continuing supervision by health care provider (i.e., Alzheimer's, severe stroke)?

   ___ **Multiple treatments** by a health care provider for restorative surgery or for a condition that would likely result in a period of incapacity of more than three days in the absence of medical intervention (i.e., cancer, kidney disease, etc.)?

   ___ **Pregnancy** (i.e., incapacity due to pregnancy or prenatal care)?

   ___ **None of the above** (Condition is not serious as defined by FMLA).

2. Describe the **medical facts** supporting your certification, including how the medical facts meet the criteria of one of the categories above:

   Fran had surgery Jan. 27 to remove a herniated lumbar disk.

3. Approximate date the condition commenced and the probable duration of the condition (Dates Required):

   Jan. 27, 2005 → 6 weeks
   3-14-05

Page 1

4. If a regimen of continuing treatment by the patient is required under your supervision, provide a general description of such regimen (i.e., presciption drugs, physical therapy requiring special equipment):

   pain medication
   surgery follow-up

5. Is the patient presently incapacitated?     ☑ Yes   ☐ No

   If yes, estimate probable duration of present incapacity: From 1-27-05 to 3-14-05

   *(Under FMLA Law, "incapacity" means the inability to work, attend school, or perform regular daily activities)*

6. a). If employee is able to perform some work complete work status section below (Dana offers temporary transitional assignments to employees):

   May return to modified duties on _____. Restrictions are as follows:

   _____ No lifting greater than _____ lbs.
   _____ No pushing or pulling greater than ____ lbs.
   _____ No overhead work
   _____ No prolonged bending, kneeling, stooping, squatting, twisting
   _____ No kneeling, stooping, squatting, twisting
   _____ Alternate sitting and standing
   _____ Sit down work only
   _____ No use of upper extremity _____ right/ _____ left/ _____ bilateral
   _____ No stair climbing
   _____ No ladder climbing
   _____ Work restricted to _____ hours per day.

   Additional comments/specifications: _____

   b). If patient is an employee, is he or she unable to perform work of any kind?

   ☑ Yes   ☐ No

   c). Is it necessary for the employee to be **absent from work for treatment?**

   ☑ Yes   ☐ No

7. Is it medically necessary for the employee to take intermittent days off work or to work a reduced schedule?     ☑ Yes   ☐ No.

   If yes, give the probable duration and describe the applicable restrictions or anticipated schedule of treatments (Dates Required): Off from 1-27-05 to 3-14-05

   If any treatments will be provided by another provider of health services, please provide the name and address of the other provider and the nature of the treatments:

Page 2

8. If the condition is a chronic condition, is the patient presently incapacitated?  ☒ Yes  ☐ No

If so, what is the likely duration and frequency of episodes of incapacity and/or treatment?

6 weeks

9. If the patient is a parent, spouse, or child of the employee requesting leave:

   a). Does the patient require assistance for basic medical, personal needs, safety, or for transportation?

   ☐ Yes  ☐ No

   b). Would employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery?

   ☐ Yes  ☐ No

   c). If the employee's presence is necessary, please describe the probable duration of the leave necessary to care for the patient (Dates Required):

---

| | |
|---|---|
| D McElhaney @ mm, pRN  1-27-05 | neurosurgery |
| Signature of Health Care Provider | Date | Type of Practice |
| 301 N 8th St | 217-545-5541 |
| Address | Telephone |
| Springfield Il 62794 | 217-545-7589 |
| | Fax |

*I hereby authorize a health care provider representing my employer to contact the above health care provider for clarification and to confirm the authenticity of this certificate.*

_____     _____
Employee Signature                                                      Date

**In all cases, it is the employee's responsibility to ensure that this form is properly completed and returned to the employer, within a maximum of 15 days.**

Please return to:   Affinia Brake Parts, Inc.
                    725 McKinley Ave.
                    Litchfield, IL 62056
                    217-324-2161 / Fax: 217-324-7469

Page 3