**E-FILED**
Friday, 06 October, 2006  03:27:17 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| FRANCES L. DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:   06-cv-3130 |
| | ) | |
| AFFINIA BRAKE PARTS INC., | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, Frances L. Daugherty, by and through her attorney, Peter C. Drummond and respectfully requests leave of the Court pursuant to F.R.C.P. 15(a) to amend Plaintiff's Complaint, a copy of which is attached.

WHEREFORE, Plaintiff prays:

1.      That pursuant to Rule 15(a) the Court grants Plaintiff's Motion to Amend Complaint.

DRUMMOND LAW LLC

By:  s/Peter C. Drummond_____
Peter C. Drummond
Drummond Law LLC
703 W. Union, Suite 3
P.O. Box 130
Litchfield, IL  62056
Phone:  217/ 324-2323
Fax:  217/ 324-4474
drummondlaw@consolidated.net

**Certificate of Service**

I hereby certify that on October 6, 2006, I electronically filed Plaintiff's Motion to Amend Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

Amy Blaisdell
Edward S. Bott
Julie L. Waters
Greensfelder, Hemker & Gale PC
Suite 2000
10 S. Broadway
St. Louis, IL  63102

Respectfully submitted,
s/Peter C. Drummond
Peter C. Drummond,  #0680699
Drummond Law LLC
703 W. Union, Suite 3
P.O. Box 130
Litchfield, IL  62056
Phone:  217/ 324-2323
Fax:      217/ 324-4474
drummondlaw@consolidated.net