E-FILED
Thursday, 15 February, 2007  03:50:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| FRANCES L. DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-3130 |
| | ) | |
| AFFINIA BRAKE PARTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Defendant's Motion to Strike (d/e 16).  Defendant asks the Court to strike the following portions of the Complaint: (1) Daugherty's references to state law in Count I, (2) Counts II through IV, and (3) Daugherty's jury demand.  As set forth below, the Motion to Strike is denied.

Defendant's Motion to Strike relies on Federal Rule of Civil Procedure 12(f).  Rule 12(f) allows the Court to order material stricken from a pleading "[u]pon motion made by a party before responding to a pleading . . . ."  Fed. R. Civ. P. 12(f).  In the instant case, Defendant filed its Answer (d/e 15) prior to filing its Motion to Strike.  Thus, the request to strike is

1

untimely, and the Motion to Strike is denied. This denial, however, does not alter the fact that, as the Court has previously held, Plaintiff's claims as pleaded fall within the scope of ERISA, and thus, Plaintiff will be limited to remedies provided under ERISA.

The Court notes that Plaintiff, in her Answer to Defendant's Motion to Strike (d/e 22) and Memorandum in Support of Plaintiff's Response to Defendant's Motion to Strike (d/e 23) raises numerous arguments relating to the filing of an amended complaint. To the extent Plaintiff seeks reconsideration of this Court's October 31, 2006 Opinion (d/e 21), Plaintiff fails to identify any reason to justify reconsideration and her request is denied. To the extent Plaintiff seeks leave to file a different amended complaint, such application should be made by motion, accompanied by a copy of the proposed amended complaint. See Fed. R. Civ. P. 7(b)(1).

THEREFORE, the Motion to Strike (d/e 16) is DENIED. The matter is referred to Magistrate Judge Evans for scheduling.

IT IS THEREFORE SO ORDERED.

ENTER: February 15 , 2007.

FOR THE COURT.

                                                              s/ Jeanne E. Scott
                                                              JEANNE E. SCOTT
                                           UNITED STATES DISTRICT JUDGE