E-FILED
Monday, 19 March, 2007 02:13:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FRANCES L. DAUGHERTY, ) | |
| ) | |
| Plaintiff, ) | Cause No. 3:06-cv-03130-JES-CHE |
| ) | |
| v. ) | |
| ) | |
| AFFINIA BRAKE PARTS, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER

Now comes, Frances L. Daugherty, by and through her attorney, Peter C. Drummond, and states as follows:

1. Plaintiff herein filed an Amended Complaint pursuant to Rule 15(a).

2. Plaintiff herein filed a Petition for Leave to file said Amended Complaint.

3. Said Amended Complaint cures the deficiencies allegedly present in the original Complaint which were found to preclude State Court jurisdiction.

4. Plaintiff believes her Amended Complaint states only a State Court cause of action as such said cause of action should be remanded to the State Court for proceedings.

5. That the genesis of the federal pre-emption concept with ERISA as noted by multiple Supreme Court cases is the preservation of the corpus of disability plan assets covered by ERISA.

6. That the genesis of this lawsuit is a direct action against Defendant through actions of the employees of the Defendant, Affinia Brake Parts, who prevented the Plaintiff from accessing said plan - they refused to file the application – there was never a denial of benefits.

7. The assets of the plan are not now and never were its subject matter of this lawsuit, nor is the disability plan itself a party to this lawsuit.

8. That attached hereto and made a part hereof is a supplemental brief in support of Plaintiff's position in this cause.

9. For the above reasons Plaintiff feels that Defendant's Motion to Reconsider should be denied and Plaintiff's Motion to Amend should be granted.

WHEREFORE, Plaintiff, Frances L. Daugherty, prays this Honorable Court deny Defendant's Motion to Reconsider and allow Plaintiff's Motion to Amend her Complaint.

Dated:   03/14/07

By: s/Peter C. Drummond
Peter C. Drummond – 0680699
Drummond Law LLC
703 W. Union, Suite 3
P.O. Box 130
Litchfield, IL  62056
Phone:  217/ 324-2323
Facsimile:  217/ 324-4474
drummondlaw@consolidated.net

## Certificate of Service

      I hereby certify that on March 14, 2007, I electronically filed Plaintiff's Response to Defendant's Motion to Reconsider with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:


Amy Blaisdell
Edward S. Bott
Julie L. Waters
Greensfelder, Hemker & Gale PC
Suite 2000
10 S. Broadway
St. Louis, IL  63102


                                              Respectfully submitted,
                                              s/Peter C. Drummond
                                              Peter C. Drummond,  #0680699
                                              Drummond Law LLC
                                              703 W. Union, Suite 3
                                              P.O. Box 130
                                              Litchfield, IL  62056
                                              Phone:  217/ 324-2323
                                              Facsimile:  217/ 324-4474
                                              drummondlaw@consolidated.net