IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FRANCES L. DAUGHERTY, ) | |
| ) | |
| Plaintiff, ) | Cause No. 3:06-cv-03130-JES-CHE |
| ) | |
| v. ) | |
| ) | |
| AFFINIA BRAKE PARTS, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO STRIKE MEMORANDUM
FILED ON March 19, 2007**

Now comes the Plaintiff, Frances L. Daugherty, by and through her attorney, Peter C. Drummond, and for her Motion to Strike states as follows:

1. Plaintiff's Memorandum (Doc. #29) was filed on March 19, 2006.

2. The Memorandum was a previously filed and heard with the Court.

3. That the actual Memorandum that should be filed is a Memorandum in Opposition to Motion to Strike (Doc. #16)

4.
WHEREFORE, for the foregoing reasons, Plaintiff requests that Plaintiff's Memorandum (Doc. #29) be stricken.

Dated: March 19, 2007

By:    s/Peter C. Drummond
Peter C. Drummond -- 0680699
Drummond Law LLC
703 W. Union, Suite 2
P.O. Box 130
Litchfield, IL  62056
Phone:  217/ 324-2323
Fax:  217/ 324-4474
drummondlaw@consolidated.net

## Certificate of Service

      I hereby certify that on March 19, 2007, I electronically filed Plaintiff's Motion to Strike Memorandum Filed on March 19, 2007 with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

Amy Blaisdell
Greensfelder, Hemker & Gale PC
Suite 2000
10 S. Broadway
St. Louis, IL  63102

      Respectfully submitted,
s/Peter C. Drummond
Peter C. Drummond,  #0680699
Drummond Law LLC
703 W. Union, Suite 3
P.O. Box 130
Litchfield, IL  62056
Phone:  217/ 324-2323
Fax:     217/ 324-4474
drummondlaw@consolidated.net