E-FILED
Friday, 25 May, 2007 01:08:54 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| FRANCES L. DAUGHERTY,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AFFINIA BRAKE PARTS, INC.  )<br>  )<br>   Defendant.  )  | Case No:   06-3130 |

### MOTION TO CONTINUE HEARING

Now comes the Plaintiff, Frances L. Daugherty, by and through her attorney, Peter C. Drummond and states the following:

1. That on Friday, May 25th, counsel for the Plaintiff received notice that a telephone conference before Magistrate Judge Byron G. Cudmore has been scheduled for June 5, 2007 at 11:45 a.m.

2. Counsel for the Plaintiff will be out the country from June 4, 2007 to June 17, 2007 and will return on June 18, 2007.

3. Counsel for Plaintiff has shown good cause as to why the hearing should be rescheduled sometime after June 17, 2007.

WHEREFORE, it is prayed that his Honorable Court grant Plaintiff's Motion to Continue in order for Plaintiff's counsel to be present for the telephone conference.

DRUMMOND LAW LLC

Date:  5/25/07

By: s/ Peter C. Drummond
DRUMMOND LAW LLC
Peter C. Drummond
703 W. Union, Suite 3
P.O. Box 130
Litchfield, IL  62056
Phone:  217/ 324-2323
Facsimile:  217/ 324-2323

## Certificate of Service

      I hereby certify that on 5/25/07, I electronically filed Plaintiff's Response to Defendant's Motion to Strike with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

Amy Blaisdell
Edward S. Bott
Julie L. Waters
Greensfelder, Hemker & Gale PC
Suite 2000
10 S. Broadway
St. Louis, IL  63102

      Respectfully submitted,
s/Peter C. Drummond
Peter C. Drummond,  #0680699
Drummond Law LLC
703 W. Union, Suite 3
P.O. Box 130
Litchfield, IL  62056
Phone:  217/ 324-2323
Fax:     217/ 324-4474
drummondlaw@consolidated.net