IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| FRANCES L. DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.l 3:06-cv-03130-JES-CHE |
| | ) | |
| v. | ) | |
| | ) | |
| AFFINIA BRAKE PARTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TOWITHDRAW JULIE L. WATERS AS COUNSEL FOR DEFENDANT

COMES NOW Brake Parts Inc., improperly named in the Complaint as Affinia Brake Parts, Inc. ("Brake Parts" or "Defendant"), by and through counsel, and for its Motion to Withdraw Julie L. Waters as counsel and in support of their motion, Defendant states:

1. Julie L. Waters is no longer employed by Greensfelder, Hemker and Gale, P.C.

2. Amy L. Blaisdell and Edward S. Bott will continue to represent Brake Parts, Inc. incorrectly named as Affinia Brake Parts, Inc.

WHEREFORE, Defendant respectfully requests that this Court withdraw Julie L. Waters as counsel for Defendant.

Respectfully submitted,

CARMODY MACDONALD, P.C.

By /s/ Julie L. Waters
Julie L. Waters #6276127
juw@carmodymacdonald.com
120 S. Central Avenue, Suite 1800
St. Louis, MO   63105
(314) 854-8600
(314) 854-8660 (fax)

{JUW\JUW\322828.DOC.}W:\DOCS\juw\juw\322828.DOC

# CERTIFICATE OF SERVICE

I certify that on May 29, 2007, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on the following:

Peter C. Drummond
Drummond Law Office
703 W. Union, Suite 3
Litchfield, IL   62056
*Counsel for Plaintiff*

Edward S. Bott
Amy L. Blaisdell
Greensfelder, Hemker & Gale
10 S. Broadway, Suite 2000
St. Louis, MO   63102
*Counsel for Defendant*

/s/ Julie L. Waters
Julie L. Waters