IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

FRANCES L. DAUGHERTY,           )
                                )
        Plaintiff,               )
                                )
v.                              )    Civil No.: 06-CV-3130
                                )
AFFINIA BRAKE PARTS, INC.,      )
                                )
        Defendant.               )

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have United States Magistrate Judge Byron G. Cudmore conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

s/ Peter C. Drummond                        s/ Amy L. Blaisdell

PLAINTIFF'S COUNSEL                         DEFENDANT'S COUNSEL

6/20/2007                                   6/20/07

DATE                                        DATE


PLAINTIFF 'S COUNSEL                        DEFENDANT'S COUNSEL


DATE                                        DATE


ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Byron G. Cudmore for all further proceedings and the entry of judgment in accordance with Title 28, U.S.C. Section 636(c) and the foregoing consent of the parties.

June 20, 2007                               s/ Jeanne E. Scott

DATE                                        JEANNE E. SCOTT
                                            UNITED STATES DISTRICT JUDGE