E-FILED
Friday, 06 July 2007, 04:24:58 PM
Clerk, U.S. District Court, ILCD

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FRANCES L. DAUGHERTY, ) | |
| ) | |
| Plaintiff, ) | Cause No. 3:06-cv-03130-JES-CHE |
| ) | |
| v. ) | |
| ) | |
| AFFINIA BRAKE PARTS, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Frances Daugherty, and all matters having been resolved to the satisfaction of the parties, dismisses all causes of action asserted against Defendant(s) Affinia Group Inc. and Brake Parts Inc., improperly identified in the Complaint as "Affinia Brake Parts, Inc." with prejudice. Each party to bear its own costs and attorneys' fees.

DRUMMOND LAW OFFICE

By: /s/Peter C. Drummond
Peter C. Drummond    #0680609
703 W Union, Suite 3
PO Box 130
Litchfield, IL  62056
T:  217-324-2323
F:  217-324-4474
drummondlaw@consolidated.net

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Amy L. Blaisdell
Edward S. Bott
Amy L. Blaisdell, Esq.
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102
Telephone: 314/516-2642
Facsimile:  314/241-3643
esb@greensfelder.com
apb@greensfelder.com